# Exhibit
# A



INTERNET ARCHIVE
WaybackMachine

12 captures
10 Feb 2007 - 17 Jul 2011

http://www.triggerstreet.com:80/gyrobase/Page?mode=print&oid=303    Go

JAN FEB AUG
◀ 10 ▶
2006 2007 2008

SEARCH                    Short Films ▼  Go    Create an account | Login

# Terms of Use

**PLEASE READ THESE TERMS OF USE CAREFULLY BEFORE USING THIS WEBSITE.**

Last updated June 29, 2006

Triggerstreet.com, Inc. ("TSCI," "we," "our" or "us"), provides the Triggerstreet.com World Wide Web Site (the "Site," located at http://www.triggerstreet.com), together with the advertising and content on the Site and any related services (collectively, the "Services"), subject to your compliance with the terms and conditions set forth in this agreement ("Agreement"). By using the Site or the Services, you agree to be bound by these terms and conditions, our Privacy Policy, and any other agreement you are required to enter into with TSCI in conjunction with your participation in the Site. If you do not agree to these terms and conditions, please do not use the Site or the Services. This Agreement is made between TSCI and you, as a registered member or visitor ("you"). The words "you" or "your" shall also mean heirs, executors, administrators, successors and legal representatives. We reserve the right at any time to impose or change any fees or charges for use of the Site or Services, change the Site or the Services, including eliminating or discontinuing any content on or feature of any Site or change the terms of this Agreement. Any changes we make will be effective immediately on notice, which we may give by posting the revised Agreement on the Site. Your use of the Services after such notice will be deemed acceptance of such changes.

While using the Site and/or Services, you agree to comply with all applicable laws, rules and regulations. We have no obligation to monitor the Site or any materials that you transmit to the Site (including, without limitation, any submission or other material) and we expressly reserve the right to remove any materials from the Site at any time for any reason without notice. You acknowledge and agree that we have the right to monitor the Site and the materials you transmit, from time to time, and to disclose any information (including your personally identifiable information) to any third party in order to operate the Site properly; to protect TSCI, the Site, the Services, our sponsors, partners, affiliates, and our members and visitors; and to comply with any legal obligations, regulations, or governmental requests. TSCI may condition your right to participate on the Site or in the Services on your furnishing to TSCI and keeping updated at all times such personal identifying information as TSCI may require.

You may only have one active account on the Site at any given time and only you may use your designated account to access the Site (i.e., no member may have multiple accounts on the Site).

## RULES OF CONDUCT

While using the Site or the Services, you agree not to:

-Restrict or inhibit any other visitor or member from using the Site or the Services;



INTERNET ARCHIVE
WayBackMachine
12 captures
10 Feb 2007 - 17 Jul 2011

http://www.triggerstreet.com:80/gyrobase/Page?mode=print&oid=303    Go

JAN FEB AUG
◀ 10 ▶
2006 2007 200

-Transmit any content or information that is unlawful, harmful, threatening, abusive, harassing, defamatory, libelous, vulgar, obscene, hateful, fraudulent or otherwise objectionable content, or infringes on our or any third party's intellectual property or other rights;

-Transmit any information, software, or other material that contains a virus, worm, time bomb or other harmful or disruptive component;

-Post or transmit chain letters or pyramid marketing schemes;

-Post or transmit unsolicited advertising, promotional materials, or other forms of solicitation;

-Modify, adapt, sublicense, translate, sell, reverse engineer, decompile or disassemble any portion of the Site, the Services, or the software underlying either of them, or modify any materials downloaded from the Site;

-Modify, copy, or tamper with any film or screenplay or any other content that you may access through the Site, or use any content that you might access through the Site or the Services for any reason other than reading, viewing, listening to or reviewing such screenplay or content;

-Collect, harvest or disclose information about other Site visitors or members without their consent;

-Do any act which interferes with or slows the operation of the Site or the Services;

-Use any application or other device or process to retrieve, index or reproduce or circumvent the navigational structure or presentation of the Site, the Services or their contents; or

-Use the Site or Services for any unlawful purpose.

## SUBMISSIONS

Any material (other than the Material [as defined and more fully addressed in the Triggerstreet Screenplay Forum Participation Agreement]) that you transmit to us or post anywhere on the Site or through the Services, including, without limitation, the Shorts, may be used by TSCI throughout the world in perpetuity for any purpose whatsoever, including, but not limited to, reproduction, disclosure, transmission, publication, broadcast, posting and sublicensing, and may be modified to enable or complement any such use; it being agreed that such uses may include, without limitation, display on the Anheuser Busch family of websites and inclusion on videodiscs prepared by CustomFlix Labs, Inc.

You shall not post, send or otherwise make us aware of any creative materials of any kind, apart from your submissions, if any, submitted in connection with a TSCI sponsored festival, contest or the Screenplay Forum section of the Site, such as stories or character ideas, titles, screenplays, songs, or original artwork (collectively, "unsolicited submissions"), unless you agree to our use thereof as described hereinabove. If you send us any unsolicited submissions despite your foregoing obligation not to do so, we take no responsibility and will have no liability with respect to the use by TSCI or any third party of such unsolicited submissions or any portion thereof. The TSCI Parties shall not be liable for any use or disclosure of any unsolicited submissions. By sending us unsolicited submissions you release, waive any claims with regard to, and hold harmless the TSCI Parties from and against any and all claims of any kind that are or could be



hereafter developed, for any purpose whatsoever. TSCI expressly reserves the right to remove any submissions or postings on the Site at any time for any reason.

**PROPRIETARY RIGHTS**

The Site and the Services are owned and operated by TSCI and others pursuant to contractual arrangements. You acknowledge and agree that all content and materials available on the Site and in the Services are protected by copyrights, trademarks, service marks, patents, trade secrets, or other proprietary rights and laws. You agree not to sell, license, rent, modify, distribute, copy, reproduce, upload, post, transmit, publicly display, publicly perform, publish, adapt, edit, or create derivative works from such materials or content from the Site or the Services in any way. Modification or use of any materials contained on the Site or in the Services is a violation of TSCI's copyright and other proprietary rights, and is strictly prohibited. You acknowledge that you do not acquire any ownership rights by using the Site or the Services. The following trademarks: TRIGGERSTREET, and all associated logos, graphics, images and domain names, including, without limitation, TRIGGERSTREET.COM, are the trade names, trademarks, service marks, logos, and/or domain names of TSCI. You agree that you will not challenge the respective ownership rights of TSCI or any third party in or to the TSCI Marks or any third party marks, and that you will not register or attempt to register any trademark, service mark, logo, and/or domain name that is identical or confusingly similar to any of the TSCI Marks or third party marks contained on the Site or in the Services.

**PLEASE INDICATE YOUR ACCEPTANCE OF ALL OF THE ABOVE TERMS AND CONDITIONS BY ENTERING YOUR INITIALS BELOW:**

**PROCEDURE FOR MAKING CLAIMS OF COPYRIGHT INFRINGEMENT**

If you believe that your material has been copied and is accessible on the Site in a way that constitutes copyright infringement, you may notify TSCI at inquiries@triggerstreet.com by providing our copyright agent with the following information:

1. The electronic or physical signature of the owner of the copyright or the person authorized to act on the owner's behalf;

2. A description of the copyrighted work that you claim has been infringed and a description of the infringing activity;

3. Identification of the location where the original or an authorized copy of the copyrighted work exists, for example the URL of the website where it is posted or the name of the book in which it has been published;

4. Identification of the URL or other specific location on this site where the material that you claim is infringing is located; you must include enough information to allow us to locate the material;

5. Your name, address, telephone number, and email address; and

6. A statement by you that you have a good faith belief that the disputed use is not authorized by the copyright owner, its agent, or the law; and



## PRIVACY POLICY

We require you to read our Privacy Policy, which (in addition to this Agreement and any other agreement by which you may be bound) sets out how we collect and use any information you submit to TSCI or through the Site or the Services. You must be at least 18 years old to register to use this Site or the Services.

## INTERNATIONAL USE

Unless otherwise specified, the materials on the Site and in the Services are presented solely for the purpose of promoting the entertainment, information, and community resources and services available in, and other uses in, the United States of America. We control and operate the Site and the Services from within the United States. We make no representation that materials on the Site or the Services are appropriate or available for use in locations outside the United States, and accessing them from territories where their contents are illegal is prohibited. Those who choose to access the Site from other locations do so on their own initiative and are responsible for compliance with local laws.

## SUSPENSION AND TERMINATION

TSCI reserves the right, in its sole discretion, to suspend or terminate your access to all or part of the Site or the Services, at any time, with or without notice.

## DISCLAIMERS

YOU EXPRESSLY AGREE THAT USE OF THE SITE AND THE SERVICES ARE AT YOUR SOLE RISK. THE SITE AND THE SERVICES ARE PROVIDED ON AN "AS IS" AND "AS AVAILABLE" BASIS. TSCI PROVIDES NO ASSISTANCE INCLUDING, WITHOUT LIMITATION, ANY TECHNICAL OR CUSTOMER SUPPORT.

TSCI MAKES NO WARRANTY THAT THE SITE OR THE SERVICES WILL MEET YOUR SYSTEM'S REQUIREMENTS, OR THAT THE SITE OR THE SERVICES (OR THE SERVERS THAT MAKE THEM AVAILABLE) WILL BE UNINTERRUPTED, TIMELY, SECURE, ERROR FREE OR FREE OF HARMFUL COMPONENTS; NOR DOES TSCI MAKE ANY WARRANTY AS TO THE RESULTS THAT MAY BE OBTAINED FROM THE USE OF THE SITE OR THE SERVICES OR AS TO THE ACCURACY OR RELIABILITY OF ANY INFORMATION OBTAINED THROUGH THE SITE OR THE SERVICES OR THAT DEFECTS IN THE SITE OR THE SERVICES WILL BE CORRECTED.

TSCI EXPRESSLY DISCLAIMS ALL WARRANTIES OF ANY KIND, WHETHER EXPRESS OR IMPLIED, INCLUDING, BUT NOT LIMITED TO THE IMPLIED WARRANTIES OF TITLE, MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. YOU UNDERSTAND AND AGREE THAT ANY MATERIAL AND/OR DATA DOWNLOADED OR OTHERWISE OBTAINED THROUGH THE USE OF THE SITE OR THE SERVICES IS DONE AT YOUR OWN DISCRETION AND RISK AND THAT YOU WILL BE SOLELY RESPONSIBLE FOR ANY DAMAGE TO YOUR COMPUTER SYSTEM OR LOSS OF DATA THAT RESULTS FROM THE DOWNLOAD OF SUCH MATERIAL AND/OR DATA.



READER, OR THAT SUCH MATERIAL IS FREE OF OFFENSIVE, INDECENT, OBSCENE, DEFAMATORY OR OTHER POTENTIALLY INAPPROPRIATE ELEMENTS. YOU ACKNOWLEDGE THAT WE DO NOT AND CANNOT REVIEW AND MONITOR CONTENT ON THE SITE OR IN THE SERVICES, AND YOU HEREBY AGREE THAT WE SHALL HAVE NO LIABILITY FOR ANY DAMAGES OR COSTS THAT MAY ARISE FROM OUR PUBLICATION OR YOUR VIEWING OR READING OF, EXPOSURE TO, OR ACCESS TO ANY FILM, POSTING, SCREENPLAY OR OTHER CONTENT ON THE SITE OR THE SERVICES.

THE SITE AND SERVICES MAY CONTAIN LINKS TO THIRD-PARTY SITES. THOSE THIRD-PARTY SITES ARE NOT UNDER THE CONTROL OF TSCI AND TSCI IS NOT RESPONSIBLE FOR THE CONTENT ON ANY LINKED SITE. IF YOU ACCESS A THIRD-PARTY SITE FROM OUR SITE, THEN YOU DO SO AT YOUR OWN RISK. THE INCLUSION OF THE LINK DOES NOT IMPLY THAT WE ENDORSE OR ACCEPT ANY RESPONSIBILITY FOR THE CONTENT ON THOSE THIRD-PARTY SITES.

TSCI MAKES NO WARRANTY REGARDING ANY GOODS OR SERVICES PURCHASED OR OBTAINED THROUGH THE SITE OR THE SERVICES OR ANY TRANSACTIONS ENTERED INTO THROUGH THE SERVICE OR BY WAY OF THE SERVICES. NO ADVICE OR INFORMATION, WHETHER ORAL OR WRITTEN, OBTAINED BY YOU FROM TSCI OR THROUGH THE SITE OR THE SERVICES SHALL CREATE ANY WARRANTY NOT EXPRESSLY MADE HEREIN.

SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OF CERTAIN WARRANTIES, SO SOME OF THE ABOVE EXCLUSIONS MAY NOT APPLY TO YOU.

**LIMITATION OF LIABILITY**

UNDER NO CIRCUMSTANCES SHALL TSCI, ITS LICENSEES, SUCCESSORS, ASSIGNS, RELATED OR AFFILIATED ENTITIES, ADVERTISERS, SPONSORS, PROVIDERS, CONTRACTORS, CONSULTANTS OR PROFESSIONAL ADVISORS OR THE PARENT, SUBSIDIARY OR AFFILIATED COMPANIES OF EACH OF THEM AND ANY OF ITS OR THEIR EMPLOYEES, OFFICERS, DIRECTORS, MEMBERS, SHAREHOLDERS, REPRESENTATIVES OR AGENTS (THE "TSCI PARTIES") BE LIABLE FOR ANY DIRECT, INDIRECT, PUNITIVE, INCIDENTAL, SPECIAL, OR CONSEQUENTIAL DAMAGES THAT RESULT FROM THE USE OF, OR INABILITY TO USE, THE SITE OR THE SERVICES. THIS LIMITATION APPLIES WHETHER THE ALLEGED LIABILITY IS BASED ON CONTRACT, TORT, NEGLIGENCE, STRICT LIABILITY, OR ANY OTHER BASIS, EVEN IF TSCI HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGE. TO THE EXTENT SOME JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, THE TSCI PARTIES' LIABILITY IN SUCH JURISDICTIONS SHALL BE LIMITED TO THE EXTENT REQUIRED BY LAW.

**INDEMNIFICATION**

You shall be fully responsible for any violation of this Agreement or of any other agreement between you and TSCI (including, but not limited to, the Privacy Policy, and any other agreement). You agree to defend, indemnify, and hold harmless the TSCI Parties from all liabilities, claims, and expenses, including attorneys' fees that arise from your use or misuse of the Site or the Services. TSCI reserves the right to assume the exclusive defense and control of

INTERNET ARCHIVE
WayBackMachine
12 captures
10 Feb 2007 - 17 Jul 2011

http://www.triggerstreet.com:80/gyrobase/Page?mode=print&oid=303    Go

JAN FEB AUG
◀ 10 ▶
2006 2007 2008

## GOVERNING LAW

This Agreement, the Privacy Policy and any other agreement between you and TSCI shall be governed by and construed in accordance with the laws of the State of California, United States of America, excluding its conflicts of law rules. In the event of any dispute arising out of or in connection with your use of the Site or the Services, such dispute shall be submitted to arbitration in the County of Los Angeles, State of California, United States of America in accordance with the rules and regulations of the American Arbitration Association then in effect (as amended herein), provided that said arbitration shall be heard before a single arbitrator, selected pursuant to such rules and regulations, and shall be conducted on an expedited basis and in confidence. Each party hereby waives any and all rights and benefits which it might otherwise have or be entitled to under United States federal law or the laws of the State of California, United States of America or any other state or country to litigate any such dispute in court, it being the intention of the parties to arbitrate, according to the provisions of this Agreement, all such disputes. The arbitrator's decision shall be controlled by the terms and conditions of this Agreement and any other agreements you may enter into with TSCI, and shall be final and binding, and shall provide for each party to bear its own costs of arbitration and attorneys' fees. Each party expressly waives any right to a jury. Judgment upon the award of the arbitrator may be entered or enforced in any court of competent jurisdiction. If either party shall fail to appear at the hearing on the date designated in accordance with the rules of the American Arbitration Association, or shall otherwise fail to participate in the arbitration proceeding, the arbitrator is hereby empowered to proceed ex parte. In the event of any dispute concerning this Agreement or any other agreement between you and TSCI, your sole and exclusive remedy shall be to seek damages pursuant to an arbitration authorized herein, and in no event will you be entitled to seek rescission, or injunctive or other equitable relief. If you do not agree to these requirements (or any other provision herein), do not use the Site or the Services.

## SEVERABILITY AND INTEGRATION

This Agreement, together with any agreement referred to herein (including the Privacy Policy) and any other agreement between you and TSCI, constitutes the entire agreement between you and TSCI with respect to the Site and the Services and supersedes all prior or contemporaneous communications and proposals (whether oral, written, or electronic) between you and TSCI with respect to the Site and the Services. If any part of this Agreement is held invalid or unenforceable, that portion shall be construed in a manner consistent with applicable law to reflect, as nearly as possible, the original intentions of the parties, and the remaining portions shall remain in full force and effect.

## MISCELLANEOUS

This Agreement is not assignable or otherwise transferable by you, and any such transfer, assignment or sublicense shall be null and void. No agency, partnership, joint venture or employment relationship between you and TSCI is intended or created by this Agreement. No waiver by either party of any breach or default hereunder shall be deemed to be a waiver of any preceding or subsequent breach or default. Any heading, caption or paragraph title contained in this Agreement is inserted only as a matter of convenience and in no way defines or explains any paragraph or provision hereof. Any notifications or other communications that we undertake to send to you hereunder will be deemed conclusively given if sent to the email address submitted as part of your registration with TSCI. If such email address does not function, TSCI

INTERNET ARCHIVE
WaybackMachine
12 captures
10 Feb 2007 - 17 Jul 2011

http://www.triggerstreet.com:80/gyrobase/Page?mode=print&oid=303   Go

JAN   FEB   AUG
◀ 10 ▶
2006   2007   2008

clicking "I AGREE" or similar buttons provided in conjunction with any such agreement, your submission of any agreement with your initials and/or name entered into a box provided for that purpose together with the agreement, and/or your registration to use the Site or the Services governed by this Agreement, shall constitute your electronic signature and, according to the provisions of federal law (including, without limitation, copyright law), shall be of the same effect as if you had signed such agreement manually. Your access and use of the Site or the Services also constitutes your acceptance of this Agreement. Upon our request, you agree to sign a non-electronic version of this Agreement. A printed version of this Agreement and/or of any notice given in electronic form shall be admissible in judicial, administrative, or arbitration proceedings based upon or relating to this Agreement to the same extent and subject to the same conditions as other business documents and records originally generated and maintained in printed form.

**NOTICE FOR CALIFORNIA USERS: California Civil Code Section 1789.3 entitles California users to the following specific consumer rights notice: The Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs may be contacted in writing at 400 R. Street, Sacramento, CA 95814 or by telephone at (916) 445-1254.**

**PLEASE INDICATE YOUR ACCEPTANCE OF ALL OF THE ABOVE TERMS AND CONDITIONS BY ENTERING YOUR INITIALS BELOW:**

# Exhibit

# B

INTERNET ARCHIVE
**WayBackMachine**
http://www.triggerstreet.com:80/gyrobase/Page?oid=305   Go
61 captures
12 Jul 2006 - 13 Mar 2016

DEC FEB MAY
◀ 09 ▶
2006 2007 2008

SEARCH [_____] [Short Films ▼] Go          Create an account | Login

- ▷ **UPDATES**
- ▷ **TRIGGER DIGEST**
- ▷ **INDUSTRY NEWS**
- ▷ **HALL OF JUSTICE**







# About Us

Trigger Street Productions, Inc., was formed in 1997 by Kevin Spacey to develop and produce entertainment in a variety of mediums. Realizing that the path to his own success would have been much rockier without the support and encouragement of many outstanding mentors, Spacey has sought out a way to inspire, nurture, and help bring exposure to new and undiscovered talent. If you are in a position to help others, if you find yourself in the building of life and you can send the elevator back down, that becomes your earnest duty. This philosophy has become the catalyst for the second step of his vision - TriggerStreet.com.

TriggerStreet.com was founded in January 2002 as the web-based filmmaker and screenwriter's community of record - an interactive mechanism for the purpose of discovering and showcasing new and unique talent. Based on the principles of creative excellence, it provides industry access and exposure to help build the careers of notable new filmmakers and screenwriters of our day.

Our mission is to encourage the creative process of filmmaking and screenwriting by providing hands on, peer-to-peer, objective criticism and letting the material be judged on its own merit. We offer an engaging avenue of exploration for both first time and veteran film directors, writers, and enthusiasts, anyone at all, who is attempting to bring his or her vision to the screen.

Our team has been extensively researching and designing TriggerStreet.com to ensure that it encapsulates every aspect of the user's desires and needs. We are using the Internet with its initial intention and design in mind: a tool to communicate. As such a constructive tool, we hope that it will be an inventive, productive, and exciting experience for all.

Welcome to TriggerStreet.com.

**Quote Of The Day**
*"In life it is more necessary to lose than to gain. A seed will only germinate if it dies."*
- Boris Pasternak

Powered by *Bespin*     Design by **BrinkMedia**

# Exhibit
# C

INTERNET ARCHIVE
WayBackMachine

http://www.triggerstreet.com:80/gyrobase/Page?oid=304    Go

90 captures
12 Jul 2006 - 10 Aug 2011

DEC  FEB  MAY
◀ 09 ▶
2006  2007  200

SEARCH _____ [Short Films ▼] Go    Create an account | Login

▷ UPDATES

▷ TRIGGER DIGEST

▷ INDUSTRY NEWS

▷ HALL OF JUSTICE

# Privacy Policy

Last updated November 4, 2002

Triggerstreet.com, Inc. ("TSCI" or "we," "us" or "our") respects the privacy rights of our online visitors and members and recognizes the importance of protecting the information collected about you. We have adopted this online privacy policy (our "Policy") that guides how we collect, store and use the information you provide online through your participation on the World Wide Web site located at http://www.triggerstreet.com (the "Site") and any related services (collectively, the "Services").

### Information Collection and Use

We are the sole owner of the information collected on the Site unless specifically stated otherwise. We will not sell, share, or rent this information to others in ways different from what is disclosed in our Policy. We collect information from our users at several different points on the Site. When registering to become a member of the Site, we may need you to provide your name, email address, mailing address, phone number, fax number and other personally identifiable and non-personally identifiable information. Members of the Site must create a user name and password. This information, among other things, allows us to keep a user profile that we may use to monitor or improve the use and satisfaction of the Site and to customize the Site. Although certain parts of the Site allow you to use them without submitting any personally identifiable information, some areas, such as participation in certain contests or the submission of material, chat areas, bulletin boards and other specialized sections of the Site, do require registration and/or your submitting personally identifiable information. We also collect non-personally identifiable information, such as certain demographic information, for users of the Site. We use non-personally identifiable information to build a more useful Site and better Services by examining the collective characteristics and behavior of the Site's users, and by measuring demographics and interests regarding specific areas of the Site and the Services. We also may provide statistical information based on this data to our current and future entertainment and sponsorship partners and strategic alliances.

### Information Disclosure

We reserve the right to disclose information submitted by or concerning any user as we feel is necessary to protect our systems or business. Specifically, but without limitation, we reserve the right to disclose such information when a visitor or member is in violation of our Terms of Use or any other agreement with us, or engages (or is suspected of engaging) in any harmful, infringing or illegal activity; any threatening or abusive behavior or in any manipulation of the Site or the Services including, without limitation, to law enforcement agencies for investigation or prosecution. You hereby agree that we may disclose such information in connection with such events and/or concerns, with or without a subpoena, warrant, or other court order, and that we may disclose such information in response to court and governmental orders, civil subpoenas, discovery requests and as otherwise required by law, as well as in response to allegations of infringement or as we feel may be required to protect TSCI, the Services, the Site, our users, or other third parties. We also reserve the right to suspend or terminate your membership in connection with any suspected illegal, infringing, or inappropriate activity.

Subject to the foregoing, TSCI may use your personally identifying information: (1) to customize various aspects of the Site and the Services to your preferences; (2) to determine which advertisements or sponsor messages will be served to your browser; (3) to send you announcements, updates, and other third party materials that we feel may be of interest to you (you may "opt out" of receiving these

**Quote Of The Day**

*"In life it is more necessary to lose than to gain. A seed will only germinate if it dies."*

- Boris Pasternak



INTERNET ARCHIVE
WaybackMachine

http://www.triggerstreet.com:80/gyrobase/Page?oid=304    Go

90 captures
12 Jul 2006 - 10 Aug 2011

DEC  FEB  MAY
◄ 09 ►
2006  2007  200



advertisement and development partners and strategic alliances; and (2) TSCI's contractors, consultants, and professional advisors to the extent necessary for them to perform services on our behalf, and only under disclosure restrictions.

Notwithstanding anything contained herein, because the Site is "powered by" Brink Media, Inc. and DesertNet, LLC, and is hosted by RealNetworks, Inc., TSCI will disclose both personally identifiable and non-personally identifiable information to Brink Media, Inc., DesertNet, LLC and RealNetworks, Inc. In addition, we may partner or otherwise contract with other parties to provide specific services. When you sign up for these services we will share names, or other contact information that is necessary for the third party to provide these services; provided that these parties are not allowed to use personally identifiable information except for the purpose of providing these services.

**User Names and User Disclosure**

The user name you select or are provided with upon registration with the Site is deemed non-personally identifiable information. Your user name may be published on the Site and may be disclosed to others, including, without limitation, to the public, and to any third parties with whom we elect to share such information. In addition, if you include your name or any other personally identifying information in any material transmitted or posted on public areas of the Site or the Services (including, without limitation, message boards, reviews and chat rooms), such information will become public information and will be published on the Site and will be disclosed to other users of the Site and to other third parties who may have access to or otherwise see a display of such information. You hereby release, waive any claims against, and hold harmless TSCI and its related or affiliated entities, as well as all of its and their respective partners, parent, members, subsidiaries, affiliates, sponsors, officers, directors, shareholders, representatives, agents, contractors, consultants, and professional advisors and any of their employees, from and against any and all claims relating to such disclosure, sharing, or publication.

**Festivals, Contests, Submissions and Promotions**

When you enter a festival, contest, submission or other promotional feature, we may again ask for your name, address, email address, user name, password, and other various submission information, demographic information and consumer preferences so that we are able to, for example, properly administer the festival and notify winners. We reserve the right in our sole discretion to sell, trade or otherwise transfer outside TSCI personally identifiable information that users voluntarily provide in any registration or festival, contest or material submission. In connection with TSCI's festivals, contests, submissions or other promotions, TSCI may post relevant privacy information in the official rules, and/or in the registration area or another area on the Site for the festival, contest, promotion or submission. That privacy information, to the extent it conflicts with our Policy, will govern that particular promotion, festival, contest or submission.

**Cookies**

A cookie is a piece of data stored on the user's hard drive containing information about the user. Usage of a cookie is in no way linked to any personally identifiable information while on the Site. Once the user closes their browser, the cookie simply terminates. For instance, by setting a cookie on the Site, you would not have to log in a password more than once, thereby saving time while on the Site. If you reject the cookie, you may still use the Site, however, you will be limited in some areas of the Site. Cookies can also enable us to track and target the interests of our users to enhance the experience on the Site. Some of our business partners use cookies on the Site (for example, advertisers). However, we have no access to or control over these cookies. Most browsers will allow you to erase cookies from your computer hard drive, block acceptance of cookies, or receive a warning before a cookie is stored.

**Log Files**

We use IP addresses to analyze trends, administer the Site and the Services, track user movement, and gather broad demographic information for aggregate use.

**Information Access, Review and Updating**

http://www.triggerstreet.com:80/gyrobase/Page?oid=304   Go

INTERNET ARCHIVE
WaybackMachine
90 captures
12 Jul 2006 - 10 Aug 2011

DEC FEB MA
◄ 09 ►
2006 2007 200

**Third Party Uses and Links**

TSCI cannot and does not assume any responsibility for any actions of any third parties, including their use of information received either from TSCI through the Site, the Services or independently. The Site and the Services may contain links to other World Wide Web sites. We are not responsible for the privacy practices or the content of such other web sites. You are encouraged when you leave the Site and to read the privacy statements and terms of use of all websites to which you are linked. Our Policy applies solely to information collected by TSCI on the Site and through the Services.

**Security**

When you submit information via the Site, your information is protected using secure data networks protected by industry standard firewall and password protection systems. Our security practices and policies are periodically reviewed and updated as necessary, and only authorized individuals have access to the information provided by our users. You are ultimately responsible for the security of your user name and password. If you have any questions about the security at the Site, you can send an email to inquiries@triggerstreet.com.

**Choice/Opt-out**

You may choose to "opt out" of receiving promotional or other certain materials from TSCI and/or its affiliates, advertisers, or other business partners at any time by checking any "opt-out" boxes that may be provided during the registration process. You may also contact third parties directly. Users will not be able to "opt-out" of receiving certain email messages from us that are important to your use of the Site or the Services.

**Consent**

By using the Site or the Services, you signify your assent to our Policy. If you do not agree to our Policy, please do not use the Site or the Services. We reserve the right to make changes in our Policy at any time. Amendments to our Policy will be posted at this URL and will be effective when posted. Please check our Policy regularly to ensure you are aware of any changes in our privacy practices. Your continued use of the Site or the Services will signify your acceptance of the changes to our Policy. If you have any questions regarding our Policy, please email us at inquiries@triggerstreet.com.

ABOUT US | PRIVACY | TERMS | HELP | LINKS

Powered by DESERT    Design by BrinkMedia

# Exhibit

# D

**<u>Amazon Studios</u>**

- **<u>Sign in</u>**
- **<u>Register</u>**



- 

  Submit

  Get your movie or series idea considered by Amazon Studios

  Movies
  - **<u>Submit a script</u>**
  - **<u>Submit a video</u>**

  Series
  - **<u>Submit a drama series idea</u>**
  - **<u>Submit a comedy series idea</u>**
  - **<u>Submit a children's series idea</u>**

- 

  Create

  Amazon Storybuilder
  - **<u>Outline your movie or TV script</u>**

  Amazon Storywriter
  - **<u>Write your movie or TV script</u>**

- 

  Review

  Help us decide which movies and TV shows to make
  **<u>See our latest projects and weigh in now</u>**

  Movies
  - **<u>All movie projects</u>**

  Series
  - **<u>Original series</u>**
  - **<u>All series projects</u>**

- 

  Search

Projects and People

**Forums** › **The Commissary Forum** › Trigger Street Labs website for writers going away

# Trigger Street Labs website for writers going away

1-12 of 12 posts

Sort:

Oldest first

|

Page: 1



**Russell Corey** says:

**Notable Projects**

Sad to see this posted on the Trigger Street Labs website. I loved using this site to get feedback on scripts and crafting drafts. I will miss it so much.

Announcement:

To all members of the Trigger Street Labs community:

After twelve incredible years as one of the leaders in being a platform for exposure and discovery of your creative content, we will be shutting down the site effective early January of next year. All users will be able to download their reviews, and save whatever content they need to prior to the shutdown. You can do this through your profile page. We care a great deal about giving you the opportunity to showcase your work, and we did our best to provide you with the most intuitive and creative platform possible.

We would like to extend our gratitude to all of our amazing users who have supported us, given feedback and advice, and allowed us to build a better site over the years. If it weren't for the community, the site would not be what it is today

Furthermore, a deepest thanks goes out to our moderators who have spent their precious free time ensuring the site remain an asset for creative individuals seeking exposure for their content.

We had an amazing ride. Thank you so much for your participation over the years.

Announcement link here.

\- Trigger Street Productions
**Reply to this post**
Posted on: November 06, 2014 04:14 PM PST



**Phil Hwang** says:

I used this site off and on over the years. Recently, it had changed its format and was difficult to navigate.

Now, I use Talentville to vet my screenplays. It's always a mixed bag, but it feels like the only alternative to paid feedback.
**Reply to this post**
Posted on: November 07, 2014 01:59 PM PST



**Lauri** says:

There's also Zoetrope for freebies.

But there's nothing wrong with paid feedback. :)
**Reply to this post**
Posted on: November 07, 2014 06:30 PM PST



**Eric Christopherson** says:

Nothing wrong with trusting your own judgment for that matter.
**Reply to this post**
Posted on: November 07, 2014 06:54 PM PST



**Lisa Scott** says:

never trust your own judgement fully. every writer needs an editor. seasoned writers need editors. wannabe writers even more so.
**Reply to this post**
Posted on: November 08, 2014 04:03 AM PST



**Tom Gilman** says:

This site never was about the writers. Dean and a few others used the writers, their scripts and stories as a cover to gain exposure for themselves. In any case, it was poorly managed; and much of the day to day business was left up to a select group of writers and readers so Brunetti and the others could go pursue their pet projects and ignore the site. But thanks to good peer reviewers I gained a lot of experience and knowledge from other members, but never from the site managers who couldn't be bothered to deal directly with the members. Try Zoetrope, which is run far better.

**Reply to this post**

Posted on: February 08, 2015 09:37 PM PST



**terror Tv** says:

Sad? What has triggerstreet ever done for anybody???

Let me tell you what triggerstreet was all about:
1) Dana Brunetti used it to acquire enough funds to promote movies. Now that he's there triggerstreet is dust in the wind
2) Name ONE person who got their big break from the site?? Any one? I think not!
3) Youtube made more people famous, more money than Trigger ever hoped.
4) They came to be leaders in what? They stated they are one of the tops leaders in help young talent. Yeah I think not!
5) Triggerstreet used people dreams, hopes, etc to make money!! That's the cold hard truth
6) And I know this to be a fact. They "adjusted" you internet traffic reports to continue sponsorship from Budweiser.

I say good riddens

**Reply to this post**

Posted on: February 10, 2015 08:29 AM PST



**Jack Hudkins** says:

Terror, thanks for posting the truth. Many of these sites feed off peoples hope. If some make it, then good deal.

**Reply to this post**

Posted on: February 10, 2015 10:07 AM PST

**In response to an earlier post preview this post**



**Ralph Wescott** says:

Trigger Street, like any site, including AS here, is what we & they make it. Success on TS, large or small, is mentioned in their Success section -- Pages of them. I'd say any member using the site learned something while there, or at least entertained themselves. Oh yes, it was on TS that I learned of other sites, (AS for one) contests, books, movie equipment, etc. Without them, I'd still be dreaming and complaining of the stories stuck in my mind and having no idea how to get it into a close resemblance of the screenplay format, let alone all the peoples input on how to use the computer. Just my two cents from another wannabe writer/movie maker.

**Reply to this post**

Posted on: February 10, 2015 04:53 PM PST



**Ed Ellis** says:

*riddance.

And it did help some of us. I, for one was optioned as a result of the site. Bitter is a sad pill.

**Reply to this post**

Posted on: December 29, 2015 06:14 PM PST

**In response to an earlier post preview this post**



**Nathan Mills** says:

For a short time it seemed, TS was also a platform for novelists too. I got great feedback on early drafts of my manuscripts.

**Reply to this post**

Posted on: May 24, 2016 04:32 PM PDT



**Paul Chironi** says:

Honestly, when TriggerStreet was at its height (before the great "memory dump" of 2007) nothing came close to it.

The peer review/Script of the Month/top three scripts get free reviews by ScriptShark all for free has never been matched anywhere.

Granted, Amazon Studios crushed everyone when they started with cash prizes, but not so much in terms of feedback.

And, as corny as it sounds, I thought the "Hall of Justice" was pretty cool.

So -- thanks again Kevin and Dana -- it was a cool ride.

**Reply to this post**

Posted on: May 25, 2016 04:30 PM PDT

< Previous | Page: 1 | Next >

Sign in to post

Our Development Slate

- **Movies**
- **Drama Series**
- **Comedy Series**
- **Kids Series**
- **Preschool Series**

Resources

- **Help**
- **Contact Us**
- **Forums**
- **Jobs**

Connect with us



© 2010-2017 Amazon.com, Inc. or its affiliates

**Conditions of Use**

**Privacy Notice**

**Amazon Studios**