—As we've **mentioned before**, many in the industry were stunned—and some thrilled—when *The Departed* producer Graham King failed to mention Paramount chief Brad Grey's name when he accepted for best picture.

Recall that Grey had **unsuccessfully lobbied the Producers Guild** for recognition as a producer on the film (for work he had done before taking the top job at Paramount). When he didn't get it, he asked the academy—which generally follows the guild's lead in these matters—to render him eligible to pick up the Oscar if *The Departed* were to win. Many thought Grey's campaign for recognition was a bad idea considering that his studio had *Babel* in contention and *The Departed* was a Warner movie. But that didn't stop him.

In fact, even after the academy made its decision, we're told King confided to friends that he'd been pressured to withdraw his own name in protest. This strategy worked some years ago when the Producers Guild wouldn't recognize Grey for his work on *The Sopranos*. The show's creator, David Chase, threatened to withdraw his own name and the guild caved. King fretted over what to do but decided to take that possibly once-in-a-lifetime walk on-stage to get the golden statuette—and compensate by thanking Grey in front of the world. Our source assures us that when the big moment arrived, King simply forgot to say thank you. And we absolutely believe that. (Dr. Freud, call your office.)

It's probably just as well for Grey that the academy didn't give in. On Oscar night, he was seated in a row with his boss, Viacom Chairman Sumner Redstone. Had he attempted to rise from his chair, there's no doubt that a gnarled claw would have shoved him back down so fast that Grey's vertebrae would have cracked.

—It occurred to us that when Jack Nicholson opened the envelope for best picture, he might have said *The Departed* when the card actually read *Little Miss Sunshine*. After all, we know which one he preferred. When we mentioned this—jokingly—to an executive associated with one of the losing films, we were surprised to discover that he had the same thought—and he wasn't joking. Did Jack read the right name? Only Diane Keaton and Price Waterhouse know for sure.

---

BROW BEAT   SLATE'S CULTURE BLOG

MAY 19 2017 8:02 AM

# While Amazon and Netflix Are Producing Ambitious Movies for TV, HBO Is Still Stuck Making TV Movies

*By David Canfield*



*The Wizard of Lies, starring Robert De Niro and Michelle Pfeiffer.*

Craig Blankenhorn/HBO

Steven Soderbergh did not intend for *Behind the Candelabra*, his Liberace biopic starring Michael Douglas and Matt Damon, to wind up on HBO. The director described its bumpy journey to the network upon its premiere, explaining that his initial pitch—requesting a mere $5 million to shoot a script by Richard LaGravenese, with those marquee names already attached—was met with uniform rejection by Hollywood studios. **He told the** *Wrap* that "[everybody] said it was too gay," and in a more in-depth interview **with** *Mother Jones*, he

argued that the "economics" of the theatrical market rendered such a path impossible. M__ studios' loss turned out to be HBO's gain: *Behind the Candelabra* earned **universal acclaim** among TV and film critics alike, won **11 Emmy Awards**, and hit a **near-decade viewership record.**

Given HBO's resources, the success of *Behind the Candelabra* should not be the anomaly that it is. For decades, the pay-cabler's model for TV movies has been frustratingly static: It takes rich historical material and spins it into movies that, no matter the talent of the people involved, usually come up short on ambition and middling in execution. It's the very opposite of the cutting-edge brand HBO has cultivated for itself in series and documentaries. For every *Candelabra* there's a *Phil Spector* and a *Mary and Martha*—movies that aired in the same season as *Candelabra*, respectively starred Al Pacino and Hilary Swank, and faded from relevance the moment their credits rolled. For every *Bessie*, Dee Rees' uneven but galvanizing biopic starring Queen Latifah, there's a *Confirmation* and an *All the Way*, both of which squandered the dramatic potential of ever-timely political issues.

CONTINUE READING

FOLLOW SLATE

**SLATE ON**   IPHONE   ANDROID   KINDLE

REPRINTS                                                                          ADVERTISE WITH US

ABOUT US                                          USER AGREEMENT
CONTACT US                                        PRIVACY POLICY
WORK WITH US                                      FAQ
FEEDBACK
CORRECTIONS

Slate is published by The Slate Group, a Graham Holdings Company. All contents © 2017 The Slate Group LLC. All rights reserved.

# Exhibit

# J

# THE NUMBERS ®

Where Data and the Movie Business Meet

Follow us on  

| News | Box Office | Home Video | Movies | People | Oscars | Research & Data |


ALLERGIES
WITH NASA
CONGESTIO
Claritin-D

Market Charts > Distributors



Distributors Market Share

— Walt Disney
— Warner Bros.
— Sony Pictures
— 20th Century Fox
— Universal
— Paramount Pictures

**Note:** Figures for 2017 are at an annualized rate.

## Market Share for Each Distributor 1995-2017

| Rank | Distributor | Movies | Total Box Office | Tickets | Share |
|---|---|---|---|---|---|
| 1 | Walt Disney | 535 | $31,230,342,981 | 4,743,883,013 | 15.39% |
| 2 | Warner Bros. | 686 | $30,481,204,951 | 4,568,074,683 | 15.02% |
| 3 | Sony Pictures | 647 | $24,797,983,336 | 3,821,175,597 | 12.22% |
| 4 | 20th Century Fox | 476 | $23,735,862,700 | 3,563,006,067 | 11.69% |
| 5 | Universal | 440 | $23,381,336,666 | 3,492,798,649 | 11.52% |
| 6 | Paramount Pictures | 446 | $22,413,883,651 | 3,448,219,756 | 11.04% |
| 7 | Lionsgate | 362 | $7,879,609,096 | 1,030,549,036 | 3.88% |
| 8 | New Line | 205 | $6,193,114,702 | 1,116,171,066 | 3.05% |
| 9 | Dreamworks SKG | 77 | $4,278,649,271 | 760,431,349 | 2.11% |
| 10 | Miramax | 384 | $3,842,684,125 | 715,187,644 | 1.89% |
| 11 | MGM | 229 | $3,510,209,398 | 642,120,427 | 1.73% |
| 12 | Fox Searchlight | 202 | $2,343,764,984 | 336,789,784 | 1.15% |
| 13 | Weinstein Co. | 172 | $2,148,969,711 | 273,373,370 | 1.06% |
| 14 | Focus Features | 147 | $1,815,301,884 | 248,259,456 | 0.89% |
| 15 | Summit Entertainment | 40 | $1,667,022,795 | 217,204,346 | 0.82% |
| 16 | Sony Pictures Classics | 464 | $1,097,234,134 | 169,170,221 | 0.54% |
| 17 | Miramax/Dimension | 28 | $1,035,673,230 | 177,909,485 | 0.51% |
| 18 | Relativity | 45 | $932,355,849 | 115,528,169 | 0.46% |
| 19 | Open Road | 45 | $752,411,515 | 91,621,986 | 0.37% |
| 20 | Newmarket Films | 28 | $471,900,320 | 76,379,481 | 0.23% |
| 21 | IFC Films | 368 | $409,321,534 | 64,131,428 | 0.20% |
| 22 | CBS Films | 24 | $383,911,097 | 47,627,449 | 0.19% |
| 23 | FilmDistrict | 16 | $382,933,030 | 47,522,112 | 0.19% |
| 24 | Artisan | 58 | $381,879,157 | 72,324,289 | 0.19% |
| 25 | Paramount Vantage | 87 | $376,993,838 | 55,448,089 | 0.19% |
| 26 | Overture Films | 23 | $342,696,132 | 45,769,788 | 0.17% |
| 27 | STX Entertainment | 14 | $313,029,881 | 36,381,227 | 0.15% |

## Trending Pages

Bankability Index
Daily Box Office
Weekend Box Office
Weekly Box Office
Weekly DVD Sales
Weekly Blu-ray Sales
Top-selling DVDs of 2017
Top-selling Blu-rays of 2017
Theatrical Release Schedule
All-Time Top Grossing Films
Theatrical Records
Movie Budgets
Theatrical Market
Report Builder
People Records
Highest Grossing Stars of 2017

## Search


VIEW FEATURES
MazdaUSA.com

## Most Anticipated Movies

Baywatch
Pirates of the Caribbean: Dead Men Tell No Tales
The Mummy
47 Meters Down
Dunkirk
Fast and Furious 9
Wonder Woman
Captain Underpants: The First Epic Movie
Kidnap

| | | | | |
|---|---|---|---|---|
| 28 USA Films | 28 | $296,282,431 | 53,244,929 | 0.15% |
| 29 Gramercy | 59 | $294,697,471 | 64,740,015 | 0.15% |
| 30 Roadside Attractions | 121 | $294,523,911 | 35,933,499 | 0.15% |
| 31 Weinstein/Dimension | 12 | $292,964,782 | 40,767,850 | 0.14% |
| 32 IMAX Films | 87 | $288,577,206 | 48,148,277 | 0.14% |
| 33 A24 | 53 | $184,597,384 | 21,797,665 | 0.09% |
| 34 Picturehouse | 30 | $155,411,956 | 22,299,888 | 0.08% |
| 35 Polygram | 9 | $150,730,328 | 32,271,996 | 0.07% |
| 36 Warner Independent | 26 | $149,630,060 | 23,182,668 | 0.07% |
| 37 MacGillivray Freeman Films | 7 | $148,322,809 | 29,116,181 | 0.07% |
| 38 Focus/Rogue Pictures | 10 | $143,951,668 | 22,414,937 | 0.07% |
| 39 Fine Line | 73 | $133,674,231 | 26,940,592 | 0.07% |
| 40 Samuel Goldwyn Films | 84 | $129,267,446 | 17,995,840 | 0.06% |
| 41 Magnolia Pictures | 313 | $127,904,584 | 17,479,787 | 0.06% |
| 42 Pure Flix Entertainment | 8 | $127,655,544 | 15,253,084 | 0.06% |
| 43 Sony/TriStar | 10 | $120,306,715 | 24,284,616 | 0.06% |
| 44 Eros Entertainment | 136 | $116,725,566 | 15,663,986 | 0.06% |
| 45 Freestyle Releasing | 100 | $112,577,508 | 15,300,277 | 0.05% |
| 46 October Films | 45 | $105,688,542 | 22,150,242 | 0.05% |
| 47 United Artists | 10 | $100,917,553 | 14,086,858 | 0.05% |
| 48 UTV Communications | 98 | $88,452,170 | 11,254,026 | 0.04% |
| 49 Alliance Films | 47 | $74,299,926 | 10,807,419 | 0.04% |
| 50 Broad Green Pictures | 13 | $72,113,896 | 8,440,897 | 0.04% |
| 51 Savoy | 10 | $65,656,828 | 15,092,800 | 0.03% |
| 52 Rocky Mountain Pictures | 29 | $65,628,076 | 8,741,048 | 0.03% |
| 53 Filmways Pictures | 1 | $65,233,369 | 10,176,812 | 0.03% |
| 54 Bleecker Street | 13 | $64,168,746 | 7,479,270 | 0.03% |
| 55 ThinkFilm | 105 | $61,702,375 | 9,529,534 | 0.03% |
| 56 National Geographic Entertainment | 26 | $60,211,129 | 8,011,887 | 0.03% |
| 57 Yash Raj Films | 51 | $59,413,300 | 8,410,161 | 0.03% |
| 58 Yari Film Group Releasing | 13 | $56,140,232 | 8,417,860 | 0.03% |
| 59 Trimark | 28 | $55,942,522 | 11,883,312 | 0.03% |
| 60 Destination Films | 5 | $55,116,326 | 10,225,661 | 0.03% |
| 61 Orion Pictures | 12 | $51,717,241 | 11,588,590 | 0.03% |
| 62 Goldwyn Entertainment | 33 | $49,807,146 | 10,769,844 | 0.02% |
| 63 EuropaCorp | 7 | $46,155,394 | 5,384,316 | 0.02% |
| 64 Giant Screen Films | 7 | $45,662,623 | 7,719,013 | 0.02% |
| 65 nWave Pictures | 27 | $42,486,061 | 7,042,486 | 0.02% |
| 66 First Look | 51 | $41,549,050 | 7,514,716 | 0.02% |
| 67 RADiUS-TWC | 27 | $35,623,234 | 4,298,068 | 0.02% |
| 68 High Top Releasing | 12 | $32,919,623 | 3,856,730 | 0.02% |
| 69 Music Box Films | 96 | $32,113,522 | 4,024,943 | 0.02% |
| 70 Apparition | 8 | $29,941,563 | 3,907,581 | 0.01% |
| 71 Clarius Entertainment | 5 | $29,119,817 | 3,555,725 | 0.01% |
| 72 IDP/Goldwyn/Roadside | 19 | $28,285,177 | 4,360,764 | 0.01% |
| 73 Zeitgeist | 105 | $27,233,527 | 4,182,797 | 0.01% |
| 74 Focus / Gramercy | 1 | $26,594,261 | 3,074,481 | 0.01% |
| 75 New Yorker | 102 | $23,648,088 | 4,216,013 | 0.01% |
| 76 3D Entertainment | 7 | $23,621,565 | 3,315,452 | 0.01% |
| 77 IDP Distribution | 16 | $23,406,780 | 3,907,113 | 0.01% |
| 78 Alchemy | 32 | $21,556,266 | 2,671,954 | 0.01% |
| 79 Mongrel Media | 101 | $20,251,094 | 2,494,837 | 0.01% |
| 80 Live Entertainment | 4 | $19,129,723 | 4,151,948 | 0.01% |
| 81 SK Films | 5 | $19,084,280 | 3,054,174 | 0.01% |
| 82 Great India Films | 1 | $18,985,794 | 2,194,889 | 0.01% |
| 83 China Lion Film Distribution | 65 | $17,779,555 | 2,112,256 | 0.01% |
| 84 Odeon Films | 9 | $17,763,674 | 2,949,124 | 0.01% |
| 85 Miramax/Roadside Attractions | 1 | $17,737,646 | 2,104,109 | 0.01% |
| 86 Oscilloscope Pictures | 80 | $17,410,635 | 2,153,050 | 0.01% |
| 87 Cohen Media Group | 46 | $17,400,190 | 2,100,457 | 0.01% |
| 88 Excel Entertainment | 18 | $17,155,655 | 2,808,853 | 0.01% |
| 89 Screen Media Films | 35 | $16,801,466 | 2,792,811 | 0.01% |
| 90 FIP | 10 | $16,568,368 | 1,937,178 | 0.01% |
| 91 Entertainment One | 33 | $16,340,929 | 2,011,386 | 0.01% |
| 92 Anchor Bay Entertainment | 57 | $16,327,436 | 2,069,476 | 0.01% |
| 93 Well Go USA | 44 | $16,156,544 | 1,896,839 | 0.01% |
| 94 FUNimation | 9 | $15,901,304 | 1,864,278 | 0.01% |
| 95 WGBH Giant-Screen Films | 3 | $15,553,324 | 2,695,707 | 0.01% |
| 96 Strand | 257 | $15,326,100 | 2,539,831 | 0.01% |

Valerian and the City of a Thousand Planets

## Trending Movies

Guardians of the Galaxy Vol 2
Alien: Covenant
xXx: Return of Xander Cage
Beauty and the Beast
King Arthur: Legend of the Sword
The Fate of the Furious
Everything, Everything
Moana
The Hunger Games
Snatched



Nintendo Wii Store
Wii consoles, games, points, accessories, guides & more.

▶ Shop Amazon.com/wii   privacy

## Trending People

Stan Lee
Frank Welker
Tom Cruise
John Ratzenberger
Samuel L. Jackson
Warwick Davis
Bob Bergen
Chris Pratt
Dwayne Johnson
Naomi Watts

# Exhibit

# K



# Wiczyk goes to U as VP prod'n

*Cathy Dunkley*

JANUARY 7, 2001 | 11:00PM PT

### Exec to ankle Summit Entertainment

Modi Wiczyk, senior VP production at Summit Entertainment, will ankle his post to join Universal Pictures as VP, production.

Wiczyk, who will remain at Summit while a replacement is sought, is expected to begin work at U at the end of February or early March. He will report to studio production prexy Kevin Misher.

In the interim, Wiczyk will continue to oversee the development of projects such as "Mr. and Mrs. Smith," written by Simon Kinberg and produced by Akiva Goldsman; "Locked and Upright," written by Barry McEvoy, with Dean Parisot attached to direct for producer Mark Johnson; "Closure," written by Ellen Rappaport, with Andy Fleming attached to direct and Marc Platt producing; and "Escapade," to be written and directed by John Patrick Shanley.

"I feel blessed in that I have got an exciting opportunity ahead of me at Universal after having a wonderful working experience with Patrick Wachsberger and Summit Entertainment," Wiczyk said.

Wiczyk joined Summit in July 1999 as senior veep of production, where he helped build Summit's development, production and co-production department as the company increased its sales and production activities.



Summit's foreign sales primarily from its relationships with Artisan Entertainment, Mandalay Pictures, Newmarket Group and Constantin Films. These have made the company of pics such as "The Blair Witch Project" franchise and "Cruel Intentions."

Prior to joining Summit, Wiczyk worked on consultancy projects with Paramount Classics, Industry Entertainment, William Morris Agency and Phoenix Pictures.

*Want to read more articles like this one? SUBSCRIBE TO VARIETY TODAY.*

## Sponsored Content

Recommended by



Hollywood Actress Tells All: "I Felt Bloated, Tired, and Unhealthy... Now I ActivatedYou

14 Athletes who Make Kim Kardashian Look Plain
Journalistate

Here's Why You Should Sign Up and Drive for Uber
Uber



The one reason Amazon Channels is a "better value" than Netflix and
Business Insider

Remove Eye Bags & Wrinkles in Just 1 Minute save money every day

20 Movies You Never Knew Were Hotter Than 'Fifty Shades'
Viral Thread

## Sponsored Content

*How To Fix Your Fatigue (Do This Every Day)* Gundry MD

*Only 1 in 10 People Can Solve This Forrest Gump Quiz. Can You?* Direct Expose

*Sheets That Always Feel Like The Cool Side Of The Pillow* Brooklinen

## More From Variety

*All-Star 'Murder on the Orient Express' Cast Assembles in London*

*M. Night Shyamalan Unveils 'Split'/'Unbreakable' Sequel Starring Bruce Willis, Samuel L. Jackson*

*Chris Pratt Admits He Was 'Caught Off Guard' by 'Passengers' Criticism*



*Jennifer Lawrence's Sexy 'Red Sparrow' Trailer Seduces CinemaCon*

*T.J. Miller, Jessica Henwick Join Kristen Stewart in Thriller 'Underwater' (EXCLUSIVE)*

*Daniel Craig, Pierce Brosnan, Sean Connery Pay Tribute to 'Magnificent Bond' Roger Moore*

*Essential DIY Guide* Health Headlines

*Your Guide For Wearing This Season's Hottest Denim Looks* Shop Spring

Recommended by

Sponsored by Amazon Prime Video

### Can't Stop, Won't Stop Watching These Addictive Shows

Five hilarious TV buffs discuss why Bryan Cranston's "Sneaky Pete" and "Fleabag", starring Phoebe Waller-Bridge, are two must watch addicting series

**Read More**



© Copyright 2017 Variety Media, LLC, a subsidiary of Penske Business Media, LLC. Variety and the Flying V logos are trademarks of Variety Media, LLC.

Variety411: Your production services resource



# Exhibit

# L



# Sony chases down Wiczyk for 'Commercial'

*Dana Harris*

🐦 *@theknife*

AUGUST 1, 2000 | 12:00AM PT

### *Konrad nabs spec actioner for low- against mid-six figures*

Tyro screenwriter Roee Wiczyk has sold a spec with the truth-in-advertising handle of "Untitled Commercial Youth-Oriented Action Film" to Sony-based producer Cathy Konrad's Konrad Pictures in a low- against mid-six-figure deal.

Summit Entertainment is circling to partner with Sony to take foreign rights on the pic, which is pitched as a twentysomething's take on "The Treasure of the Sierra Madre."

Sony exec production VP Matt Tolmach and creative exec Jonathan Kadin brought the script into the studio with Konrad's director of development, Jeanne Allgood.

Wiczyk is repped by Jeff Graup and Alex Goldstone at Graup Entertainment and attorney Howard Abramson of the law firm Behr and Abramson.

**Want to read more articles like this one? SUBSCRIBE TO VARIETY TODAY.**

## Sponsored Content

Recommended by



Hollywood Actress Tells All: "I Felt Bloated, Tired, and Unhealthy... Now I ActivatedYou

Why Amazon Channels is a "better value" than Netflix or Hulu
Business Insider

Fans Stunned As Don Knotts Blurts Out Why He Left 'The Andy Griffith Definition



How Uber Gave This Chicago Dad Financial Freedom
Uber

Watch Anything On Your TV With This Brilliant Life Hack
lifestyle Research

Here's Why You Should Sign Up and Drive for Uber
Uber

## Sponsored Content

***People Are Racing To Get These Invisible Hearing Aids*** Hear.com

***Can hearing aids deliver better than normal hearing?*** Hear.com

***California Homeowners Eligible for No Cost Solar...*** The Solar Institute

***20 Of The Fastest Military Jets Ever Built*** theBrofessional

***These 23 Questions Analyze Your Level of Education*** Definition

***Test Your War Movie IQ By Identifying These 50 Scenes*** Zoo

## More From Variety

***All-Star 'Murder on the Orient Express' Cast Assembles in London***

***Daniel Craig, Pierce Brosnan, Sean Connery Pay Tribute to 'Magnificent Bond' Roger Moore***

***Cannes Film Market Adds HAF, Vilnius, New Horizons, Thessaloniki to Pix-in-Post Showcases***

***Jennifer Lawrence's Sexy 'Red Sparrow' Trailer Seduces CinemaCon***

***HanWay Films' Gabrielle Stewart on What Independent Distributors Look for in Acquiring Films***

***Chris Pratt Admits He Was 'Caught Off Guard' by 'Passengers' Criticism***

Recommended by

Sponsored by Amazon Prime Video

# Exhibit

# M

# Google Groups

## Mr. Showbiz article

**Sophie2**                                                                 Jan 20, 1999 12:00 AM
Posted in group: **alt.fan.val-kilmer**

Here's a nice long interview on Val.  Too bad about his disagreement with Kevin
Spacey.  I wonder if Val would do a movie with him, feeling the way he does?
Too bad.  I would have loved to see those two in a movie together.

MR. SHOWBIZ....

What's a few thousand dollars in old debts between wealthy, successful movie
stars? Plenty, according to Batman-that-was Val Kilmer, who has a bone to pick
with fellow thespian Kevin Spacey.

Seems the Oscar-winning Spacey has been in Kilmer's doghouse for quite some
time, according to comments the famously temperamental star of the new romantic
drama At First Sight made in a recent interview with Mr. Showbiz.

It all goes back to the late '70s, when both were students at Juilliard. As
Kilmer tells it, his late father, Eugene, was "hustled" by the Usual Suspects
star, who claimed he was about to default on his tuition payments and asked the
senior Kilmer for a small loan. According to Kilmer, Spacey knew he was about
to quit school when he asked for money.

"It was, like, $18,000," Kilmer remembers. "My dad thought we were best friends
so he wrote him a check."

Years later, the two crossed paths after both had gone on to establish
flourishing acting careers. As Kilmer recalls it, "I said, 'Congratulations.
You're doing great, but you ought to pay my dad back. I don't have much to say
to you till you do that.' He sent my dad a thousand dollars and some sad-song
letter that was all lies."

Not surprisingly, Spacey sees things in a rather different light. When Mr.
Showbiz asked for his thoughts regarding Kilmer's claims, his publicist told
us, "Ten years ago Mr. Spacey repaid in full an $800 loan, with interest, made
by Eugene Kilmer in 1979 to help towards his first year's college expenses."

Apparently Kilmer's ill will hasn't rubbed off. Spacey's publicist further
states that the Oscar-winning actor feels "strongly" he would not have ascended
to his present status among Hollywood's elite without "the generous support of
[Eugene] Kilmer, and many like him."

There was even a kind word for his accuser, to whom Spacey remains
"particularly grateful" for having pointed him to Juilliard in the first place.
Awww.

VAL Kilmer wants you to like him. Having come off a string of high-profile
action duds (The Saint, The Ghost and the Darkness), a major sci-fi fiasco (The
Island of Dr. Moreau, after which director John Frankenheimer swore he'd never
work with the actor again), and a bitter divorce from actress Joanne Whalley,
the notoriously difficult actor seems eager to show his kinder, gentler side.

Kilmer can currently be heard as the voice of Moses in DreamWorks' animated
family epic The Prince of Egypt. It's his latest shot at slipping into the

shoes of a cultural icon, something the actor does with surprising ease. After all, his best (and most flamboyant) performances—Jim Morrison in The Doors, Doc Holliday in Tombstone—are startling impersonations of real-life historical figures.

But Kilmer's latest role is infinitely more tricky. At First Sight is an intimate love story with a twist. "What if you fall in love at first sight and you can't see?" the actor says. In the film, he plays Virgil Adamson, a blind masseur who is convinced by his architect girlfriend (Mira Sorvino) to undergo experimental surgery to regain his sight. Based on a true story documented by Dr. Oliver Sacks, At First Sight sometimes succumbs to sentimentality but Kilmer's sensitive, nuanced acting manages to skirt the goo.

Clad in a Hugo Boss leather jacket and purple-tinted John Lennon shades, the actor chatted openly about playing blind, playing Batman, and playing with his kids.

**Was playing a blind person a big challenge?**

It's probably the hardest role I've ever played. The premise couldn't be more simple and yet more complex: What if you fall in love at first sight and you can't see? The fact that it's a true story doesn't matter. It doesn't matter that Titanic's a true story. It's a love story. Take the love story out and you'd have nothing. And I think it's really Mira's character's love and belief that inspires Virgil to see. The way that we tell the story is that she made him something he was not.

**Mira Sorvino said you made her role easier because when you were playing the character blind, even though you would react to her, there was nothing in your eyes. Can you talk about how you achieved that?**

It was a lot of work. There are things that seem effortless to us that for Virgil take a lot of effort. Just keeping his clothes neat, making sure his shirt's tucked in. These are things that even when we can see, we still mess up. I'm always doing that. But for Virgil it takes a lot of practice. I went to New York really early on to rehearse for the role. I spent quite a bit of time with my eyes closed in my room or with contact lenses on where I couldn't see. And then I went out on the street and in the subway.

**Did you go out by yourself?**

Yeah. By myself and with friends. It was actually harder with friends. It was very frustrating. They'd say, "Watch out!" But they didn't say "Watch out for what?" If a dog was loose, they wouldn't tell me what direction he was coming from.

**Did people on the street try to help you?**

Some did and some didn't. It's a very deep experience to stand on the street and ask for directions, knowing someone's standing next to you but they won't answer. They don't want to bother. It's an awful kind of pity. It's as though there's something wrong with you because you're blind. And for a lot of blind people I talked to, it's a question of pride. It's hard to admit that you're lost. Children don't like to get lost, but imagine being in that condition as an adult. It's very tough.

**Did you use any blind people as inspiration for your character?**

My friend Michael. He's a sculptor in Santa Fe [N.M.] who lost his sight in Vietnam from a hand grenade. I've known him for years, so it was easy to work with him. He has a miraculous spirit and a great sense of humor. He says, "My first date. It was a blind date." He can tell jokes for hours.

Another inspiration were Shirl and Barbara Jennings, the real-life couple the film is based on. They're so in love and so attentive to each other. It was wonderful to watch. I also became friends with a blind masseur in White Plains.

**What did you learn from him?**

A lot, because Virgil has the same job in the film, so it was my good luck. He read the script and was very soulful and insightful. He had a lot of interesting ideas. For instance, he was very attached to his seeing-eye dog, so he was always lobbying for more dog scenes. It's a very important relationship for a blind person. There was a line toward the end of the film where I say that my dog has been put out to pasture, and some of the focus groups that saw the film were very upset. Irwin [Winkler] almost re-shot the scene because people were upset that it sounded like the dog was dead. Also, in another example of just strange good luck, he had met a woman who didn't know he was blind, and they had their first conversation on the phone. And we talked about the oddness of when you tell someone you'd like to date that you're blind. Sometimes he'll wait until he gets a feeling about them because he feels like they might cancel.

**You said it was especially hard to play Virgil after he regained his sight. Why do you think that was?**

It's hard to describe. If Virgil closes his eyes and feels a table, he knows what it is but it's very different when he sees it. It was hard to accurately capture that physical state. Because the absolute reality is that it takes much longer to regain sight than we could dramatize on-screen. What we filmed is as realistic as we could make it, but Virgil just couldn't have learned that quickly what a door looks like. I'd tell Irwin, "I can't do that." He'd say, "Why?" and I'd say, "Because I can't see it." He'd say, 'Well, OK, can't you just do the scene anyway?" We have that scene where Virgil first comes back to Amy's apartment and is surprised to see the balloons she put up. But the reality is that he would have found the sight of the bed equally bizarre. It would be a much longer process for him to understand what he sees. But it would have been distracting from the love story.

**As Virgil, you captured the way a blind person might physically hold himself. Did you find that these physical characteristics were common in all blind people?**

The two extremes are you're either very rigid—which the masseuse was. He'd talk about it. It was a problem for him because it made people very nervous. There's also this rocking thing that blind children do. But kids just don't care what you think. We had Virgil go to both extremes so Irwin could pick and choose what he wanted in the film. I even rock a lot now. It feels good. [Laughs.]

**You had a few scenes working with blind children. What was that like?**

Some of them handle it better than others. There was this one black boy who was just angry. It was tough to watch him because you could tell. Some see better than others so they don't want to be treated like they can't see. In some ways it was really exposing, because we're really not that different than they are. If you take the physical blindness aspect away from the film, it would be the exact same film. Just a story about a guy from out of town who's never seen New York before. When I moved to the city, I was 17, and it took me an hour to get from 64th Street to 72nd. I felt like one of the Beverly Hillbillies.

**Your character Virgil is more comfortable living a quiet life in the country than he is at living in New York City. Are you similiar off-screen?**

Yeah. I've been living in Santa Fe, N.M., since 1983. I've been going back and forth between there and New York.

**Are you still a celebrity in Santa Fe, or are you able to be a more anonymous type of guy?**

They don't care about actors there. It's an artistic, multicultural community. There're a lot of eccentric characters out there and people who make enormous contributions to their community. If you've been to Santa Fe, you're kind of stuck with the tourist aspects of it, but there's a feeling underneath and a soul to it. It comes from the quality of the lives of the community. I'm grateful to expose that to my children, because I think it's vanishing out of our culture everywhere. Even New York. Since I was there in the 1970s things have changed.

**In the new Guiliani-family-friendly city?**

The Hungarian section of the East Village has vanished. Even in Greenpoint, where most of the signs are written in Polish, it's now gentrified.

**What are you working on next?**

I have a film that will be at Sundance called Joe the King. Frank Whaley wrote it and directed it. He's a great actor and comedian. He asked me to play his dysfunctional alcoholic janitor father. This is Frank's real-life story of his childhood. The kids in the film are fantastic. It's reminiscent of The 400 Blows. It's terrific.

**You went to Chatsworth High School with Mare Winningham and Kevin Spacey. Do you still keep in touch with them?**

No, I have no idea what Mare's up to except I just saw the other day that she has a new record out. And Kevin stole money from my dad, so I don't talk to Kevin.

**In high school?**

No. College. We went to Juilliard, and he knew my dad well from high school, and he hustled him. He told him that the school was going to kick him out because he used up his student loans so my dad wrote him a check. Even though Kevin knew he was gonna quit. So he hustled my dad for the money.

**Was it like, a thousand bucks?**

No, it was tuition. It was like, $18,000. My dad thought we were best friends so he wrote him a check. I ran into Kevin years later, and he had made some movies and probably won a Tony by then. I said, "Congratulations. You're doing great, but you ought to pay my dad back. I don't have much to say to you till you do that." He sent my dad a thousand dollars and some sad-song letter that was all lies. And my dad died, [about] 1992 or '93, right before I started Tombstone. So I'm gonna have to [have Spacey] pay for the college education of my children.

[Kevin Spacey's publicist responds: "Ten years ago Mr. Spacey repaid in full an $800 loan, with interest, made by Eugene Kilmer in 1979 to help towards his first year's college expenses. He has always been grateful for the opportunity this afforded him and feels strongly that without the generous support of Mr. Kilmer, and many like him, he would never have achieved the success he has today. He is particularly grateful to Val for having suggested he apply to Juilliard in the first place."]

**What was it like working on The Prince of Egypt?**

Oh, it just gave me quivers. It was just an amazing group of artists. I don't know if Jeffrey [Katzenberg] really got credit for [having] the courage to make such an unusual breakthrough animated film. I can't say enough about it. It's a classic.

**Any trepidation about playing the character of Moses?**

No, because the three directors on that film and Jeffrey really created a warm feeling of collaboration. They were so thorough about everything. I didn't really have concerns because they had talked to so many religious scholars. [That's] the kind of thing that an actor usually has to do himself. [Pauses.] That's the most bacon I've ever had in my whole life.

**Did you see ever see Batman and Robin?**

Half of it. The same half everybody else saw, but I had to turn it off. Especially when I saw a picture of that silver bat suit. Wow. It was hard enough wearing the black one.

**Do you see yourself doing more independent, small-scale films in the future?**

I would love to do a movie just like this every year. I've really been fortunate in that nothing I've done has ever prevented me from doing anything else. That happens all the time, unfortunately. It depends on who you are and the kind of rhythm in which you work. Bruce Willis comes to mind. If [he'd taken] two and a half years off after he did Hudson Hawk, he probably would've been in trouble. But he just loves to work, and that's his rhythm. I'd like to work more on projects that don't take so long to do. Even Heat. I didn't play the lead in that [movie], but it took forever. I started it the day after Batman Forever, and it just took [nearly] as long—about four and a half months. It took about 14 days total to do the shootout scene. Every Sunday, forever. Go down to L.A. and blow it up. It must've been really weird for the people working in the area. Thousands of rounds of bullets. He [director Michael Mann] had 11 cameras on that [scene].

**Now that your divorce is over, are you more comfortable talking about it?**

The last couple of years have been pretty difficult because of my divorce and custody issues. That's something I never talked about in the press because I didn't think it was the right thing to do. Now that the trial's over, I don't feel so bad about telling the truth of it. I never lied. I just didn't think it was appropriate to talk about. That was really a damaging time; to say that I can't co-parent my children is pretty vicious stuff. But, unfortunately, that's what happens with divorce.

**Your ex-wife, Joanne Whalley, is British. So does that mean half of the year the kids are raised in England?**

They live here. That was one of the dramas going on. But there were certain periods of time when it would have been legal for her to just take the children, which was really terrifying.

**So they have to stay in this country even though you have joint custody?**

Yeah. She could move. But the kids have dual passports. All children in the United States who have a foreign parent do until they turn 18. [Pauses.] I can't remember the question. Did we answer it?

**Are you a real hands-on dad off-screen?**

Yeah, I am. My kids really deepen my sense of gratitude for having what I have. They also really energize me. Just over Christmas my 7-year-old daughter took up skiing. My 3-year-old son is fearless, so I thought he would really jump on it too, but he didn't. He'll usually do anything she does, but he was very happy just staying in. But [when] I was a kid, I really appreciated that my parents didn't push things on us. And the mountains aren't going anywhere.

# Exhibit

# N



Feedback

projectgreenlight.com

Explore more than 300 billion web pages saved over time

Saved **252 times** between August 15, 2000 and July 8, 2017.
## Summary of projectgreenlight.com

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.



|  | JAN |  |  |  |  |  |  | FEB |  |  |  |  |  |  | MAR |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  | 1 |  |  | 1 | 2 | 3 | 4 | 5 |  |  | 1 | 2 | 3 | 4 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 | 27 | 28 | 29 |  |  |  |  | 26 | 27 | 28 | 29 | 30 | 31 |
| 30 | 31 |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |  |