**APR**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

**MAY**

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

**JUN**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

**JUL**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

**AUG**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | **15** | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

**SEP**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**OCT**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | **18** | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

**NOV**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | **9** | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| **19** | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

**DEC**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | **2** |
| 3 | **4** | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

## Note

This calendar view maps the number of times projectgreenlight.com was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

# Exhibit

# O

Feedback

triggerstreet.com

Explore more than 300 billion web pages saved over time

Saved **809 times** between September 3, 2000 and July 12, 2017.

**Summary of triggerstreet.com**

**PLEASE DONATE TODAY.** Your generosity preserves knowledge for future generations. Thank you.

| JAN | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

| FEB | | | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | | | | |

| MAR | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 | |

APR

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | | | | | | |

MAY

| | | | | | | |
|---|---|---|---|---|---|---|
| | 1 | 2 | 3 | 4 | 5 | 6 |
| 7 | 8 | 9 | 10 | 11 | 12 | 13 |
| 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 21 | 22 | 23 | 24 | 25 | 26 | 27 |
| 28 | 29 | 30 | 31 | | | |

JUN

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 1 | 2 | 3 |
| 4 | 5 | 6 | 7 | 8 | 9 | 10 |
| 11 | 12 | 13 | 14 | 15 | 16 | 17 |
| 18 | 19 | 20 | 21 | 22 | 23 | 24 |
| 25 | 26 | 27 | 28 | 29 | 30 | |

JUL

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | 1 |
| 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| 9 | 10 | 11 | 12 | 13 | 14 | 15 |
| 16 | 17 | 18 | 19 | 20 | 21 | 22 |
| 23 | 24 | 25 | 26 | 27 | 28 | 29 |
| 30 | 31 | | | | | |

AUG

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

SEP

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| **3** | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

OCT

| | | | | | | |
|---|---|---|---|---|---|---|
| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 8 | 9 | 10 | 11 | 12 | 13 | 14 |
| 15 | 16 | 17 | 18 | 19 | 20 | 21 |
| 22 | 23 | 24 | 25 | 26 | 27 | 28 |
| 29 | 30 | 31 | | | | |

NOV

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | | |

DEC

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |
| 31 | | | | | | |

## Note

This calendar view maps the number of times triggerstreet.com was crawled by the Wayback Machine, *not* how many times the site was actually updated. More info in the FAQ.

FAQ | Contact Us | Beta Site Feedback | Terms of Service (Dec 31, 2014)

# Exhibit

# P

HELLO! hellomagazine.com Case 3:17-cv-06552-VC Document 1-6 Filed 11/13/17 Page 6 of 13
HELLO! Subscribe to the magazine
Search
Bookmark this page

Actors and actresses

NEWS
The latest news
News in pictures
CHANNELS
Celebrities
Actors and actresses
Musicians
Fashion and models
Royalty and statesmen
Health and Beauty
Travel
Canada
IN-DEPTH
Videos
Specials/Galleries
Profiles
British TV celebrities
INTERACTIVE CLUB
Horoscope
Postcards
Quizzes/Games
Competitions
Most Attractive Woman
Most Attractive Man
Most Elegant Woman
Dating
SERVICES
News feed
Tickertape
Contact us
Register
HELLO! MAGAZINE
This week's issue
Subscriptions

The *American Beauty* star, seen here with jewellery designer Jade Jagger, was in London to kick off his new talent search website
Photo: © Alphapress.com
**Click on images for gallery**

Helena Bonham Carter and her boyfriend, director Tim Burton, were among the guests supporting Kevin in his new endeavour
Photo: © Alphapress.com

# STARS HELP KEVIN SPACEY LAUNCH BID TO AID ASPIRING FILMMAKERS

28 NOVEMBER 2002
Kevin Spacey's star status should help guarantee that his latest project – a website aimed at finding the next generation of would-be filmmakers – is a success. The actor was certainly able to generate some high-voltage celebrity support on Monday, with famous faces from Sir Paul McCartney to Oscar nominee Helena Bonham Carter turning out in London to help him kick off the high-tech talent search.

The *American Beauty* actor admits his own road to Tinseltown wasn't always easy – and that's what led him to develop wwww.triggerstreet.com, which gives aspiring filmmakers a place to post their work. "I know what that feels like, and I never want to forget it," he says. "I was lucky, I was an actor. If you are a writer or director, you can't even audition."

Those who sign up on the site will have a chance to submit scripts and films, and may also evaluate the submissions of others. Kevin's production company Trigger Street is behind the project, and will have an option for 90 days on scripts and films voted into the website's top ten.

The new endeavour also features plans for a short film festival, judged by Hollywood stars such as Sean Penn, Ed Norton and Mike Myers.

Big name supporters at last night's event included Geri Halliwell, Joseph Fiennes, Jade Jagger, Jeremy Irons and Peter O'Toole.

FILM

Profile on...
Demi Moore

Make hellomagazine.com your home page | Advertising in the magazine | Advertising on the website | Disclaimer

© 2001-2007, HELLO! All rights reserved.




# Exhibit

# Q

theguardian

# Cyber Spacey

Kevin Spacey last visited Britain as Bill Clinton's conference sidekick. This time, he comes as a businessman, touting a website that helps new film-makers. Sean Clarke gets the sales talk

**Sean Clarke**

Wednesday 27 November 2002 10.11 EST

Kevin Spacey is in town to talk about his new website, and talk about his new website he will. He breezes in to a trendy West End hotel in a smart suit and tie. To complete the picture, his former assistant and current business partner arrive bearing bucket-sized lattes, like retro remnants from the golden days of the startup.

The website, TriggerStreet.com, is an adjunct to Spacey's production company, and aims to provide a forum for unsigned film makers and screenwriters. He says it's all about "sending the elevator down", although one senses that he's waiting at the top to reap any benefits. Under the scheme, his production company gets first dibs on any script that makes it into the site's top 10, as voted on by visitors

Spacey is incredibly businesslike about the whole affair, discussing how his sponsors meet his overheads, what the latest hit count and subscription rate is, and his global marketing plans for the site. At one point, he grins devilishly after a question about sponsorship, and announces - to camera, as it were, "I do like a good Bud." A minute later, he's explaining his first-look clause with classic businessman rhetoric ("we were born at night, but not last night") This is Spacey as salesman, an offshoot of his Glengarry Glen Ross persona. There's little trace of the spikey, defensive Spacey one often reads about; today it's strictly quips, not carps.

But at other times, the caring liberal gets an outing. "'You have to send down the elevator' was something Jack Lemmon once said to me," he says, and some of the hard edge falls out of that velvet voice. "He was a great mentor to

me, and there were so many films that wouldn't have been made without him. I've done well because people like him believed in me."

He says the principle of giving the next generation a helping hand is quite widely held in Hollywood, and that people there don't see him as a saint for setting out to help new talent. "I have no idea how I'm perceived, but it's a philosophy I know is shared in the industry. There are people with gigantic egos who only care about themselves," he concedes, before leaning low over the table and saying, almost menacingly, "luckily, I don't have to work with any of those people."

He is genuinely excited, too, when putting himself in the shoes of unsigned film makers using his website. "There was a moment at the launch party in LA I looked across the room, and there was a cluster of people gathered around a plasma screen watching a short film that had been uploaded that afternoon, by a new film-maker. It was Sydney Pollack, Alan Parker, Billy Crystal, Jay Roach [the Austin Powers director] and Sheryl Crowe. And I thought, that film-maker had probably never thought that people of that calibre would be watching his movie, let alone all at one time."

So why has he come to England to launch the site, I ask, hoping for something about encouraging British talent, and prepared for some fluff about how much he likes it over here. Instead,he says that it's all part of a global marketing strategy, and it's down to his co-producer, Dana Brunetti, to give me the spiel about how the British are passionate about film.

"Of course," says Spacey, belatedly, "I have a great track record of working with Brits."

His great track record with British luvvies includes Sam Mendes (under whose direction he won a best actor Oscar), Judi Dench, Alan Parker, and many more. I ask if he'll be looking anyone up while he's in London.

Spacey fixes me with a cold, blank look. Have I said something wrong? Or is simply that Spacey is so famously private about his off-screen existence that he interprets even the most innocuous enquiry as tabloid-style door-stepping?

"I mean," I say warily, "will you be catching up with Sam Mendes?" Presumably it's the right thing to say, for Spacey retrieves his salesman's grin.

"Yes, will be seeing people while I'm here. I even hope to get to the theatre," he adds, presumably in reference to Mendes's celebrated run of Uncle Vanya at the Donmar. He'll be lucky to get tickets.

Asked whether he himself will return to the London stage, he says definitely yes. He doesn't know when, or to do what, but, "I know which boards I shall be treading - those of the Old Vic."

If so, it will be a far cry from the actor's last visit to these shores, accompanying pal Bill Clinton to the Labour party conference. But Spacey is quick to point out that it wasn't the conference he was here for.

"I was in town, but I didn't come for that purpose. I was on a 12-day visit with the former president to Africa. So while there was a whole load of speculation, I heard, after I left about what was I doing at the conference and who was I trying to influence" (he stresses the second syllable) "in fact if they'd done their work, instead of speculating, or even if they'd just asked the question, they'd realise that I'd been on a trip and he just asked me to come along."

He says he's glad he did. "At least you guys get a chance to get up once every year and talk about your issues. We have a convention, it's every four years, and it's all about the election." Spacey is quite serious about politics, a seriousness which he says goes back to stuffing envelopes for Jimmy Carter at high school. "I enjoy politics," he says. "I think a lot of things can get done in politics. I'm not cynical about it. And I think stuffing envelopes is very important."

He's somewhat less optimistic about the future of film, or rather, the future of cinema, and sees digital film, and digital distribution as as becoming increasingly important. "Even now," he says, "theatrical release for middle and smaller films is a difficult road to go down. It's all geared to big three-day weekends." So in future, he thinks, film-makers will find other ways to get their films out.

"You know, people come up to me sometimes and they ask 'When is your film coming to Fresno? When is your film coming to Albuquerque?' And the answer sometimes is 'That film isn't coming to Fresno'. Because if it doesn't do well in the big cities, they're not going to roll it out." The answer, he says, for film-makers who want to get their film out, is to "go direct to the consumer." Which is where his website comes in.

Spacey tells an anecdote about the original idea for the site, which is essentially Brunetti's brainchild. He says they "came up with a sketchy plan, which at the time..." and chuckles wryly, on which cue Brunetti take up the story "... which at the time, we thought was great." They both shake their heads ruefully. Later, I watch as the pair address a press conference, they repeat the story, with exactly the same pauses, the same chuckle, the same interruptions. It's beat-perfect, like a Mamet script. It makes me wonder if my idea that I've been talking to Spacey the salesman is taking it too far. Maybe it is just Spacey the actor, taking on another role.

## Since you're here ...

... we've got a small favour to ask. More people are reading the Guardian than ever, but far fewer are paying for it. Advertising revenues across the media are falling fast. And unlike many news organisations, we haven't put up a paywall - we want to keep our journalism as open as we can. So you can see why we need to ask for your help. The Guardian's independent, investigative journalism takes a lot of time, money and hard work to produce. But we do it because we believe our perspective matters - because it might well be your perspective, too.

If everyone who reads our reporting, who likes it, helps to support it, our future would be much more secure.

Become a supporter
Make a contribution

Topics

- Movies
- features

# Exhibit R

Our Terms of Service and Privacy Policy have changed.
By continuing to use this site, you are agreeing to the new Privacy Policy and Terms of Service.

Log In

U.S. + Business Markets Tech Media Personal Finance Small Biz Luxury stock tickers

# Anheuser-Busch to launch Bud.TV

**In an effort to find young male viewers, brewer is set to debut its own Web-based television network in February.**

September 6 2006: 9:37 AM EDT

NEW YORK (CNNMoney.com) – Web surfers, this Bud.TV is for you.

Brewer Anheuser-Busch (Charts) announced Wednesday that it will launch a Web-based video network, named Bud.TV, in February. The company says it will feature new humorous webisodes, sporting events, consumer-generated content, field news reports, celebrity interviews, music downloads and comedian vignettes.

The company said the network videos will allow users to view the content in full-screen DVD quality.

Content providers will initially include Wild West Picture Show Productions, TriggerStreet.com, LivePlanet, SEED, @radical.media, Omelet and DDB Worldwide, and the company said more providers will be announced in the future.

COURTESY ANHEUSER-BUSCH

**Anheuser-Busch is set to start the Web-based network Bud.TV in February.**

"We're always looking for new opportunities to connect with adult consumers on a more personal level," said a statement from company president August Busch IV. "With adults spending more time online looking for entertainment to fit their lifestyles, we believe Bud.TV will enable us to reach them in an engaging and fun way."

Anheuser-Busch is already a major advertiser on television and other traditional media, with U.S. ad spending of $606.7 million last year, according to *The Wall Street Journal*, citing statistics from TNS Media Intelligence. But the brewer's target audience of young male viewers has become more difficult to reach in recent years through traditional television programming.

"Traditional broadcast TV doesn't target to the male 21- to 34-year-olds; it tends to be a broader demographic and a more female draw," Tony Ponturo, Anheuser-Busch's vice president of global media and sports marketing, told the *Journal*. "So we are taking it upon ourselves to provide programming that hits that target base."

In 2007, Anheuser-Busch will dedicate about 10% of its U.S. ad budget to online, according to the *Journal*, about double the percentage it is spending this year, including online ads on third-party Web sites as well as Bud.TV.

Turning viral videos into a net brand ■

SAVE | EMAIL | PRINT | RSS | REPRINT

**More Fun Money**

Citigroup sues pawnshop over logo
Partridge, pear tree, etc.: $86,609
'Bailout' is 2008 word of the year

**Top Stories**

Trump's first budget: Trillions in cuts
America's safety net at risk from Trump's budget ax
Strong North Korea links to global cyberattack
Trump's budget: Big gifts for rich, big cuts for poor
British police: Fatalities after incident in Manchester

YOUR E-MAIL ALERTS

Follow the news that matters to you. **Create your own alert** to be notified on topics you're interested in.

Or, visit **Popular Alerts** for suggestions.

Manage alerts | What is this?

Content Tools Connect

Contact Us | Business | Personal Finance | Site Map | Loan Center | My Account | YouTube
User Preferences | Markets | Small Business | Interactive | Calculators | Mobile Site & Apps | RSS Feeds
Closed Captioning | Investing | Luxury | Job Search | Corrections | Facebook | Newsletters
Economy | Media | Real Estate Search | Market Data Alerts | Twitter | Google+
Tech | Video | News Alerts | LinkedIn

Most stock quote data provided by BATS. Market indices are shown in real time, except for the DJIA, which is delayed by two minutes. All times are ET. Disclaimer. Morningstar: © Morningstar, Inc. All Rights Reserved. Factset: FactSet Research Systems Inc. . All rights reserved. Chicago Mercantile Association: Certain market data is the property of Chicago Mercantile Exchange Inc. and its licensors. All rights reserved. Dow Jones: The Dow Jones branded indices are proprietary to and are calculated, distributed and marketed by DJI Opco, a subsidiary of S&P Dow Jones Indices LLC and have been licensed for use to S&P Opco, LLC and CNN. Standard & Poor's and S&P are registered trademarks of Standard & Poor's Financial Services LLC and Dow Jones is a registered trademark of Dow Jones Trademark Holdings LLC. All content of the Dow Jones branded indices © S&P Dow Jones Indices LLC and/or its affiliates.

© Cable News Network. A Time Warner Company. All Rights Reserved. Terms under which this service is provided to you. Privacy Policy.