# Exhibit

# S

# bud.tv

From Wikipedia, the free encyclopedia

**bud.tv** was a marketing venture of the Anheuser-Busch brewing company (the manufacturers of the Budweiser beer brand) in the form of an online entertainment network. The innovative project, which was launched in February 2007 just after the American Super Bowl, was rumored to cost more than $30 million in its first year. The head of the project, as well as its originator, was Jim Schumacker, an executive at A-B.

The first attempt by a consumer product company to launch a full-scale TV network with original long-form programming online, the project was met with great anticipation and interest among media and marketing professionals. It failed to attract the expected number of visitors in its first month of operation, however.

In May 2007, A-B contemplated changing strategies to make their content more portable and accessible to users. Rather than forcing users to come to the site, A-B worked on distribution initiatives with partners to email alerts to fans when and where content is airing.[1]

Despite expectations that it might fold by the year's end,[2] Bud.tv lasted until February 2009 before finally shutting down.[3] Possible causes for the site's initial low viewership include a lack of compelling content, the inability to easily share content, and a difficult-to-use age verification system.[4] The site's age verification firewall required users to enter personal information from government-issued identification, such as driver's license, before registering in order to discourage under-aged visitors. The site was "sunsetted" in February 2009, officially due to the cost, effort and focus required to maintain an entertainment site of this scale.[5][6]

## Contents

- 1 Programming
- 2 See also
- 3 References
- 4 External links

# Programming

The original content on bud.tv ranged from sports to sci-fi to drama, but focused primarily on comedy.[7] Writers tapped for bud.tv came from Saturday Night Live and The Howard Stern Show, and deals were made with such Hollywood players as Vince Vaughn,[8] Kevin Spacey, Ben Affleck and Matt Damon,[9] in addition to sportscaster Joe Buck and race car driver Dale Earnhardt Jr.[10] bud.tv's original programming has included a comedy named, "Replaced by a Chimp," a story about an everyday hero starring Tim Meadows entitled, "Ice Vision and Chef," and a show called "Future Man" starring Chris Parnell and Kevin Farley.

Concerns initially arose from critics arguing that the site would be advertising beer and drinking to underage viewers, but according to Robert C. Lachky, executive vice president for global industry development and chief creative officer at Anheuser-Busch, the original programming available on bud.tv has "nothing to do with (Anheuser-Busch's) brands."[11] The content makes little mention of Budweiser products at all. The breakout hit for the site came in the form of a discarded Super Bowl commercial entitled "Swear Jar" which, at the time, increased traffic by 50%.

The strategy behind this kind of original content created by companies or advertisers is to reach the exact audience segment intended for a given product, utilizing a "soft sell" technique.[12]

# See also

- Afterworld (Sci-Fi Show)
- Anheuser-Busch
- Budweiser (Anheuser-Busch)

# References

1. "How Far Will Consumers Go to See Your Content?" (http://www.adweek.com/aw/esearch/article_display.jsp?vnu_content_id=1003590901). Adweek. 2007-05-28.
2. "Anheuser's Bud.TV Hits an Online Wall" (https://www.wsj.com/article/SB117988898888251178 6.html?mod=todays_us_marketplace). Wall Street Journal. 2007-05-22.
3. "R.I.P. Bud.tv" (http://gigaom.com/video/rip-budtv/). Gigaom. 2009-02-19.
4. "A Tilt of the Glass to Bud.TV" (http://adage.com/whentrainsfly/post?article_id=116879). Advertising Age. 2007-05-24.
5. "R.I.P. Bud.tv" (http://gigaom.com/video/rip-budtv/). Gigaom. 2009-02-19.
6. "Anheuser-Busch Pulls the Plug on Bud.TV" (http://adage.com/article/madisonvine-news/anheuser-busch-pulls-plug-bud-tv/134701/). AdvertisingAge. 2009-02-18.
7. "This Bud's For (Most of) You" (http://creativity-online.com). Creativity. 2007-03-01.

8. "Anheuser-Busch freshens up bud.tv" (http://www.chicagobusiness.com). Crain's Chicago Business. 2007-04-23.
9. "Bud's Walled Garden" (http://chicagobusiness.com/cgi-bin/mag/article.pl?id=27807). Advertising Age. 2007-02-12.
10. Elliott, Stuart (2007-05-21). Marketers Can%27t Be Wrong: The Future Is in Consumer Behavior&st=cse "Viewers tune out bud.tv programs" (https://www.nytimes.com/2007/10/15/business/media/15adcol.html?scp=1&sq=1,200) Check |url= value (help). Crain's Chicago Business. Retrieved 2010-04-27.
11. Elliott, Stuart (2007-10-15). Marketers Can%27t Be Wrong: The Future Is in Consumer Behavior&st=cse "1,200 Marketers Can't Be Wrong: The Future Is in Consumer Behavior" (https://www.nytimes.com/2007/10/15/business/media/15adcol.html?scp=1&sq=1,200) Check |url= value (help). New York Times. Retrieved 2010-04-27.
12. Siklos, Richard (2007-04-15). "A Soft Sell with Cold, Hard Cash in Mind" (https://www.nytimes.com/2007/04/15/business/yourmoney/15frenzy.html?_r=1&scp=1&sq=A+Soft+Sell+With+Cold%2C+Hard+Cash+in+Mind&st=nyt). New York Times. Retrieved 2010-04-27.

# External links

- http://www.bud.tv - Note: This site currently redirects to buds.tv, the logo of which strongly suggests that it will "soon" house content on Cannabis.
- http://www.nytimes.com/2007/02/04/magazine/04BudTV.t.html?ex=1328245200&en=b5134a4321e868c1&ei=5088&partner=rssnyt&emc=rss
- http://www.bud.tv/public/BudTV_TermsOfUse.aspx
- http://www.anheuser-busch.com/press_room/2006/BudTV_090506.html
- http://www.anheuser-busch.com/press_room/Aristotle_011107.html
- http://adage.com/article?article_id=116074
- http://adage.com/article?article_id=114993
- http://adage.com/digital/article?article_id=115068
- http://adage.com/digital/article?article_id=114932

Retrieved from "https://en.wikipedia.org/w/index.php?title=Bud.tv&oldid=770064296"

Categories:  American websites

- This page was last edited on 13 March 2017, at 06:42.
- Text is available under the Creative Commons Attribution-ShareAlike License; additional terms may apply. By using this site, you agree to the Terms of Use and Privacy Policy. Wikipedia® is a registered trademark of the Wikimedia Foundation, Inc., a non-profit organization.

# Exhibit

# T

 **NEWS**

# Putting movies on mobiles

**Mainstream movies get their recognition at awards ceremonies such as the Baftas and Oscars and movies for phones are getting their turn at MoFilm - the first mobile film festival.**

The awards highlight the increasing impact that mobile phones are making in the entertainment industry.

The first ever mobile film awards got a touch of Hollywood glamour as it was hosted by multiple Oscar winner Kevin Spacey.

Describing his involvement, he said: "When I started to hear about MoFilm, I started to hear about what they were trying to do with respect to short films and content being able to go on to people's phones.

"And in some cases realising that, in some countries, this might be the first time they ever see a movie," he said. "They won't see it on that big screen, they'll see it on a small one."

**New platforms**

Many aspiring filmmakers are frustrated by the lack of opportunities to screen their work but mobile phones are increasingly being seen as a new platform for these short works.

"Just the notion that yet there is another place - a further journey for artists, film-makers, documentarians - anyone who wants to express themselves and find a way to have that expression be seen by a wide audience," said Mr Spacey.

"When you think about how many people have mobile phones in the world, it's pretty ridiculous," he added.

The MoFilm competition received 250 entries from more than 100 countries. Entries were restricted to films that were five minutes or less in length - ideal for viewing and sharing on mobile phones.

An independent jury then selected a shortlist of five film-makers from which a winner was chosen by an audience voting using their phones at the Mobile World Congress.

"English as a Second Language" produced by Frank Chnindamo and directed by Jocelyn Stemat, won the MoFilm grand prize.

"This is about giving people in other countries a platform, and an ability to show their work, I'm here to support an idea that's about other people," said Mr Spacey.

"Purists may hate this but guess what guys, this is what our kids are looking at, they are engaged in this, they want this device.

"This is about people who are inspired and kids want this, they are more informed, they get it," he added.

The majority of films made for mobiles are short in length, taking into account the screen size, however this could be overcome as technology advances.

> " **It is an incredible opportunity, particularly for young emerging film makers** "
> Kevin Spacey

"I'm not sure that something could be longer than ten minutes and be able to sustain itself on that kind of screen," said Mr Spacey.

"Although, I know that one of the things we are learning here is that there are mobile companies that are creating phones that have the ability to watch stuff at higher quality."

MoFilm is pioneering content for mobile and online services that Mr Spacey feels is a world away from Hollywood.

"I am the only person from the film industry here, I see its potential, I get it," he said.

"It doesn't seem to me that other people are aware of it yet but I can see where it's going to be in five or ten years time.

"It is an incredible opportunity, particularly for young emerging film makers."

**Start here**

Mr Spacey's involvement with grass roots movie makers does not begin and end with hosting the MoFilm ceremony. Mr Spacey co-founded the Triggerstreet website that allows budding film-makers to showcase their work.

"I started the website about six years ago, and we now have close to 400,000 members around the world," he said.

"We started out with short films and we've done a whole series of short film festivals on the site.

"There are screen plays, plays, there's novels and now comic books which we just started - it's become a platform for independent film makers.

"One of the things we've learned at Triggerstreet, cause when we started, we didn't quite frankly know whether we were going to get wedding videos and porno.

"The quality of work and the simple ability at story telling, the thing that ignites someone and inspires them to tell a story, can really come from anywhere," he added.

*Digital Planet is broadcast on BBC World Service on Tuesday at 1232 GMT and repeated at 1632 GMT, 2032 GMT and on Wednesday at 0032 GMT.*

*You can listen*

*or download the*
.

Story from BBC NEWS:
http://news.bbc.co.uk/go/pr/fr/-/2/hi/technology/7908414.stm

Published: 2009/02/27 11:33:32 GMT

© BBC 2017

# Exhibit

# U

**The New York Times**

MEDIA

# A Merger of Agencies Shakes Up Hollywood

By MICHAEL CIEPLY    APRIL 27, 2009

LOS ANGELES — After months of discussion and rumors, two of the entertainment industry's largest talent agencies, William Morris and Endeavor, agreed on Monday to merge as William Morris Endeavor Entertainment.

Hollywood is scrambling to shore up traditional movie, television and music businesses that are struggling with a digital revolution, while reaching for a grip on forms of entertainment that are still taking shape.



The merger ends a period of relative stability among the major agencies, raising the possibility of new combinations and a stronger thrust by talent representatives into fresh lines of business

involving **FINANCE**⬀ , digital distribution or corporate alliances.

But the more immediate question may be whether the new company is really poised to become a powerhouse, or if this is the just the start of another Hollywood power struggle.

The combination was announced in a brief statement after votes by each company's board on

Advertisement                                                                                                                    ✕

business representation. It will have more than 300 agents, representing clients in film, television, music, books, commercials and corporate branding.



In the near term, the new agency must deal with the layoff of hundreds of agents and supporting staff, a restructured management and the attention of competitors hungry to pick off prime agents and clients.

James A. Wiatt, who was chief executive of Morris, is to be chairman of the new company. Ariel Z. Emanuel, who was the dominant partner at Endeavor, but held no title, will have substantial authority in the new company. He was named a co-chief executive, along with Patrick Whitesell, from Endeavor, and David Wirtschafter, from William Morris.

For years, virtually every significant Hollywood agency has explored possible mergers with competitors as companies looked for growth and new horizons at a time when core movie and television businesses have been constrained by digital inroads and cost cutbacks.

Past merger proposals foundered as principals clashed over ego, control and internal economics. But Mr. Emanuel and Mr. Wiatt persisted in talks that began last year — each driven by

Advertisement                                                                                            ×

Company, said of the merger and other signs of entertainment industry consolidation.

"The business is shrinking a little bit. That's not to say it's not profitable, but it's evolving and changing," said Mr. Pollock, a former chairman of Universal Pictures.

William Morris, formed in 1898, has been particularly strong in music, has a deeply entrenched book business and represents clients in the commercials business. Its star clients include the performer and music entrepreneur Kanye West, the filmmaker and television producer J. J. Abrams and the toymaker Hasbro, which has a stake in films based on the Transformers and other toy lines.

Endeavor, just 14 years old, has been much stronger in film and scripted television, but had little hope of challenging Creative Artists without added financing and resources. Its roster of stars includes Adam Sandler, Matt Damon, Tyra Banks and Ben Stiller.

The merger could prove a boon to competitors like the United Talent Agency, International Creative Management, Paradigm and the Gersh Agency, all of which have pockets of strength, and have spent the last few months sizing up the agents and clients who might fall away from a combined William Morris and Endeavor.

"I think it changes our world in a great way," said Jeremy Zimmer, a partner at United Talent. "It makes us the clear alternative in a much smaller agency environment."

Through the weekend, many agents at both William Morris and Endeavor were fretting about who might make the cut or where they might fit into the new venture. Mr. Emanuel, whose brother Rahm is the White House chief of staff, told agents who flocked to his office that the weak economy was a major impetus to consolidation.

The atmosphere was also tense at William Morris, where more than a dozen members of the agency's large board found they would not have a place on a new nine-member board — which will include four from Endeavor and five from William Morris.

The politicking is not likely to end with the vote. Agents must now establish an informal pecking order within a new organization that will have neither the cohesiveness of Endeavor, which took pride in its somewhat communal culture, nor the long traditions of William Morris.

One of the first to say he would not be joining the new operation was Tom Strickler, a founding partner at Endeavor who was known internally as a keeper of the corporate culture. Mr. Strickler

Advertisement

coming along for the ride. "I've wanted to get on to the next chapter of my life for while," Mr. Strickler said, speaking by phone on Monday. He said he did not have a next job lined up.

At William Morris, another prominent agent, David Lonner, said he was told by Mr. Wiatt and Mr. Emanuel that he would not be part of WME Entertainment, according to a report on the Variety Web site.

Mr. Lonner did not respond to a call seeking comment. He has shared representation of Mr. Abrams — whose film "Star Trek" is set for release May 7 — with John Fogelman, who is in charge of the William Morris feature film department, and will have a place on the new board.

Spokesmen for Morris and Endeavor declined to discuss the departures.

A version of this article appears in print on , on Page B1 of the New York edition with the headline: A Merger Of Agencies Shakes Up Hollywood.

x by DNSUnlocker

ENTERTAINMENT BUZZ



Odd-looking Ronaldo bust steals the show at airport ceremony

WWE flexes sports entertainment muscle at WrestleMania

Winterthur exhibit offers insight into detecting art fraud

# Exhibit
# V



# Kevin Spacey signs to CAA

*Tatiana Siegel*

MAY 14, 2009 | 06:29PM PT

## *Actor leaves William Morris for new agency*

Kevin Spacey has signed with CAA.

The actor-producer most recently starred in HBO's "Recount," which he produced through his Trigger Street shingle.

Earlier this week, Spacey signed on to star as Jack Abramoff in the true story-based thriller "Casino Jack," directed by George Hickenlooper from an original screenplay by Norman Snider.

He had been most recently been handled by WMA.

**Want to read more articles like this one? SUBSCRIBE TO VARIETY TODAY.**

## Sponsored Content

Recommended by



The one reason Amazon Channels is a "better value" than Netflix and Business Insider



Hollywood Actress Maggie Q Shares Her Journey To A Healthier ActivatedYou



Weekend Movie Reviews AARP

Find Out How We're Working to Bring Clean Water to Everyone on charity: water

14 Actors Who Mysteriously Disappeared From Their Trend Chaser

9 Credit Cards With Major Holder Perks Credit Karma

## Sponsored Content

*See the credit card with rewards, no annual fee and low interest rates.* NerdWallet

*5 Best Credit Cards: Up To 5% Cash Back* GET.com

*Love Traveling Solo? These 10 Cruises Are Made for You* Cruise Critic

*What Technology Is Keeping You Safe On the Road?* Modern Wellness Guide

*Plan a Summer Getaway to the Tualatin Valley* Tualatin Valley

*This Stock Could Be Like Buying Amazon in 1997* The Motley Fool

## More From Variety

*Canadian Director Denis Côté Tapped as Future Frames Mentor at Karlovy Vary*

*M. Night Shyamalan Unveils 'Split'/'Unbreakable' Sequel Starring Bruce Willis, Samuel L. Jackson*

*Annecy: 'Mutafukaz' Creator-Director Guillaume 'Run' Renard Talks Inspiration, Animation and Adaptation*

*More Than 100 Items Stolen From World's Largest Private 'Star Wars' Memorabilia Collection, Says Owner*

*Esai Morales Running for SAG-AFTRA President (EXCLUSIVE)*

*Film Review: 'Who's Gonna Love Me Now?'*

Recommended by

Sponsored by Amazon Prime Video



*For the LOVE of MY SHOW! – Part 2: Walking a Line of 'Absurd & Super-Real'*

Five hilarious TV fanatics discuss how "Catastrophe", "Goliath" and "Patriot" find the delicate balance between ridiculous storytelling and real life

<u>**Read More**</u>

# Exhibit W

**DEADLINE | HOLLYWOOD**

○ "Article Only"
○ "Article with Comments"
○ "Comments Only"   🖶 Print

# MRC, Universal Make 20 Pic, Five-Year Pact

By Mike Fleming Jr *on* May 27, 2010 9:56 am



**EXCLUSIVE**: Media Rights Capital and Universal Pictures closed a deal that will put up to 20 MRC-generated films through the studio distribution pipeline over a five-year period. The pact begins in 2011.

While MRC partners Modi Wiczyk and Asif Satchu have done repeat business at Universal, this is a new wrinkle in their formula of assembling and funding film packages with big stars and directors, and then licensing distribution to <u>studios</u> on a case by case basis. Those <u>deals</u> were structured to give creative freedom and maximum upside to stars and directors, and eventual ownership stakes in the films when copyrights revert back to MRC years down the line.

The Universal deal is a rent-a-system deal in which the studio will supply its marketing and distribution expertise for a distribution fee. Universal doesn't have first look at MRC projects, and MRC can pre-sell films domestically and in foreign territories. Universal can possibly opt in as an investor in these films. or not. What the deal gives MRC is a guaranteed major studio distribution outlet, to entice artists as it tries to expand its filmmaking program.



The deal doesn't impact Universal's homegrown film slate.

Universal has been involved in MRC's highest profile movie packages. The relationship began with the Sacha Baron Cohen-starrer *Bruno*, which Universal acquired for North American and some offshore territories for $42.5 million, just as buzz was growing on *Borat*. The film grossed $60 million domestic and $139 million worldwide. Universal then acquired *The Adjustment Bureau*, the George Nolfi-directed scifi pic that stars

Matt Damon and Emily Blunt. and will be released September 17, and the M. Night Shyamalan-produced thriller, *Devil*. The studio most recently acquired *Ted*, a $65 million budget R-rated comedy that will mark the feature directorial debut of *Family Guy* creator Seth MacFarlane. MRC's other prolific studio relationship has been Warner Bros, which distributed the Robert Rodriguez-directed Shorts, the Ricky Gervais comedy *Invention of Lying* (Universal released the film overseas) and the Cameron Diaz-starrer *The Box*. MRC pacted with Sony on *30 Minutes or Less*, the comedy directed by *Zombieland*'s Ruben Fleischer.

Backed by Goldman Sachs and AT&T with JP Morgan and Comerica its credit facilities, MRC plans to expand its film output. The track record so far has been mixed, and MRC has yet to score a real breakout hit. MRC is currently prepping the next film by District 9 director Neill Blomkamp, but hasn't yet figured out which studio to place it with.

Universal and MRC confirmed the deals and issued statements.

"We've been continually impressed with the quality of talent that MRC brings to the table," said Universal Pictures chairman Adam Fogelson. "By leveraging our strong marketing and distribution operations we can augment our own slate and expand our relationship with MRC, bringing more value to Universal."

Said MRC's Wiczyk: "MRC has always had the ability to greenlight and fully <u>finance</u> our films. With this deal, we now have another powerful tool for our artist partners, providing them with automatic access to the marketing and distribution expertise of a major studio."

<u>Universal Buys Seth MacFarlane's R-Rated Comedy About Teddy Bear In MRC Film Deal</u>

---

This article was printed from http://deadline.com/2010/05/mrc-universal-make-20-pic-five-year-pact-44036/

# Exhibit

# X

# *Fifty Shades of Grey* (film)

From Wikipedia, the free encyclopedia

**Fifty Shades of Grey** is a 2015 American erotic romantic drama film directed by Sam Taylor-Johnson, with a screenplay by Kelly Marcel. The film is based on the eponymous 2011 novel by British author E. L. James and stars Dakota Johnson as Anastasia Steele, a college graduate who begins a sadomasochistic relationship with young business magnate Christian Grey, played by Jamie Dornan.

The film premiered at the 65th Berlin International Film Festival on February 11, 2015, and had a wide theatrical release on February 13, 2015, by Universal Pictures and Focus Features.[3][4] Despite receiving generally unfavorable reviews, it was an immediate box office success, breaking numerous box office records and earning over $571 million worldwide.

The film was the most rewarded at the 36th Golden Raspberry Awards, winning five of six nominations, including Worst Picture (tied with *Fantastic Four*) and both leading roles. In contrast, Ellie Goulding's single "Love Me Like You Do" was nominated for the Golden Globe Award for Best Original Song, while The Weeknd's single "Earned It" was nominated for the Academy Award for Best Original Song.

**Fifty Shades of Grey**



Theatrical release poster

| | |
|---|---|
| **Directed by** | Sam Taylor-Johnson |
| **Produced by** | Michael De Luca<br>E. L. James<br>Dana Brunetti |
| **Screenplay by** | Kelly Marcel |
| **Based on** | *Fifty Shades of Grey*<br>by E. L. James |
| **Starring** | Dakota Johnson<br>Jamie Dornan<br>Jennifer Ehle<br>Eloise Mumford<br>Victor Rasuk<br>Luke Grimes<br>Marcia Gay Harden |
| **Music by** | Danny Elfman |
| **Cinematography** | Seamus McGarvey |
| **Edited by** | Debra Neil-Fisher<br>Anne V. Coates |