KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850

1 | **RESPONSE TO INTERROGATORY NO. 6**

2      Defendant incorporates by reference the preliminary statement and general

3 objections set forth above.  Defendant objects to the request on the basis that it seeks

4 information that is neither relevant nor reasonably likely to lead to the discovery of

5 admissible evidence.  Defendant objects to the request on the basis that it calls for a

6 narrative.  Subject to and without waiving the foregoing objections, Defendant

7 responds as follows:

8      My writing skills are the result of a lifetime of experiences that include my

9 experience writing and directing short films and feature films.

10 | **INTERROGATORY NO. 7**

11      How long have YOU been aware of triggerstreet.com?

12 | **RESPONSE TO INTERROGATORY NO. 7**

13      Defendant incorporates by reference the preliminary statement and general

14 objections set forth above.  Defendant objects to the request on the basis that it

15 assumes facts.  Subject to and without waiving the foregoing objections, Defendant

16 responds as follows:

17      I was not aware of the website triggerstreet.com until this lawsuit was filed.

18 | **INTERROGATORY NO. 8**

19      Are YOU or any of your subordinate managers or employees now members,

20 or have you ever been members, of triggerstreet.com? If "yes" provide dates of

21 enrollment and termination of membership, and complete details of your

22 involvement on triggerstreet.com.

23 | **RESPONSE TO INTERROGATORY NO. 8**

24      Defendant incorporates by reference the preliminary statement and general

25 objections set forth above.  Defendant objects to the request on the basis that the

26 term "subordinate managers" is vague.  Subject to and without waiving the

27 foregoing objections, Defendant responds as follows:

28      No.

10021.00015/214501.1

5

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 **INTERROGATORY NO. 9**

2     Are you aware that the Plaintiff believes that you accessed his work, Butterfly

3 Driver, on triggerstreet.com in 2007?

4 **RESPONSE TO INTERROGATORY NO. 9**

5     Defendant incorporates by reference the preliminary statement and general

6 objections set forth above.  Subject to and without waiving the foregoing objections,

7 Defendant responds as follows:

8     I am aware based on the complaint that was filed that the plaintiff in this case

9 alleges that I obtained his screenplay on a website called triggerstreet.com.  That

10 allegation is false.

11 **INTERROGATORY NO. 10**

12     You had never written a feature-length film before District 9 was released in

13 2009 (two years after the Plaintiff believes you accessed his work), is that true?

14 **RESPONSE TO INTERROGATORY NO. 10**

15     Defendant incorporates by reference the preliminary statement and general

16 objections set forth above.  Defendant objects to the request on the basis that it seeks

17 information that is neither relevant nor reasonably likely to lead to the discovery of

18 admissible evidence.  Subject to and without waiving the foregoing objections,

19 Defendant responds as follows:

20     Yes.

21 **INTERROGATORY NO. 11**

22     Much like Butterfly Driver, District 9 deals with a lot of social themes (such a

23 segregation and class division), yet, the Plaintiff has not accused District 9 of

24 violating his copyrights, is that true?

25 **RESPONSE TO INTERROGATORY NO. 11**

26     Defendant incorporates by reference the preliminary statement and general

27 objections set forth above.  Defendant objects to the request on the basis that it seeks

28 information that is neither relevant nor reasonably likely to lead to the discovery of

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 | admissible evidence.  Defendant objects to the request on the basis that it assumes

2 | facts and/or is an improper characterization of the facts.  In answering this request,

3 | Defendant does not stipulate that Plaintiff's characterization of the facts is accurate.

4 | Subject to and without waiving the foregoing objections, Defendant responds as

5 | follows:

6 | It is my understanding that Plaintiff does not allege that *District 9* infringes

7 | any copyright that he owns.

8 | **INTERROGATORY NO. 12**

9 | Your first feature film, "District 9", and your third (and forthcoming) film,

10 | "Chappie", were both written by Terri Tatcher (your wife) and you, together, is that

11 | true?

12 | **RESPONSE TO INTERROGATORY NO. 12**

13 | Defendant incorporates by reference the preliminary statement and general

14 | objections set forth above.  Defendant objects to the request on the basis that it seeks

15 | information that is neither relevant nor reasonably likely to lead to the discovery of

16 | admissible evidence.  Defendant objects to the request on the basis that it assumes

17 | facts and/or is an improper characterization of the facts.  In answering this request,

18 | Defendant does not stipulate that Plaintiff's characterization of the facts is accurate.

19 | Subject to and without waiving the foregoing objections, Defendant responds as

20 | follows:

21 | *District 9* and the upcoming film *Chappie* were written by me and my wife,

22 | Terri Tatchell.

23 | **INTERROGATORY NO. 13**

24 | Sharlto Copely, the leading man of District 9 (and a villain of "Elysium") has

25 | said in numerous interviews and articles that he improvised every line of District 9

26 | and had no script dialogue to work from, and, online, there is seemingly no one who

27 | has ever seen a screenplay for the movie District 9.  Did you write a screenplay for

28 | District 9?

10021.00015/214501.1

7

DEFENDANT NEILL BLOMKAMP'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850

## RESPONSE TO INTERROGATORY NO. 13

Defendant incorporates by reference the preliminary statement and general objections set forth above.  Defendant objects to the request on the basis that it seeks information that is neither relevant nor reasonably likely to lead to the discovery of admissible evidence.  Defendant objects to the request on the basis that it assumes facts and/or is an improper characterization of the facts.  In answering this request, Defendant does not stipulate that Plaintiff's characterization of the facts is accurate.  Subject to and without waiving the foregoing objections,  Defendant responds as follows:

Yes.

## INTERROGATORY NO. 14

If you did write a screenplay for District 9 did it have dialogue?

## RESPONSE TO INTERROGATORY NO. 14

Defendant incorporates by reference the preliminary statement and general objections set forth above.  Defendant objects to the request on the basis that it seeks information that is neither relevant nor reasonably likely to lead to the discovery of admissible evidence.  Defendant objects to the request on the basis that it assumes facts and/or is an improper characterization of the facts.  In answering this request, Defendant does not stipulate that Plaintiff's characterization of the facts is accurate.  Subject to and without waiving the foregoing objections,  Defendant responds as follows:

Yes.

## INTERROGATORY NO. 15

If you did write a screenplay for District 9 with dialogue, why does Sharlto Copley say he had to improvise every line?

## RESPONSE TO INTERROGATORY NO. 15

Defendant incorporates by reference the preliminary statement and general objections set forth above.  Defendant objects to the request on the basis that it seeks

10021.00015/214501.1

8

1  information that is neither relevant nor reasonably likely to lead to the discovery of

2  admissible evidence.  Defendant objects to the request on the basis that it assumes

3  facts and/or is an improper characterization of the facts.  In answering this request,

4  Defendant does not stipulate that Plaintiff's characterization of the facts is accurate.

5  Subject to and without waiving the foregoing objections,  Defendant responds as

6  follows:

7         Although there was a screenplay for *District 9*, Sharlto Copley improvised

8  lines in that film.

9  **INTERROGATORY NO. 16**

10         Since you had never independently written a feature-length screenplay before

11  (or after) Elysium, through what process did you acquire the many ideas and literary

12  skills required to write such an ambitious and elaborate screenplay?

13  **RESPONSE TO INTERROGATORY NO. 16**

14         Defendant incorporates by reference the preliminary statement and general

15  objections set forth above.  Defendant objects to the request on the basis that it seeks

16  information that is neither relevant nor reasonably likely to lead to the discovery of

17  admissible evidence.  Defendant objects to the request on the basis that it assumes

18  facts and improperly characterizes the facts.  Defendant objects to the request on the

19  basis that it calls for a narrative.  Defendant objects to the request on the basis that it

20  is unduly burdensome and harassing to ask Defendant to describe the genesis of

21  every idea in the Film as well as the history of his life, education, and career which

22  contributes to his "literary skills."

23  **INTERROGATORY NO. 17**

24         Did any of Elysium's producers, or your Elysium co-workers, express

25  concerns questions, surprise or disbelief that the leading man of Elysium, Max (a

26  former criminal bachelor, who has a limited time to fight and kill to save his own

27  life), would suddenly abandon his mission in order to save a six year old girl with

28  whom he has no relationship, and has known for less than one day?

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

DEFENDANT NEILL BLOMKAMP'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

**RESPONSE TO INTERROGATORY NO. 17**

Defendant incorporates by reference the preliminary statement and general objections set forth above.  Defendant objects to the request on the basis that it seeks information that is neither relevant nor reasonably likely to lead to the discovery of admissible evidence.  Defendant objects to the request on the basis that it assumes facts and improperly characterizes the facts.  In answering this request, Defendant does not stipulate that Plaintiff's characterization of the facts is accurate.  Subject to and without waiving the foregoing objections, Defendant responds as follows:

No.

**INTERROGATORY NO. 18**

If you answered "Yes" to Interrogatory No. 17, please explain and provide details about conversations and exchanges (including emails, texts, etc.) regarding these concerns, questions, etc.

**RESPONSE TO INTERROGATORY NO. 18**

N/A.

**INTERROGATORY NO. 19**

As a married father of a daughter, did it ever occur to you that it might be more effective to make the little girl in Elysium (Matilda) Max's daughter, and make Frey Max's wife?

**RESPONSE TO INTERROGATORY NO. 19**

Defendant incorporates by reference the preliminary statement and general objections set forth above.  Defendant objects to the request on the basis that it seeks information that is neither relevant nor reasonably likely to lead to the discovery of admissible evidence.  Defendant objects to the request on the basis that the phrase "more effective" is vague and ambiguous.  Defendant objects to the request on the basis that it is argumentative and harassing.

**INTERROGATORY NO. 20**

When was the final day of video editing (not audio or music editing) of

10021.00015/214501.1
10
DEFENDANT NEILL BLOMKAMP'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

1 | Elysium?

2 | **RESPONSE TO INTERROGATORY NO. 20**

3 | Defendant incorporates by reference the preliminary statement and general

4 | objections set forth above.  Defendant objects to the request on the basis that it seeks

5 | information that is neither relevant nor reasonably likely to lead to the discovery of

6 | admissible evidence.  Defendant objects to the request on the basis that the phrase

7 | "video editing" is vague and ambiguous.  Subject to and without waiving the

8 | foregoing objections, Defendant responds as follows:

9 | Sometime in or about June 2013.

10 | **INTERROGATORY NO. 21**

11 | Simon Kinberg is a well known writer who has often acted as a "script

12 | doctor" (a writer who fixes scripts that have serious problems) on many big-budget

13 | productions.  Simon Kinberg is listed as a producer of Elysium.  Exactly what duties

14 | did Simon Kinberg play in the production and/or script doctoring of the screenplay

15 | and film "Elysium"? Please provide précises details and descriptions of these duties.

16 | **RESPONSE TO INTERROGATORY NO. 21**

17 | Defendant incorporates by reference the preliminary statement and general

18 | objections set forth above.  Defendant objects to the request on the basis that it seeks

19 | information that is neither relevant nor reasonably likely to lead to the discovery of

20 | admissible evidence.  Defendant objects to the request on the basis that it assumes

21 | facts and improperly characterizes the facts.  In answering this request, Defendant

22 | does not stipulate that Plaintiff's characterization of the facts is accurate.  Subject to

23 | and without waiving the foregoing objections, Defendant responds as follows:

24 | Simon Kinberg was the producer of the Film.  I wrote the script for the Film

25 | without Mr. Kinberg's assistance.  After photography of the Film began, Mr.

26 | Kinberg reviewed edits to the script and worked with me to develop ideas for

27 | revisions to the script.

28 |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800  •  FAX 310.566.9850

10021.00015/214501.1

11

DEFENDANT NEILL BLOMKAMP'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1 | **INTERROGATORY NO. 22**

2 | To your way of thinking, what aspects of Elysium are copyrightable?

3 | **RESPONSE TO INTERROGATORY NO. 22**

4 | Defendant incorporates by reference the preliminary statement and general

5 | objections set forth above. Defendant objects to the request on the basis that it seeks

6 | information that is neither relevant nor reasonably likely to lead to the discovery of

7 | admissible evidence. Defendant objects to the request on the basis that it calls for a

8 | legal conclusion.

9 | **INTERROGATORY NO. 23**

10 | Do you know any of the following filmmakers, film companies, and agents:

11 | Mathew Morris, David Faigenblum, Samatha Powers, the Cedar grove Agency,

12 | Zero Gravity management, Georgia Vestakis, Atchity Entertainment International

13 | (AEI), Hollywood Lit Sales, PMA Literary and Film Management, South17

14 | Entertainment, Matthew Morris, Andrew Bellware, Braidwood Films, Mubarik

15 | Ahmed, Empyrean Pictures, Loren Smith, Filmsmith Pictures, Gregory Bell,

16 | Globocine International?

17 | **RESPONSE TO INTERROGATORY NO. 23**

18 | Defendant incorporates by reference the preliminary statement and general

19 | objections set forth above. Defendant objects to the request on the basis that it seeks

20 | information that is neither relevant nor reasonably likely to lead to the discovery of

21 | admissible evidence. Subject to and without waiving the foregoing objections,

22 | Defendant responds as follows:

23 | No.

24 | **INTERROGATORY NO. 24**

25 | If you answered yes to the previous question please describe the relationship

26 | that you have with that or those person(s) or company (companies). Please provide

27 | dates, too.

28 |

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1    **RESPONSE TO INTERROGATORY NO. 24**

2       N/A.

3    **INTERROGATORY NO. 25**

4       At any time prior to writing Elysium did you ever read (or hear about) the

5    Plaintiff's work "Butterfly Driver" or "Uberopolis: City of Light"?

6    **RESPONSE TO INTERROGATORY NO. 25**

7       Defendant incorporates by reference the preliminary statement and general

8    objections set forth above.  Subject to and without waiving the foregoing objections,

9    Defendant responds as follows:

10       No.

11

12    DATED: June 17, 2014               KINSELLA WEITZMAN ISER
13                                KUMP & ALDISERT LLP

14

15

16                         By: _____

17                              Gregory P. Korn
                                Attorneys for Defendants
18                              NEILL BLOMKAMP, SONY PICTURES
                              ENTERTAINMENT INC., TRISTAR
19                              PICTURES, INC., MEDIA RIGHTS
20                              CAPITAL II, L.P., and QED
                              INTERNATIONAL, LLC
21

22

23

24

25

26

27

28

10021.00015/214501.1

13

DEFENDANT NEILL BLOMKAMP'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

VERIFICATION TO COME

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action.** I am employed in the County of Los Angeles, State of California. My business address is 808 Wilshire Boulevard, 3rd Floor, Santa Monica, CA 90401.

On **June 17, 2014**, I served true copies of the following document(s) described as:

**DEFENDANT NEILL BLOMKAMP'S RESPONSE TO PLAINTIFF'S FIRST SET OF INTERROGATORIES**

on the interested parties in this action as follows:

| | |
|---|---|
| Steve Wilson Briggs<br>681 Edna Way<br>San Mateo, CA 94402<br>Tele.:   510.200.3763<br>Email: snc.steve@gmail.com | *Plaintiff Pro Se* |

☒ **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the address listed above and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with Kinsella Weitzman Iser Kump & Aldisert's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the U.S. Postal Service, in a sealed envelope with postage fully prepaid.

☐ **BY OVERNIGHT DELIVERY:** I enclosed said document(s) in an envelope or package provided by the overnight service carrier and addressed to the person at the address above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight service carrier or delivered such document(s) to a courier or driver authorized by the overnight service carrier to receive documents.

☐ **BY E-MAIL OR ELECTRONIC TRANSMISSION:** I caused the document(s) to be sent from e-mail address bdipalma@kwikalaw.com to the persons at the e-mail addresses listed in the Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ **BY HAND DELIVERY:** I caused such envelope(s) to be delivered by hand to the office of the addressee(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **June 17, 2014**, at Santa Monica, California.

Barbara DiPalma

10021.00015/195203.1

# Exhibit
# DD

· Cars · Auto Financing · Event Tickets · Jobs · Real Estate · Online Degrees · Shopping

Search [                    ]          How do I find it?                    Subscribe to paper



Home
News
Travel
Money
Sports
Life
Tech
Weather

- Life »
- Movies
- Box Office Report
- Movie Listings
- Awards Central
- Shop for Movies/DVDs

## After 'District 9,' acting is no longer alien to Sharlto Copley

Updated  | Comment | Recommend                    E-mail | Print |



⊕ Enlarge    TriStar Pictures

A home shoot: *District 9* is set in Johannesburg, the largest city in Copley's native South Africa. But depending on his career, "I would be open to moving to the United States," Copley says.



⊕ Enlarge    TriStar Pictures

By Claudia Puig, USA TODAY
Nothing about Sharlto Copley suggests he'd emerge as an action hero.

He has an Everyman look and an affable personality. He once held a gun on someone in real life, but only to defend his girlfriend, who was being robbed. The couple, who have been together for 10 years, have two cats. He has been a "behind-the-scenes" guy, directing and producing short films and videos in his native South Africa. Until this year, he had never acted in a feature film.

**REVIEW:** Heart-pumping 'District 9' is sci-fi at its finest
**TRAILER:** Watch Sharlto Copley in action

But in *District 9*, Copley plays nerdy bureaucrat Wikus van de Merwe, who tangles with aliens, escapes grisly biomedical experimentation, wields heavy ammo and taps into deep reserves of angst. As he fights a huge corporation and the South African government, he teams up with one of the crustacean/hominid aliens.

"My agents said: 'Dude, you couldn't have asked for a better first role. You get to be



Entertainment E-mail Newsletters

Sign up to get:
· Daily celebrity news and gossip
· Photos
· Pop culture hidden gems
· Latest on new music releases and more

Sign Up Now

Stuck in the middle: Wikus (Sharlto Copley) starts on the government's side, but after his DNA is contaminated and becomes wanted, he teams up with an alien.

the comedy guy, you get to be the guy holding the gun, and you get to be the dramatic guy,' " Copley says.

The low-budget film, produced by Oscar winner Peter Jackson of *Lord of the Rings* fame, has definitely found its audience. It has grossed an estimated $90.8 million in a little more than two weeks.

Told in faux documentary style, it follows the story of aliens who have landed in Johannesburg and are segregated in slumlike internment camps. Wikus is an officious middle manager charged with moving the aliens to another camp farther from the city. But he is contaminated by an alien substance that changes his DNA, and he becomes a wanted man.

The film's locations in Johannesburg, with its volatile history of apartheid, ground the story and Copley's understanding of Wikus' inner turbulence.

"I have known (writer-director Neill Blomkamp) since he was 14 and I was 20," he says.

"I have always regarded him as the next James Cameron. But I didn't think this success would come with a movie that is so South African. As the film was coming together, we were feeling confident. But it's one thing to feel confident that you like something, and it's another thing when the world is watching."

Wikus was crafted through improvisation, Copley says. "We sort of accidentally found the character," he explains. "He was developed through a short test, an experimental piece, really. He was born on camera."

Copley has long had an interest in assuming roles. "I've always watched how people put on skin. We all put on characters based on where we come from, what we believe in, how we've been raised. We put on selected human traits in varying degrees. But this character was about shedding his skin, shedding those traits so that the bare essence of what it is to be a human being is left.

"You'll get closer to who you are when you're about to die, and that's what happens to Wikus. He wants to go back to what he was and hold on to his safe little world, but he's forced to be who he is. On the surface of it, people just think, 'He's a geek, then he's an action hero.' But they relate subconsciously."

That a starring role has found him at age 35 elicits a calm appreciation.

"It would be a completely different situation for me if I were 20 or 25," he says. "I've done a lot of things in my life: in business, in my personal life, in living in South Africa. I've been exposed to violence. I think as a person I have a certain type of grounding."

Though he'll keep writing and directing — "It's in my DNA," he explains — Copley is ready to focus on acting for a while and go wherever the next good role beckons.

"I'll always be a South African. It's formed me," Copley says. "But I would be open to moving to the United States. I'll adjust to the idea of being nomadic for a while. The films I'm interested in are being shot all over the world."

Mixx

Posted

Updated                                          E-mail | Print |

To report corrections and clarifications, contact Reader Editor **Brent Jones**. For publication consideration in the newspaper, send comments to letters@usatoday.com. Include name, phone number, city and state for verification. To view our corrections, go to corrections.usatoday.com. Guidelines: You share in the USA TODAY community, so please keep your comments smart and civil. Don't attack other readers personally, and keep your language decent. Use the "Report Abuse" button to make a difference. Read more.

Newspaper Home Delivery - Subscribe Today

Home • News • Travel • Money • Sports • Life • Tech • Weather

About USATODAY.com: Site Map | FAQ | Contact Us | Jobs with Us | Terms of Service
Privacy Policy/Your California Privacy Right | Advertise | Press Room | Developer | Media Lounge | Reprints and Permissions

News Your Way:  Mobile News | Email News | Add USATODAY.com RSS feeds | Twitter | Podcasts | Widgets

Partners: USA WEEKEND | Sports Weekly | Education | Space.com | Travel Tips

Copyright 2011 USA TODAY, a division of Gannett Co. Inc.

# Exhibit

# EE

Wonder Woman    Pirates of the Caribbean

JANUARY 19, 2011
4:18pm PT by Borys Kit

# Sony Snags 'District 9' Director Neill Blomkamp's 'Elysium'



Jason Merritt/Getty Images for VH1



**Neill Blomkamp** is back in business with Sony.

Sony which released Blomkamps' breakout hit *District 9*, has preemptively picked up *Elysium*, his big-budget follow-up.

**Matt Damon**, **Jodie Foster** and **Sharlto Copley** are co-starring.

MRC set up meetings with all the major studios today, with Blomkamp unveiling art designs for his future world. But once Sony made strong overtures, MRC canceled the rest of the day's appointments.

Sources are saying Sony is paying the eyebrow-raising (and surely heart-stopping) $120 million for *Elysium*, although studio insiders denied the figure.

Despite reports, Universal is *not* in talks to co-finance the movie.

Blomkamp's *District 9*, made under the radar by the filmmaker as a response to seeing a screen version of *Halo* go down the tubes, was a surprise hit, grossing $210.8 million worldwide on a budget of $35 million. It earned four Oscar noms, including one for best picture.

*Elysium*, which is now under the microscope of a town eager to see a new Blomkamp movie, will

have a much larger budget and will be released in
late 2012.

ADVERTISEMENT

From The Web                                Sponsored Links by Taboola

Trail Cam Picks Up Image Of Ghost Girl Playing In The Woods
Cyber Breeze

The Surprising Guest That Johnny Carson Couldn't Stand
Trend Chaser

If you're over 25 and own a computer, this game is a must-have
Vikings: Free Online Game

The Tallest Women in Hollywood
Livingly

From the Web                                                            Pow









Pierce Brosnan on Losing
Wife & Now Daughter to
Ovarian Cancer
Foxnews.com

Why Mantis From
'Guardians of the Galaxy
Vol. 2' Looks Familiar
IMDb.com

The 'Wonder Woman'
Photos You Need to See
IMDb.com

Why Summer C
'Baywatch' Lool
Familiar
IMDb.com

SHOW COMMENTS

# Exhibit
# FF