# Exhibit

# KK

Search

MENU



'I LIKE TRUMP, SURE'

# Sean Hannity Gives Platform to Man Who Claims Hillary Is 'Evil,' Bisexual 'Secret Sex Freak'

Before interviewing Mike Pence and Kellyanne Conway on Monday night, the Fox News personality had an 'EXCLUSIVE' interview with Jeff Rovin, a man with a shocking 'secret.'

BETSY WOODRUFF, ASAWIN SUEBSAENG  10.25.16 1:00 AM ET

   



On Monday night, <u>unpaid Donald Trump adviser</u> and current Fox News host Sean Hannity broadcasted his "EXCLUSIVE" interview with Jeff Rovin, novelist and self-identified "fixer" for Hillary and Bill Clinton. Rovin <u>first told his story to supermarket tabloid</u> the *National Enquirer* last week, opening up about his alleged past as a Clinton ally who would help the powerful couple manipulate the press and (also!) set up secret, extramarital sexual liaisons.

Hannity emphasized that Fox News could not "independently verify" Rovin's story. He also noted that the Clinton presidential campaign—"shockingly"—did not respond to his team's multiple requests seeking comment.

ADVERTISEMENT



inRead invented by Teads

"I was fixing [for the Clintons], I really don't like that term, but there it is," Rovin told Hannity. "I was fixing something for an actor who was in their inner circle."

Hannity proceeded to gently and credulously ask Rovin about his explosive claims about working to kill negative Clinton stories in the press, and about the Clintons' "open marriage" and how he'd "help them hide their scandals."

Rovin, who said he wanted to appear on Hannity's program to offer a "less hyperbolic" version of the *Enquirer* cover story, was awfully cagey for someone who was outing himself as a notorious Clinton "fixer." He did assert that it was an "open secret" among his fellow Clintonite cohorts that Hillary Clinton had a romantic relationship with Vince Foster, the former White House aide who committed suicide and has since become a fascination of Clinton conspiracy theorists. Rovin said he'd been at the Clinton White House "twice." He discussed how "the world is upside down [and] we have to set it right, again."

He apparently identifies as a libertarian, who is ABSOLUTELY NOT doing this to help the Trump campaign. When pressed by Hannity on who he'd be voting for in November, Rovin demurred but conceded, "I like Trump, sure."

...OK, there's a lot to unpack here.

First, the *Enquirer* "bombshell," of which Rovin was the star subject, is a "WORLD EXCLUSIVE 9-PAGE SPECIAL INVESTIGATION." The story breathlessly details how the former secretary of State and first lady is a sex-crazed, "evil," "polyamorous," bisexual (or at least bi-curious), and "ruthless power-hungry" supervillain, one prolific in the dark arts of criminal conspiracy and character assassination aimed at Bill's "bimbos."

The *Enquirer* article is jam-packed with clandestine sex romps, mysterious death, prostitutes, "LIES AND SPIES," and a woman (now the Democratic presidential nominee!) hell-bent on manipulating her sex-crazed self all the way to becoming leader of the free world.

Rovin—who was interviewed anonymously by the *Enquirer* and labeled Hillary's "BAGMAN"—spilled his guts to the tabloid about the Clintons' alleged sex-hypocrisy, detailing an "endless string of sexual stories arising from what effectively was the Clintons' open, polyamorous marriage."

[Her fixer] arranged a lesbian romp for bisexual Hillary with a prominent Hollywood identity!" the *Enquirer* reported. "[He] squealed about a lusty rendezvous he arranged for Hillary that FINALLY proves the lesbian rumors that have dogged her for decades!"

"I arranged a meeting for Hillary and a woman in an exclusive Beverly Hills hotel," he told the publication. "From the moment the Clintons found their feet in Los Angeles and began to meet the stars, they became addicted to power… It's ironic their own scandalous truths are worthy of a movie script!"

Get The Beast In Your Inbox!

Enter your email address

### Daily Digest 

Start and finish your day with the top stories from The Daily Beast.

### Cheat Sheet 

A speedy, smart summary of all the news you need to know (and nothing you don't).

By clicking "Subscribe," you agree to have read the Terms of Use and
Thank You! You are now subscribed to the Daily Digest and Cheat Sheet. We will not share
Compelling stuff.

SUBSCRIBE

Rumors that Hillary is a lesbian murderer—or that Bill is <u>a cocaine-addled deviant</u>—have proliferated in fringe corners of the internet and right-wing circles for ages. Authors Robert Morrow, Edward Klein, and Trump's longtime adviser and political ally <u>Roger Stone</u> have written books making outlandish claims about supposed Clinton drug habits, sexual preferences, and bloody, bloody history. (Trump himself suggested this month that Hillary was <u>screwing around on</u> former president Bill.)

Rovin has had a decently impressive career as a fiction writer. He has co-authored sci-fi novels with William Shatner and *X-Files* star <u>Gillian Anderson</u>. He took over Tom Clancy's *Op-Center* novel series after the author died in 2013. And his Penguin Random House author page notes he is "a student of the martial arts"—much like <u>Hannity himself</u>.

Jeff Rovin also edited the *Weekly World News* tabloid for a time. As *The Atlantic* <u>has noted</u>, the publication "highlighted tabloid journalism's thin line between fiction and nonfiction," until its print edition folded in 2007. The tabloid pushed self-consciously outlandish stories,

like the classic "BAT CHILD ESCAPES!" It also had its fair share of Hillary Clinton-related tall tales.

"BILL CATCHES HILLARY WITH SPACE ALIEN!" blared one headline.

"HILLARY ADOPTS ALIEN BABY," read a 1993 cover.

When Rovin started editing the publication, he stressed the importance of its coverage of space aliens.

"National, international, and even interplanetary events are being suppressed," he wrote in an editor's note on May 2, 2005. "Newspapers, television, and the internet are feeding us what dolphins call 'meep... meepahh... marp'—Literally, lies as deep as the ocean."

"When the government tries to cover up visits from space aliens and time travelers, we'll be there," Rovin continued. "(*Weekly World News* will even tell you what investments, if any, people from the future are making in the stock market. You won't find that in *Forbes*!)"

The Trump campaign did not respond to The Daily Beast's request for comment on whether Republican nominee sees any merit in this *Enquirer* story on his Democratic rival. However, the *Enquirer* (a Trump-endorsing tabloid long famous for printing unsubstantiated gossip and stories about space aliens and the Illuminati) and Hannity have become two of Trump's most reliable allies in the media during this election—and sometimes in concert.

Hannity, for his part, has gone full-on conspiracy theorist during this presidential election, during which he has been doing everything in his power—including starring in an official Trump campaign ad—to get Trump elected president.

Earlier this year, when the *Enquirer* ran a baseless story suggesting that Ted Cruz's dad, Rafael, was in New Orleans passing out pro-Castro pamphlets with Lee Harvey Oswald, President John F. Kennedy's assassin, Trump widely promoted the "news," and got his allies in the mainstream media, including Hannity, to help him in the effort.

When Trump went on Hannity's radio show in May, the host allowed Trump to give more oxygen to the *Enquirer*'s supposed JFK-Cruz scoop.

At the time, when asked by The Daily Beast if Hannity would comment further—and if he felt not pushing back bolstered criticism that he is too deferential to the GOP nominee—the host

emailed back: "I was saying that photo was not verified."

Asked if he believed the *Enquirer* is a reliable source, Hannity said, "If [you] want to interview me, contact Fox PR." Hannity later emailed The Daily Beast, "So is the picture authentic or not? You don't have a clue either. Lol."

(Well, we do have a clue: Rafael Cruz did not play a role in JFK's death, but Hannity and the *Enquirer* did their thing, regardless.)

And now Hannity is back at it again, elevating *National Enquirer* content, all in the service of targeting the Clintons and talking up Trump on national TV.

Hannity would not comment on the record for this story. Fox News public relations did not respond to emails seeking comment. The Clinton campaign similarly did not respond to The Daily Beast's requests for comment, so *WHAT ARE THEY HIDING???*

Following the Rovin interview on Monday's episode of *Hannity*, the Fox News personality interviewed Trump running mate Mike Pence and Team Trump campaign manager Kellyanne Conway, two highly respected figures within the Republican Party who spent their Monday-night airtime talking about how great Trump is. Neither uttered one word about Rovin, the *Enquirer*'s story, or Hillary Clinton's alleged past as a villainous sex freak.

Why would they, when they have a supermarket tabloid and Fox News to do their work for them?

## Sponsored Stories

Recommended by 



**Work or Family? Uber Drivers Don't Have to Choose: Sign Up to...**
UBER



**Driving for Uber Helped This Woman Love Her City: Sign Up Today**
UBER



**The Absolute Best Sheets You Will Ever Find. Period.**
BUSINESS INSIDER



**The verdict is in: Amazon Channels may be a better value than...**
BUSINESS INSIDER

from his regime. Certainly the president's <u>tax proposals</u> have been tailored to appeal to his billionaire friends more than the middle class. His health care reforms failed to prioritize those who feel threatened by loss of coverage, however much they gripe about the inanities of Obamacare.

Meanwhile promises that could help middle-America, like a massive infrastructure program, appear to be roadkill squashed beneath Trump's staggering ineptitude and his Republican Party's <u>dysfunction</u>.

There is no chance he will succeed in convincing voters he's making America great again, let alone in actually doing so, if he cannot address the reasons why companies desert our towns and cities for all but elite functions, leaving so much of America in tatters.

## A Failed Peasant's Revolt

In its incoherence and lack of organization, Trump's victory less resembled a modern social movement than a peasant's revolt from the Middle Ages. His campaign lacked a coherent program, although its messenger, a New York narcissist, possessed a sixth sense that people "out there" were angry. Trump's message was negative largely because he had nothing positive to say, though that had the useful effect of driving his enemies slightly insane.

So while he's succeeded in stirring the blue hornet's nest, he's created no productive movement. Successful social movements—the Jacksonians, the New Dealers, the Reaganites, and the European social democrats—directly appealed to the working class with policies that for better or worse, challenged the existing social and economic hierarchy.

Trump, like Jackson, identified with the plight of the "left behind" America, notably <u>rural areas and small towns</u> that have seen their <u>business communities</u> shrink, while larger metropolitan areas have grown much faster. The new economic order, evident throughout the Obama era, <u>represents</u> what urban analyst Aaron Ren describes as "the decoupling of success in America. Those who are succeeding in America no longer need the overall prosperity of the country to personally do well. They can become enriched as a small, albeit sizable, minority."

Trump brilliantly played off this geographic and class segmentation. But unlike others who successfully played populist themes, Trump did not emerge from and understand the

mindset of those further down the social order, as did Jackson, Lincoln, Truman, Reagan, Nixon, and Bill Clinton. Trump simply stoked resentments, many but not all well-justified.

Get The Beast In Your Inbox!

Enter your email address



### Daily Digest

Start and finish your day with the top stories from The Daily Beast.

### Cheat Sheet

A speedy, smart summary of all the news you need to know (and nothing you don't).

By clicking "Subscribe," you agree to have read the Terms of Use and

SUBSCRIBE

You are now subscribed for the Daily Digest and Cheat Sheet. We will not share



Trump has taken few concrete steps to address the causes of his supporters' distress. Changes in trade negotiations and jawboning corporations are good first steps but limited in their effect. There is little in what he's proposed since January that would help the middle and working class. Unlike Reagan, who cut rates across the board, Trump seems to be listening mostly to the Goldman Sachs grandees to whom he has entrusted our economy.

In the end Trump's modern-day peasants will be left stranded like the supporters of European peasant rebellions of the European middle ages, like England's Jack Cade in the 15th century, or the Taiping rebels in mid-19th century China. These movements grew bright, stormed across the countryside, and conquered cities, until the forces or order imposed themselves and eliminated the most rebellious of their subjects. Hong Xiuquan, the leader of the Taiping, committed suicide in 1864, as the 14-year rebellion failed. Cade, of course, was killed, as recounted in Shakespeare's Henry the 6th, still proud of his "unconquered soul" but nevertheless despised by the ruling classes.

**The Revenge of the Clerisy**

Trump, of course, won't end up executed, but simply excommunicated from polite society. He will creep back to his Manhattan keep, surrounded by gold and glitter, celebrated by as many retainers as he can afford. The same, however, cannot be said for those who rallied to his cause in the thus-far unrealized hopes that we could protect them from the cognoscenti's plans to refashion, and largely diminish, ordinary American's daily lives and economic prospects.

Trump's faltering rebellion has been manna from heaven for the same swamp people—in both parties—who have been steering our democratic republic toward feudalism for a generation. Their ideology, notes author Michael Lind, sees themselves as a deserving meritocracy rather than a reflection of the persistence of social class.

In the end, Trump may succeed in doing something that, a few months ago, would have seemed impossible. He has elevated the very people who concocted policies, from "free trade" to open borders to the wars of the Middle East and Obamacare, that alienated millions of Americans. He has woken up the entire apparatus, from the CIA and FBI to the State Department and the EPA, who now send their insider effluence to the remaining journalists who consider bringing down the president as the new crusade.

It is not too much of an exaggeration that the media is now a fundamental part of progressive clerisy. According to the Center for Public Integrity, 96 percent of all media outlet donations went to Hillary Clinton last year. This process has been accelerated by the shift of media to an ever smaller, and ever more blue series of cities. More than half of all journalism jobs are now in cities which Clinton won by over 30 points; in 2008 they had less than a third.

This may explain why celebrating and even being participants in the "deep state resistance"— which would seem to be contrary to traditional liberal views about popular sovereignty—has become a critical part of the media messaging. Yet, particularly after Trump, the clerisy no longer feels it needs to contain its contempt for the population. One does not have to be a Trump supporter to see the long-term dangers to democratic governance from over-empowered civil servants openly contemptuous of voters and the people they vote for.

Over the next few years, Trump's failure will elevate these "experts" who, in the anti-expert Trump, have found a perfect foil. Every time the president, or his minions, say something stupid (which is often), the talking heads and academics can harrumph about how the country should be run by Ph.D.s and J.D.s who, they feel, should direct rule on the unruly masses from above. To combat them, Trump lacks the eloquence of a Reagan, or the ferocity of a Jackson.

## Oligarchs Restored

The notion of "Making America Great Again" had its flaws, but appealed to people who hoped to see middle-class jobs return to the country. It energized the suburbs and small

cities who now find themselves led by an incompetent leader who appears to have used them, like patrons of a casino. Lured by an image of glamour they will find their wallets lightened rather than their spirits lifted.

The big winners long-term as Trump fails to deliver will be the country's emergent tech oligarchy. Allied with the clerisy, and with an expanding, soon to be dominant, role in the media, they will create the conditions and define the future culture. Hollywood and Wall Street will be partners, but the nerds of the Valley will rule the economy.

To be sure automation and digitization brings many benefits, but Silicon Valley firms have secured advantage for reasons beyond being technically adept. Firms like Apple pay little in the way of taxes (thanks as much to Republicans as Democrats), and companies like Google manage to avoid anti-trust action. The rules are different for the oligarchs; they can afford to raise money without making a profit, as was the case of Amazon, Uber, and others. The shop on Main Street, or the store owner in the strip mall, enjoy no such advantage.

It is almost impossible to overestimate the power of these corporations. Apple alone for example has more cash on hand than the total reserves of both the United Kingdom and Canada. Four of the world's richest people come from either the Seattle or Silicon Valley tech community. More important for the future, techno-nerds account for the most of 23 American billionaires under 40; 12 live in San Francisco, the de facto blue capital, alone.

The triumph of the oligarchs may spell the end of America as we have known it. Increasingly the core functions—and the big rewards—are concentrated in fewer hands and in fewer places. The distress being felt in rural areas and second-tier cities has its roots in globalization which, as Chicago sociologist Richard Longworth suggested two decades ago, undermines the industrial and routine business functions while boosting the already fantastic wealth of top echelon of executives, and those who serve them.

To keep the voters and the people they vote for at bay, the oligarchs will make common cause with the social justice warriors (as we saw during the election) and the greens to confine and control the terms of our national conversation as they work to expand and enforce a neo-feudal order.

The hoi polloi? They will get a stipend from the wealth generated by the oligarchs like Mark Zuckerberg. Likely not enough to start a business or own a home, but good enough to stave

off homelessness or starvation. Silicon Valley and its media tools will forge a generation plugged into its phone but that owns little, and spends its limited capital on media, gadgets, and other idle pursuits. Americans will become more like a nature of serfs, their daily bread dependent on the kindness of their betters, their iPhone serving as both the new confessional and ephemeral town square.

This is precisely the America that Trump's supporters sought to prevent, but may soon be stuck with. Not because the middle and working class has failed, but because Trump, due to his dysfunctional ways and inborn class biases, has betrayed the very people who put him in office.

Politics   Entertainment   World News   Drink and Food   Arts and Culture   U.S. News   Tech

About   Advertise   Contact   Jobs   Help   Privacy   Code of Ethics & Standards   Terms & Conditions   Copyright & Trademark   Sitemap

© 2017 The Daily Beast Company LLC

# Exhibit
# LL

# WORLI   LUSIVE!

# Confe   1s Of A Clinton Bagman — In His Own Words

SHARE

## 'Why I'm coming forward now!'

 By National ENQUIRER Staff

Oct 19, 2016 @ 7:54AM



reporter for several national magazines and newspapers. Because
of my g◌        lationship with stars, publicists and the press I
became       ◌r": someone who helps stars keep embarrassing
stories o    ◌he press. I helped keep secrets safe for some of
Hollywo◌        ading men.

In 1991, r        utation was such that I was asked to work on behalf
of a fast-  SHARE   figure on the national stage: Arkansas Gov. William
Jefferson Clinton. I attended a meeting in Hollywood where I was
told by an intermediary: "There will be a lot of stories coming out
in the tabloid press. We want them buried."

I was informed that these stories would involve rumors of Bill
Clinton's many sexual dalliances and an alleged ongoing affair of
Hillary Clinton with a male member of her law firm, Vince Foster,
as well as a female mover-and-shaker in Hollywood.

Trending Articles



ELLEN DEGERERES TURNS PORTIA DE ROSSI INTO HER MINI-ME

Ellen DeGereres Turns Portia De Rossi Into Her Mini-Me

Clinton's Smear Campaign

For a ret        of $4,000 a month — paid by a third party, not the
campaig        was told to keep these stories hush-hush in one of
two way        rading access to the Clintons for "positive"
interview        by paying the reporters.

The payr    SHARE    were always cash, usually delivered in a movie
theater or restaurant on Sunset Boulevard, and came in two
denominations: $100 for a heads-up that a bad story was coming;
or considerably more to kill the piece.

It did not appear that the job would be terribly time-consuming:
After all, Hillary reportedly had just one lover, and Bill's girlfriends
were all in the past.

PHOTOS: Hillary's Lies EXPOSED! Clinton's Top 5 Debate
Whoppers

Not so. The sexual dalliances were ongoing — and so my
communications with the West Wing, Air Force One and Camp
David continued through 1998 — a stunning length of time when
one considers that both the president and the first lady were
supposed to be devoting their full energies to the business of the
people of the United States!

The gravest example of a Clintonian lack of judgment occurred in
March 1994. Presidential brother Roger Clinton was marrying his
eight-months-pregnant bride Molly. There was a bachelor party.

involving Bill Clinton.

Arrange      for a meeting between Bill and a 26-year-old

brunette      discussed when the president was to arrive in

Dallas fo      ceremony.

PHOTOS      il Leak Exposes Hillary's Sick Obsession With

Anthony  SHARE  er Sexting Scandal

The tape recording was offered, for sale, to *The National ENQUIRER*. Before the publication and its then-editor could publish a transcript, I swooped in and negotiated for the White House to give this paper exclusive access to the ceremony itself. Not even *The Washington Post* or *The New York Times* had that. *The ENQUIRER* was given leave to publish exclusive White House photographs.

At the reception, while Bill Clinton sang with the piano player, Hillary was introduced to *The ENQUIRER* reporter. Her expression fierce, voice tight, she took and tightly held the reporter's hand and demanded, "Are we done now?" The reporter replied, "Madam First Lady, with this incident, yes."

Of course, we were not done. This was one of many in an endless string of sexual stories arising from what effectively was the Clintons' open, polyamorous marriage.

PHOTOS: Leaked Emails Detail Hillary Clinton's Desperate Health Crisis Cover-Ups

Clinton had become an elder statesman with heart trouble and Hillary C          seemed to be focused, at last, on the business of doing he          — for better or for worse.

I am con          rward now because of the endless attention the alleged i          etions of Donald Trump have received. Nothing I have hea          nes close to the sexual and moral corruption of the Clintons  SHARE  ny of which have yet to be revealed.

Predictably, the liberal media is focusing on one man's alleged misdeeds and ignoring another's proven sins.

PHOTOS: Always On Call — Hillary Clinton Exposed As Demanding Boss From Hell!

I mention some of these here and now because we have only two serious candidates for the presidency. In the few weeks remaining until the election, we should not be weighing whose corruption is worse (the Clintons win by a landslide, if all were to be told), but who has the best ideas and leadership skills to become president of the United States.

Bill Clinton    Hillary Clinton

# COMMENTS