AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of California ▼

| | |
|---|---|
| Steve Wilson Briggs <br><br> *Plaintiff(s)* <br> v. <br> Universal Pictures, Sony Pictures, NBCUniversal, Kevin Spacey, Matt Damon, Ben Affleck, Ari Emanual, Neill Blomkamp, MRC, Bill Block, Mordecai Wyczyk, Asif Satchu, Dana Brunetti <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br> **CV 17 6552 LB** <br><br> Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Universal Pictures, Sony Pictures, NBCUniversal, Kevin Spacey, Ariel (Arii) Emanuel, Matt Damon, Ben Affleck, Neill Blomkamp, Mordecai Wiczyk, Asif Satchu, Bill Block, Dana Brunetti, MRC (Media Rights Capital, MRC II LP; MRC Distribution Company LP; MRC II Holdings, LP; Asgari Inc.; Oaktree Entertainment, Inc.; MRC I Hedge Co., LLC; MRC Sub GP LLC; MRC II Capital Company, L.P.; MRC I Project Company, LLC
9665 Wilshire Blvd., 2nd Floor,
Becerly Hills, CA 90212

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Steve Wilson Briggs
681 Edna Way,
San Mateo, CA 94402

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

SUSAN Y SOONG
CLERK OF COURT

ANNA SPRINKLES

Date: 11/13/2017

*Signature of Clerk or Deputy Clerk*