FILED

NOV 13 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Name and Address
Steve Wilson Briggs
4322 Chico Ave
Santa Rosa, CA 95407

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 17-6552 LB

Case No. _____

Steve Wilson Briggs
Plaintiff/Petitioner

VS.

Universal Pictures, et al
Defendant/Respondent

Document Name:

Notice of Address Change

Steve Wilson Briggs
681 Edna Way,
San Mateo, CA 94402

/s/ Steve Wilson Briggs