Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

FILED
NOV 21 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS | Civ Case No: 17-cv-06552-LB |
|---|---|
| Plaintiff, | **MOTION FOR PERMISSION FOR** |
| vs | **ELECTRONIC CASE FILING** |
| UNIVERSAL PICTURES, et al Defendants. | Judge: Laurel Beeler |

As the Plaintiff in this matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.
2. I understand that once I register for e-filing, I will receive notices and documents only by email in this case and not by regular mail.
3. **I have** regular access to the technical requirements necessary to e-file successfully:
    a. A computer with internet access;
    b. An email account on a daily basis, to receive notifications from the Court and notices from the e-filing system;
    c. A scanner to convert paper documents into electronic files;
    d. A printer or copier to create required paper copies such as chambers copies;
    e. A word-processing program to create documents;
    f. A pdf reader and a pdf writer to convert word processing documents into pdf format (the only electronic format in which documents can be e-filed).

Date: November 21st, 2017    Signature: /s/ Steve Wilson Briggs

Steve Wilson Briggs, Plaintiff

MOTION TO E-FILE
1