1  Steve Wilson Briggs
2  681 Edna Way
3  San Mateo, CA 94402
4  510 200 3763
5  snc.steve@gmail.com
6  PLAINTIFF In Propria Persona
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS | Case No: 17-cv-06552-LB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs | |
| UNIVERSAL PICTURES, et al Defendants. | DATE:<br>TIME:<br>COURTROOM:<br>JUDGE: |

The Court has considered plaintiff's Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED:_____        _____
                                United States District Judge