UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STEVE WILSON BRIGGS,<br><br>        Plaintiff,<br><br>    v.<br><br>UNIVERSAL PICTURES, et al.,<br><br>        Defendants. | Case No. 17-cv-06552-LB<br><br>**NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE NOTICE** |
|---|---|

The Clerk of the Court will now randomly reassign this case to a United States District Judge because either:

(1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(2) A party has sought a kind of judicial action (e.g., a temporary restraining order) that a United States Magistrate Judge may not take without the consent of all parties, the necessary consents have not been secured, and time is of the essence.

The case-management conference before Magistrate Judge Laurel Beeler set for **February 15, 2018** at **11:00 a.m.** is hereby **VACATED**.

Dated: November 27, 2017

                                                Susan Y. Soong
                                                Clerk, United States District Court

                                                By: _____
                                                Elaine Kabiling, Deputy Clerk to the
                                                Honorable LAUREL BEELER