UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS, | |
|---|---|
| Plaintiff, | Case No.17-cv-06552-LB |
| v. | **CERTIFICATE OF SERVICE** |
| UNIVERSAL PICTURES, et al., | |
| Defendants. | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 11/27/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402

Dated: 11/27/2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Elaine Kabiling, Deputy Clerk to the
Honorable LAUREL BEELER