Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS | Case No: 17-cv-06552-~~LB~~ VC |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING MOTION FOR PERMISSION FOR ELECTRONIC CASE FILING |
| vs | |
| UNIVERSAL PICTURES, et al Defendants. | DATE: <br> TIME: <br> COURTROOM: <br> JUDGE: |

The Court has considered plaintiff's Motion for Permission for Electronic Case Filing. Finding that good cause exists, the Motion is GRANTED.

IT IS SO ORDERED.

DATED: December 7, 2017            _____
                                   United States District Judge