UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

STEVE WILSON BRIGGS,

               Plaintiff,

        v.

UNIVERSAL PICTURES, et al.,

               Defendants.

Case No. 17-cv-06552-VC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is REFERRED to Chief Judge Phyllis J. Hamilton for consideration of whether the case is related to *Briggs v. Blomkamp*, 13-cv-04679.

**IT IS SO ORDERED.**

Dated: December 8, 2017

_____

VINCE CHHABRIA
United States District Judge