UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>           Plaintiff,<br><br>     v.<br><br>UNIVERSAL PICTURES, et al.,<br><br>           Defendants. | Case No. 17-cv-06552-VC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 12/14/2017, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Steve Wilson Briggs
681 Edna Way
San Mateo, CA 94402

Dated: 12/14/2017

Susan Y. Soong
Clerk, United States District Court

By:_____
Doug Merry, Deputy Clerk to the
Honorable PHYLLI J. HAMILTON