1 | Steve Wilson Briggs

2 | 681 Edna Way

3 | San Mateo, CA 94402

4 | 510 200 3763

5 | snc.steve@gmail.com

6 | PLAINTIFF In Propria Persona

7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE WILSON BRIGGS<br>Plaintiff,<br>vs<br>UNIVERSAL PICTURES, et al<br>Defendants. | No:  17-cv-06552-VC<br>**NOTICE OF COMPLETION OF SERVICE (OF SUMMONS, CIVIL COVER SHEET, COMPLAINT, ETC.)** |

10 | 11 | 12 | 13

14 |

15 | **NOTICE OF COMPLETION OF SERVICE:**

16 |

17 |     The Plaintiff submits this notice to inform the Court that all Defendants in this

18 | matter have been served with Summons, Civil Cover Sheet, Complaint, EFC Registration

19 | Information Handout, Order Setting Initial Case Management Conference And ADR

20 | Deadlines, Standing Order For All Judges, Standing Order For Judge Laurel Beeler,

21 | plaintiff's Consent or Declination To Magistrate Judge Jurisdiction, plaintiff's Motion For

21 | Permission For Electronic Case Filing and Proposed Order, and plaintiff's Notice of

22 | Address Change, in compliance with court rules and timelines.  The first Defendant was

23 | served on December 7th, 2017, and the final Defendant was served on December 12,

24 | 2017. The original, signed ""Proof of Service" documents are in transit from Southern

25 | California and will be filed, posthaste, when the Plaintiff receives them.

26 |      Regarding service, the Plaintiff is concerned that the Defendants may attempt to

27 | suggest that one or more of the Defendants were not properly served. The Plaintiff

28 | suspects the Defendants may try this "strategy" because, as the Plaintiff's server

1    explained, when the server served Defendants **Matt Damon, Ben Affleck, Neill**
2    **Blomkamp** and **Ari Emanuel** at WME (William Morris Endeavor—WME represents
3    Defs Damon, Affleck, and Blomkamp; Def Ari Emanuel is WME's CEO) headquarters at
4    9601 Wilshire Blvd, Beverly Hills, CA 90210, she gave the documents to WME's
5    associate counsel Evan Kass, who reviewed the documents for a couple minutes, then
6    attempted to decline acceptance of the documents, and instructed the server that she must
7    serve the attorney of each Defendant separately. The server declined to take the documents
8    back, leaving Mr. Kass holding the served documents. This event struck the Plaintiff as
9    particularly strange because all of the Defendants are celebrities of sorts, and celebrities
10   commonly have their agents receive legal documents. In fact, WME is where the Plaintiff
11   served Def Blomkamp in a previous copyright matter.

12           With the exception of Defendants served at WME, all of the other Defendants in
13   this matter were cooperative with the service process.

14           Until the original "proof of service" documents arrive and are filed, the Plaintiff
15   offers the Court the following service information:

16   1.  Defendants **Kevin Spacey** and **Dana Brunetti** were served at *Relativity*
17       *Media*—the parent company of Spacey and Brunetti's production company Trigger
18       Street Productions—at 9242 Beverly Blvd (Suite 300), Beverly Hills, CA 90210,
19       on **December 7th, 2017**. Trigger Street Productions could not be served because it
20       has no known physical address, as Trigger Street began as a website. Spacey is the
21       founder/owner of Trigger Street Productions; Dana Brunetti is the president of
21       Trigger Street Productions.

22   2.  Defendants MRC (Media Rights Capital), Mordecai Wiczyk and Asif Satchu
23       (co-CEOs of MRC), were served at MRC headquarters, at: 9665 Wilshire Blvd,
24       Beverly Hills, CA 90212, on **December 7th, 2017**. The Plaintiff served only one
25       set of documents upon MRC, AKA Media Rights Capital, also AKA MRC II LP,
26       and its various entities, including  MRC II Distribution Company LP;  MRC II
27       Holdings, L.P.; Asgari Inc.; Oaktree Entertainment, Inc.; MRC I Hedge Co, LLC;
28       MRC Sub Gp,  LLC; MRC II Capital Company, L.P.;  MRC I Project Company,

1   LLC, **because** 1) these companies were named only parenthetically in the

2   complaint -under MRC's name; 2) there are no known address for many of these

3   companies, although some of them share MRC's address (9665 Wilshire Blvd,

4   Beverly Hills, CA 90212); 3) they share the same ownership; 4) most importantly,

5   **as fully explained in the Complaint**, the Plaintiff believes that these other MRC

6   "entities" and subsidiaries are companies in name only—rather, they are shells for

7   illegal activity and laundering.

8   3.   Defendants **Universal Pictures** and **NBCUniversal** (Universal Pictures' parent)

9        were served at NBCUniversal headquarters at 10 Universal City Plaza, Universal

10       City, CA 91608, on December 7th, 2017. However, a security guard at

11       NBCUniversal instructed the server that all legal papers for NBCUniversal entities

12       must be delivered to Wolters Kluwer's CT Corp, at: 818 West Seventh Street (Suite

13       930), Los Angeles, California 90017. Thus, all documents were served this CT

14       Corp address on **December 7th, 2017**.

15  4.   Defendant Sony Pictures was served at its corporate office in the Sony Pictures

16       Studio, 10202 West Washington Blvd, Culver City, CA 90232, on **December 12th,**

17       **2017**.

18  5.   Defendant Bill Block was served at Miramax Pictures (where he is CEO) at 2450

19       Colorado Ave., Santa Monica, CA 90401, on **December 11th, 2017**.

20

21

21  Date: December 19, 2017        Signature:   /s/ Steve Wilson Briggs

22                                         Steve Wilson Briggs, Plaintiff Pro Se

23

24

25

26

27

28

NOTICE OF COMPLETION OF SERVICE

3