## PROOF OF SERVICE

The Summons, Civil Cover Sheet, Complaint, EFC Registration Information Handout, Order Setting Initial Case Management Conference And ADR Deadlines, Standing Order For All Judges, Standing Order For Judge Laurel Beeler, plaintiff's Consent or Declination To Magistrate Judge Jurisdiction, plaintiff's Motion For Permission For Electronic Case Filing and Proposed Order, and plaintiff's Notice of Address Change, for **Universal Pictures** in CV 17 6552 (Briggs vs Universal Pictures, et al) were received by me, Leila Marchbanks, on December 6th, 2017.

I personally served the Summons, Civil Cover Sheet, Complaint, EFC Registration Information Handout, Order Setting Initial Case Management Conference And ADR Deadlines, Standing Order For All Judges, Standing Order For Judge Laurel Beeler, plaintiff's Consent or Declination To Magistrate Judge Jurisdiction, plaintiff's Motion For Permission For Electronic Case Filing and Proposed Order, and plaintiff's Notice of Address Change on **Universal Pictures** at its parent company, NBCUniversal, at 10 Universal City Plaza, Universal City, CA 91608, on **December 7th, 2017**. The security guard at NBCUniversal instructed me that all legal papers for NBCUniversal entities must be delivered to Wolters Kluwer's CT Corp at **818 West Seventh Street (Suite 930), Los Angeles, California 90017**. Thus, I served the documents there on **December 7th, 2017**.

My fees were $450, total, for service of all Defendants and my travel costs.

I declare under penalty of perjury that this information is true.

Date: 12/16/17

Signed: _/s/ Leila Marchbanks_
Leila Marchbanks

Server's Address: 856 W. Beach Ave, Inglewood, CA 90302