## PROOF OF SERVICE

The Summons, Civil Cover Sheet, Complaint, EFC Registration Information Handout, Order Setting Initial Case Management Conference And ADR Deadlines, Standing Order For All Judges, Standing Order For Judge Laurel Beeler, plaintiff's Consent or Declination To Magistrate Judge Jurisdiction, plaintiff's Motion For Permission For Electronic Case Filing and Proposed Order, and plaintiff's Notice of Address Change, for **Sony Pictures** in CV 17 6552 (Briggs vs Universal Pictures, et al) were received by me, Leila Marchbanks, on December 6th, 2017.

I personally served the Summons, Civil Cover Sheet, Complaint, EFC Registration Information Handout, Order Setting Initial Case Management Conference And ADR Deadlines, Standing Order For All Judges, Standing Order For Judge Laurel Beeler, plaintiff's Consent or Declination To Magistrate Judge Jurisdiction, plaintiff's Motion For Permission For Electronic Case Filing and Proposed Order, and plaintiff's Notice of Address Change on **Sony Pictures** at 10202 West Washington Blvd, Culver City, CA 90232, on **December 12th, 2017**.

My fees are $450, total, combined, for service of all Defendants in this matter, including my travel costs.

I declare under penalty of perjury that this information is true.

Date: _12/16/17_

Signed: _[signature]_
Leila Marchbanks

Server's Address: 856 W. Beach Ave, Inglewood, CA 90302