KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MRC II HOLDINGS, L.P.; OAKTREE
ENTERTAINMENT, INC.; MRC I HEDGE CO,
LLC; MRC II CAPITAL COMPANY, L.P.;
MRC I PROJECT COMPANY, LLC;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT INC.;
ARIEL EMANUEL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNIVERSAL PICTURES, et al.,<br><br>　　　　Defendants. | Case No. CV 17-6552-VC<br><br>[Hon. Vince Chhabria]<br><br>**CORPORATE DISCLOSURE STATEMENT AND CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br><br>[FED R. CIV. P. 7.1 and L.R. 3-15] |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Sony Pictures Entertainment Inc. hereby states that it is an indirect subsidiary of Sony Corporation and that no other publicly held corporation owns 10% or more of its stock.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants MRC II Distribution Company L.P., MRC II Holdings, L.P., Oaktree Entertainment, Inc., MRC I Hedge Co, LLC, MRC II Capital Company, L.P., and MRC I Project Company, LLC hereby state that they have no parent corporation and that no publicly held corporation owns 10% or more of their stock.

**CERTIFICATE OF INTERESTED ENTITIES OR PERSONS**

Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

DATED: December 28, 2017     Respectfully submitted,

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By:  /s/ Gregory Korn
Gregory Korn
Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MRC II HOLDINGS, L.P.; OAKTREE
ENTERTAINMENT, INC.; MRC I HEDGE CO, LLC;
MRC II CAPITAL COMPANY, L.P.;
MRC I PROJECT COMPANY, LLC; MORDECAI
WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT INC.; ARIEL
EMANUEL