KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
  rochellewilcox@dwt.com
BRENDAN N. CHARNEY (State Bar No. 293378)
  brendancharney@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone:     (213) 633-6800
Facsimile:     (213) 633-6899

Attorneys for Defendants
UNIVERSAL CITY STUDIOS LLC and
NBCUNIVERSAL MEDIA, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>    Plaintiff,<br><br>    v.<br><br>UNIVERSAL PICTURES; SONY PICTURES, NBCUNIVERSAL, KEVIN SPACEY, ARIEL (ARII) EMANUEL, MATT DAMON, BEN AFFLECK, NEILL BLOMKAMP, MORDECAI WICZYK, ASIF SATCHU, BILL BLOCK, DANA BRUNETTI, MRC (MEDIA RIGHTS CAPITAL), MRC II LP, MRC DISTRIBUTION COMPANY LP, MRC II HOLDINGS, LP, ASGARI INC., OAKTREE ENTERTAINMENT, INC., MRC I HEDGE CO., LLC, MRC SUB GP LLC, MRC II CAPITAL COMPANY, L.P., MRC I PROJECT COMPANY, LLC<br><br>    Defendants. | Case No. 17-cv-06552-VC<br><br>**JOINDER BY UNIVERSAL CITY STUDIOS LLC AND NBCUNIVERSAL MEDIA, LLC TO DEFENDANTS' MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(1), OR, IN THE ALTERNATIVE, FED. R. CIV. P. 8(a), 41(b), AND/OR 12(b)(6)**<br><br>Date:     February 8, 2018<br>Time:     10:00 a.m.<br>Crtrm.:    4<br><br>[Hon. Vince Chhabria] |

DAVIS WRIGHT TREMAINE LLP

1

JOINDER TO MOTION TO DISMISS
Case No. 17-cv-06552-VC
4825-0944-1625v.3 0050033-002312

Defendants Universal City Studios LLC (erroneously sued as "Universal Pictures") and NBCUniversal Media, LLC (erroneously sued as "NBC Universal") (collectively, "NBCU"), through their undersigned counsel, hereby join in the Motion To Dismiss Pursuant To Fed. R. Civ. P. 12(B)(1), or, In The Alternative, Fed. R. Civ. P. 8(A), 41(B), and/or 12(B)(6) (ECF No. 15) ("Motion to Dismiss") filed by Defendants MRC II Distribution Company LP; MRC II Holdings, L.P.; Oaktree Entertainment, Inc.; MRC I Hedge Co, LLC; MRC II Capital Company, L.P.; MRC I Project Company, LLC; Mordecai Wiczyk; Asif Satchu; Sony Pictures Entertainment Inc.; and Ariel Emanuel (collectively, the "Co-Defendants").

This Joinder is made on the grounds that the arguments, reasoning, and request for dismissal set forth in the Co-Defendants' Motion to Dismiss are equally applicable to NBCU. Accordingly, NBCU hereby incorporates by reference the assertions and arguments set forth in Sections I-V of Co-Defendants' Motion to Dismiss under Federal Rule of Civil Procedure 10(c) as though the arguments and reasoning are fully set forth herein. This Joinder is being filed within 21 days of the date NBCU was served with the Complaint on December 7, 2017.

In particular, NBCU moves to dismiss Plaintiff's Complaint on the following grounds:

- the Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(1) for lack of subject-matter jurisdiction as 1) Plaintiff has failed to allege complete diversity among the parties; and 2) federal-question jurisdiction is not conferred by Plaintiff's citation to state-law claims and federal *criminal* statutes (which do not provide for private rights of action);
- the Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 41(b) as the unintelligible Complaint violates Rule 8(a)'s requirement of a "short and plain statement of the claim"; and

/ / /

/ / /

/ / /

/ / /

/ / /

2

JOINDER TO MOTION TO DISMISS
Case No. 17-cv-06552-VC
4825-0944-1625v.3 0050033-002312

DAVIS WRIGHT TREMAINE LLP

- the Complaint should be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim, as the unintelligible Complaint fails to set forth a "plausible" claim as required by *Ashcroft v. Iqbal*, 556 U.S. 662 (2009), and each of Plaintiff's claims for relief is legally defective.

DATED: December 28, 2017

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:  */s/Rochelle L. Wilcox*
         Rochelle L. Wilcox

Attorneys for Defendants UNIVERSAL CITY STUDIOS LLC and NBCUNIVERSAL MEDIA, LLC

DAVIS WRIGHT TREMAINE LLP

3

JOINDER TO MOTION TO DISMISS
Case No. 17-cv-06552-VC
4825-0944-1625v.3 0050033-002312