1 KELLI L. SAGER (State Bar No. 120162)
   kellisager@dwt.com
2 ROCHELLE L. WILCOX (State Bar No. 197790)
   rochellewilcox@dwt.com
3 BRENDAN N. CHARNEY (State Bar No. 293378)
   brendancharney@dwt.com
4 DAVIS WRIGHT TREMAINE LLP
  865 South Figueroa Street, Suite 2400
5 Los Angeles, CA 90017
  Telephone:     (213) 633-6800
6 Facsimile:     (213) 633-6899

7 Attorneys for Defendants
  UNIVERSAL CITY STUDIOS LLC and
8 NBCUNIVERSAL MEDIA, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>  Plaintiff,<br><br>  v.<br><br>UNIVERSAL PICTURES; SONY PICTURES, NBCUNIVERSAL, KEVIN SPACEY, ARIEL (ARII) EMANUEL, MATT DAMON, BEN AFFLECK, NEILL BLOMKAMP, MORDECAI WICZYK, ASIF SATCHU, BILL BLOCK, DANA BRUNETTI, MRC (MEDIA RIGHTS CAPITAL), MRC II LP, MRC DISTRIBUTION COMPANY LP, MRC II HOLDINGS, LP, ASGARI INC., OAKTREE ENTERTAINMENT, INC., MRC I HEDGE CO., LLC, MRC SUB GP LLC, MRC II CAPITAL COMPANY, L.P., MRC I PROJECT COMPANY, LLC<br><br>  Defendants. | Case No. 17-cv-06552-LB<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANTS UNIVERSAL CITY STUDIOS LLC AND NBCUNIVERSAL MEDIA, LLC (L.R. 3-15)**<br><br>[Hon. Vince Chhabria] |

DAVIS WRIGHT TREMAINE LLP

1

CERTIFICATION OF INTERESTED PARTIES
Case No. 17-cv-06552-VC
4850-9444-4121v.2 0050033-002312

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

| Name | Relationship to Case |
| --- | --- |
| Universal City Studios LLC (erroneously sued as "Universal Pictures") | Defendant |
| NBCUniversal Media, LLC (erroneously sued as "NBCUniversal") | Defendant |
| VUE NewCo LLC | Parent of Defendant Universal City Studios LLC |
| NBCUniversal, LLC | Parent of Defendant NBCUniversal Media, LLC |
| Comcast Corporation | Ultimate parent of Defendants NBCUniversal Media, LLC and Universal City Studios LLC |

DATED: December 28, 2017

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By:  /s/Rochelle L. Wilcox
        Rochelle L. Wilcox

Attorneys for Defendants UNIVERSAL CITY STUDIOS LLC and NBCUNIVERSAL MEDIA, LLC