KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
  rochellewilcox@dwt.com
BRENDAN N. CHARNEY (State Bar No. 293378)
  brendancharney@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone:    (213) 633-6800
Facsimile:    (213) 633-6899

Attorneys for Defendants
UNIVERSAL CITY STUDIOS LLC and
NBCUNIVERSAL MEDIA, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL PICTURES; SONY PICTURES, NBCUNIVERSAL, KEVIN SPACEY, ARIEL (ARII) EMANUEL, MATT DAMON, BEN AFFLECK, NEILL BLOMKAMP, MORDECAI WICZYK, ASIF SATCHU, BILL BLOCK, DANA BRUNETTI, MRC (MEDIA RIGHTS CAPITAL), MRC II LP, MRC DISTRIBUTION COMPANY LP, MRC II HOLDINGS, LP, ASGARI INC., OAKTREE ENTERTAINMENT, INC., MRC I HEDGE CO., LLC, MRC SUB GP LLC, MRC II CAPITAL COMPANY, L.P., MRC I PROJECT COMPANY, LLC<br><br>　　　　Defendants. | Case No. 17-cv-06552-VC<br><br>**DEFENDANTS UNIVERSAL CITY STUDIOS LLC AND NBCUNIVERSAL MEDIA, LLC'S CORPORATE DISCLOSURE STATEMENT (FRCP 7.1)**<br><br>[Hon. Vince Chhabria] |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant NBCUniversal Media, LLC (erroneously sued as "NBCUniversal") states that it is wholly owned by NBCUniversal, LLC. Its ultimate parent is Comcast Corporation, which is publicly traded. No other publicly held corporation holds 10% or more of these entities' stock.

Defendant Universal City Studios LLC (erroneously sued as "Universal Pictures") states that it is wholly owned by VUE NewCo LLC. Its ultimate parent is Comcast Corporation, which is publicly traded. No other publicly held corporation holds 10% or more of these entities' stock.

DATED: December 28, 2017

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: */s/Rochelle L. Wilcox*
Rochelle L. Wilcox

Attorneys for Defendants UNIVERSAL CITY STUDIOS LLC and NBCUNIVERSAL MEDIA, LLC