# PROOF OF SERVICE

The Summons, Civil Cover Sheet, Complaint, EFC Registration Information Handout, Order Setting Initial Case Management Conference And ADR Deadlines, Standing Order For All Judges, Standing Order For Judge Laurel Beeler, plaintiff's Consent or Declination To Magistrate Judge Jurisdiction, plaintiff's Motion For Permission For Electronic Case Filing and Proposed Order, and plaintiff's Notice of Address Change, for **Dana Brunetti** in CV 17 6552 (Briggs vs Universal Pictures, et al) were received by me, Leila Marchbanks, on December 6th, 2017.

I personally served the Summons, Civil Cover Sheet, Complaint, EFC Registration Information Handout, Order Setting Initial Case Management Conference And ADR Deadlines, Standing Order For All Judges, Standing Order For Judge Laurel Beeler, plaintiff's Consent or Declination To Magistrate Judge Jurisdiction, plaintiff's Motion For Permission For Electronic Case Filing and Proposed Order, and plaintiff's Notice of Address Change on **Dana Brunetti** at Relativity Media—the parent company of Spacey's Trigger Street productions—at 9242 Beverly Blvd (Suite 300), Beverly Hills, CA 90210, on **December 7th, 2017**.

My fees are $450, total, combined, for service of all Defendants in this matter, including my travel costs.

I declare under penalty of perjury that this information is true.

Date: 12/16/17

Signed: *Leila Marchbanks*

Server's Address: 856 W. Beach Ave, Inglewood, CA 90302