KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MRC II HOLDINGS, L.P.; OAKTREE
ENTERTAINMENT, INC.; MRC I HEDGE CO,
LLC; MRC II CAPITAL COMPANY, L.P.;
MRC I PROJECT COMPANY, LLC;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT INC.;
ARIEL EMANUEL

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE WILSON BRIGGS, | Case No. CV 17-6552-VC |
| Plaintiff, | [Hon. Vince Chhabria] |
| vs. | **NOTICE OF APPEARANCE** |
| UNIVERSAL PICTURES, et al., | |
| Defendants. | |
| | Trial Date:      None Set |

/539293

3:17-CV-6552-VC

NOTICE OF APPEARANCE

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Gregory P. Korn, a member of the State Bar of California and admitted to practice before this Court, whose contact information appears below, hereby enters his appearance as attorney of record for Defendants MRC II Distribution Company LP, MRC II Holdings, L.P., Oaktree Entertainment, Inc., MRC I Hedge Co, LLC, MRC II Capital Company, L.P., MRC I Project Company, LLC, Mordecai Wiczyk, Asif Satchu, Sony Pictures Entertainment Inc., and Ariel Emanuel, and consents to receive service of documents by electronic means in accordance with Fed.R.Civ.P. 5(b)(2)(E).

**PLEASE TAKE FURTHER NOTICE** that Mr. Korn will serve as counsel of record to Plaintiff, along with current lead attorney, Michael J. Kump.


Mr. Korn's information is:


KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone:  310.566.9800
Facsimile:   310.566.9850


DATED: January 3, 2018                    KINSELLA WEITZMAN ISER
                                          KUMP & ALDISERT LLP

                                          By:        /s/ Gregory Korn
                                          _____
                                              Gregory P. Korn
                                              Attorneys for Defendants
                                              MRC II DISTRIBUTION COMPANY LP;
                                              MRC II HOLDINGS, L.P.; OAKTREE
                                              ENTERTAINMENT, INC.; MRC I HEDGE CO,
                                              LLC; MRC II CAPITAL COMPANY, L.P.;
                                              MRC I PROJECT COMPANY, LLC;
                                              MORDECAI WICZYK; ASIF SATCHU;
                                              SONY PICTURES ENTERTAINMENT INC.;
                                              ARIEL EMANUEL

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
808 WILSHIRE BOULEVARD, 3RD FLOOR
SANTA MONICA, CALIFORNIA 90401
TEL 310.566.9800 • FAX 310.566.9850