KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
  rochellewilcox@dwt.com
BRENDAN N. CHARNEY (State Bar No. 293378)
  brendancharney@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone:    (213) 633-6800
Facsimile:    (213) 633-6899

Attorneys for Defendants
UNIVERSAL CITY STUDIOS LLC and
NBCUNIVERSAL MEDIA, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL CITY STUDIOS LLC; NBCUNIVERSAL MEDIA, LLC; SONY PICTURES ENT INC.; KEVIN SPACEY; ARI (ARIEL) EMANUEL; MATT DAMON; BEN AFFLECK; NEILL BLOMKAMP; MORDECAI (MODI) WICZYK; ASIF SATCHU; BILL BLOCK; DANA BRUNETTI; MRC II DISTRIBUTION COMPANY LP (AKA MRC, Media Rights Capital, and all other MRC entities and subsidiaries)<br><br>　　　　Defendants. | Case No. 17-cv-06552-VC<br><br>[Hon. Vince Chhabria]<br><br>**[PROPOSED] ORDER GRANTING UNIVERSAL CITY STUDIOS LLC'S AND NBCUNIVERSAL MEDIA, LLC'S MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Date:　　　February 22, 2018<br>Time:　　　10:00 a.m.<br>Crtrm:　　　4 |

1

[PROPOSED] ORDER GRANTING MOTION TO DISMISS
Case No. 17-cv-06552-VC
4830-9563-3498v.3 0020040-000144

1   On February 22, 2018, a hearing was held on Defendants Universal City Studios LLC's And NBCUniversal Media, LLC's Motion to Dismiss Plaintiff's First Amended Complaint pursuant to Federal Rules of Civil Procedure 41(b) and 12(b)(6).

Having considered the Motion to Dismiss, responsive briefing, and the arguments of the parties at the hearing on this matter, and for good cause shown, the Court GRANTS the Motion to Dismiss and hereby dismisses <u>with prejudice</u> the claims against Defendants Universal City Studios LLC And NBCUniversal Media, LLC.

Defendants Universal City Studios LLC and NBCUniversal Media, LLC shall recover their costs in accordance with Federal Rule of Civil Procedure 54(d).

IT IS SO ORDERED.

Dated: _____, 2018          By: _____
                                          THE HONORABLE VINCE CHHABRIA
                                          UNITED STATES DISTRICT JUDGE