KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT INC.; ARIEL EMANUEL; and NEILL BLOMKAMP

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>Plaintiff,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC, et al.,<br><br>Defendants. | Case No. CV 17-6552-VC<br><br>[Hon. Vince Chhabria]<br><br>**DECLARATION OF GREGORY KORN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND/OR 12(b)(1)**<br><br>[Motion to Dismiss and Request for Judicial Notice Filed Contemporaneously Herewith]<br><br>Date: February 22, 2018<br>Time: 10:00 a.m.<br>Crtrm.: 4 |

3:17-CV-6552-VC

DECLARATION OF GREGORY KORN

## DECLARATION OF GREGORY P. KORN

I, Gregory P. Korn, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Kinsella Weitzman Iser Kump & Aldisert LLP, attorneys of record for Defendants MRC II Distribution Company LP; Mordecai Wiczyk; Asif Satchu; Sony Pictures Entertainment Inc.; Ariel Emanuel; and Neill Blomkmamp. If called as a witness, I could and would competently testify to all the facts within my personal knowledge except where stated upon information and belief.

2. Attached hereto as Exhibit 1 is a true and correct copy of the First Amended Complaint in the matter entitled *Steve Wilson Briggs v. Neill Blomkamp, et al.*, N.D. Cal. Case No. 13-cv-4679-PJH ("Prior Action"). I was counsel for the defendants in that matter and am personally familiar with this First Amended Complaint.

3. Attached hereto as Exhibit 2 is a true and correct copy of the docket in the currently pending appeal in the Prior Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed January 16, 2018, at Santa Monica, California.

Gregory P. Korn