**General Docket**
**United States Court of Appeals for the Ninth Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 14-17175 | **Docketed:** 11/03/2014 |
| **Nature of Suit:** 3820 Copyright | |
| Steve Briggs v. Sony Pictures Entertainment, I, et al | |
| **Appeal From:** U.S. District Court for Northern California, Oakland | |
| **Fee Status:** Paid | |

**Case Type Information:**
1) civil
2) private
3) null

**Originating Court Information:**
**District:** 0971-4 : 4:13-cv-04679-PJH
**Trial Judge:** Phyllis J. Hamilton, Chief District Judge
**Date Filed:** 10/08/2013

| **Date Order/Judgment:** | **Date Order/Judgment EOD:** | **Date NOA Filed:** | **Date Rec'd COA:** |
|---|---|---|---|
| 10/03/2014 | 10/03/2014 | 10/31/2014 | 10/31/2014 |

**Prior Cases:**
None

**Current Cases:**
None

---

| | |
|---|---|
| STEVE K. WILSON BRIGGS<br>   Plaintiff - Appellant, | Steve K. Wilson Briggs<br>Direct: 510-200-3763<br>[NTC Pro Se]<br>Steve Wilson Briggs<br>4322 Chico Ave<br>Santa Rosa, CA 95407 |
| v. | |
| SONY PICTURES ENTERTAINMENT, INC.<br>   Defendant - Appellee, | Gregory P. Korn, Attorney<br>Direct: 310-566-9800<br>[COR LD NTC Retained]<br>Kinsella Weitzman Iser Kump & Aldisert LLP<br>3rd Floor<br>808 Wilshire Boulevard<br>Santa Monica, CA 90401<br><br>Michael Joseph Kump<br>Direct: 310-566-9800<br>[COR LD NTC Retained]<br>Kinsella Weitzman Iser Kump & Aldisert LLP<br>Suite 300<br>808 Wilshire Boulevard<br>Santa Monica, CA 90401 |
| TRISTAR PICTURES, INC.<br>   Defendant - Appellee, | Gregory P. Korn, Attorney<br>Direct: 310-566-9800<br>[COR LD NTC Retained]<br>(see above)<br><br>Michael Joseph Kump<br>Direct: 310-566-9800<br>[COR LD NTC Retained]<br>(see above) |
| MEDIA RIGHTS CAPITAL<br>   Defendant - Appellee, | Gregory P. Korn, Attorney<br>Direct: 310-566-9800<br>[COR LD NTC Retained]<br>(see above)<br><br>Michael Joseph Kump<br>Direct: 310-566-9800 |

| | |
|---|---|
| | [COR LD NTC Retained]<br>(see above) |
| QED INTERNATIONAL<br>    Defendant - Appellee, | Gregory P. Korn, Attorney<br>Direct: 310-566-9800<br>[COR LD NTC Retained]<br>(see above) |
| | Michael Joseph Kump<br>Direct: 310-566-9800<br>[COR LD NTC Retained]<br>(see above) |
| NEILL BLOMKAMP<br>    Defendant - Appellee, | Gregory P. Korn, Attorney<br>Direct: 310-566-9800<br>[COR LD NTC Retained]<br>(see above) |
| | Michael Joseph Kump<br>Direct: 310-566-9800<br>[COR LD NTC Retained]<br>(see above) |

STEVE K. WILSON BRIGGS,

    Plaintiff - Appellant,

v.

SONY PICTURES ENTERTAINMENT, INC.; TRISTAR PICTURES, INC.; MEDIA RIGHTS CAPITAL; QED INTERNATIONAL; NEILL BLOMKAMP,

    Defendants - Appellees.

| Date | Entry | Description |
|---|---|---|
| 11/03/2014 | 1<br>19 pg, 260.58 KB | DOCKETED CAUSE AND ENTERED APPEARANCES OF COUNSEL AND PRO SE APPELLANT. SEND MQ: No. The schedule is set as follows: Fee due from Appellant Steve Kenyatta Wilson Briggs on 10/31/2014. Transcript ordered by 12/01/2014. Transcript due 12/30/2014. Appellant Steve Kenyatta Wilson Briggs opening brief due 02/09/2015. Appellees Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Entertainment, Inc. and Tristar Pictures, Inc. answering brief due 03/10/2015. Appellant's optional reply brief is due 14 days after service of the answering brief. [9299785] (RT) [Entered: 11/03/2014 03:11 PM] |
| 11/04/2014 | 2<br>9 pg, 206.98 KB | Filed clerk order (Deputy Clerk: CKP): Order to show cause docket fee due [9301907] (CKP) [Entered: 11/04/2014 10:13 PM] |
| 11/06/2014 | 3<br>2 pg, 70.26 KB | Filed Appellant Steve Kenyatta Wilson Briggs response to order re: proof of docketing fee paid. Served on 11/05/2014. [9305033] (RL) [Entered: 11/06/2014 04:16 PM] |
| 11/06/2014 | 4 | Fee status changed ( [Case Number 14-17175: Paid] ). [9305035] (RL) [Entered: 11/06/2014 04:17 PM] |
| 11/07/2014 | 5 | Party name changed from Briggs, Steve Kenyatta Wilson to Wilson Briggs, Steve K (registration for electronic filing submitted with name Wilson Briggs, Steve K) [9306310] (ASW) [Entered: 11/07/2014 03:31 PM] |
| 02/09/2015 | 6<br>607 pg, 14.55 MB | Submitted (ECF) excerpts of record for review. Submitted by Appellant Steve K. Wilson Briggs. Date of service: 02/09/2015. [9415368] [14-17175]--[COURT UPDATE: Edited 02/17/2015 by EU, to replace Excerpts of Record and Certificate of Service] --[COURT UPDATE: Brief stricken per order [14]. 03/06/2015 by TL] (Wilson Briggs, Steve) [Entered: 02/09/2015 10:43 PM] |
| 02/18/2015 | 7 | Filed (ECF) Streamlined request for extension of time to file Answering Brief by Appellees Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Entertainment, Inc. and Tristar Pictures, Inc.. New requested due date is 04/09/2015. [9425334] [14-17175] (Korn, Gregory) [Entered: 02/18/2015 03:04 PM] |
| 02/18/2015 | 8 | **Streamlined request [7] by Appellees Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Entertainment, Inc. and Tristar Pictures, Inc. to extend time to file the brief is approved. Amended briefing schedule: Appellees Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Entertainment, Inc. and Tristar Pictures, Inc. answering brief due 04/09/2015. The optional reply brief is due 14 days from the date of service of the answering brief.** [9425837] (GS) [Entered: 02/18/2015 04:59 PM] |
| 02/19/2015 | 9<br>2 pg, 186.83 KB | Filed clerk order: The opening brief [6] submitted by Steve K. Wilson Briggs is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: not applicable. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. The Court has reviewed the excerpts of record [6] submitted by Steve K. Wilson Briggs. Within 7 days of this order, filer is ordered to file 4 copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6. [9426126] (TLH) [Entered: 02/19/2015 09:20 AM] |
| 02/23/2015 | 10<br>51 pg, 823.03 KB | Submitted (ECF) Opening brief and Supplemental Excerpts of Record for review and filed Motion to file subtitute/corrected brief. Submitted by Appellant Steve K. Wilson Briggs. Date of service: 02/23/2015. [9429345] [14-17175] --[COURT UPDATE: Updated docket text to reflect correct brief type and motion relief. 02/24/2015 by TL] (Wilson Briggs, Steve) [Entered: 02/23/2015 01:36 AM] |
| 02/24/2015 | 11<br>3 pg, 33.05 KB | Filed (ECF) Appellant Steve K. Wilson Briggs Motion to file supplemental excerpts of record. Date of service: 02/24/2015. [9432490] [14-17175] --[COURT UPDATE: Removed excerpts of record (filed in entry 10). 02/24/2015 by TL] (Wilson Briggs, Steve) [Entered: 02/24/2015 01:34 PM] |
| 02/25/2015 | 12 | Received 7 paper copies of Opening brief [6] filed by Steve K. Wilson Briggs. [9435876] (SD) [Entered: 02/26/2015 09:18 AM] |
| 02/25/2015 | 13 | Filed Appellant Steve K. Wilson Briggs paper copies of excerpts of record [6] in 3 volume(s). [9436316] (TLH) [Entered: 02/26/2015 11:14 AM] |
| 03/06/2015 | 14<br>1 pg, 39.54 KB | Filed clerk order (Deputy Clerk: LBS): Appellant's motion for leave to file a substitute-corrected brief is granted. The Clerk shall file the substitute-corrected opening brief and strike the opening brief filed on February 19, 2015. Appellant's motion for leave to file a supplemental excerpts of record is granted. The Clerk shall file Exhibit M. Appellant is reminded however, that unrepresented litigants are exempt from the excerpts requirement. See 9th Cir. R. 30-1.2. The answering brief is due within 30 days after the date of this order. The optional reply brief is due within 14 days after service of the answering brief. [9448699] (SAM) [Entered: 03/06/2015 03:41 PM] |
| 03/09/2015 | 15<br>2 pg, 187.01 KB | Filed clerk order: The substitute-corrected opening brief [10] submitted by Steve K. Wilson Briggs is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: not applicable. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. The Court has reviewed the supplemental excerpts of record [10] submitted by Steve K. Wilson Briggs. Within 7 days of this order, filer is ordered to file 4 copies of the excerpts in paper format, with a white |

| | | |
|---|---|---|
| | | cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6. [9450449] (TLH) [Entered: 03/09/2015 04:00 PM] |
| 03/12/2015 | ☐ 16<br>1 pg, 32.35 KB | Filed clerk order (Deputy Clerk: LBS): The briefing schedule established on March 6, 2015 is amended as follows: The answering brief remains due April 9, 2015. The optional reply brief is due within 14 days after service of the answering brief. [9455407] (SAM) [Entered: 03/12/2015 03:17 PM] |
| 03/13/2015 | ☐ 17 | Filed Appellant Steve K. Wilson Briggs paper copies of supplemental excerpts of record [10] in 1 volume. [9457997] (TLH) [Entered: 03/16/2015 09:19 AM] |
| 03/13/2015 | ☐ 18 | Received 7 paper copies of the substitute -corrected opening brief [10] filed by Steve K. Wilson Briggs. [9458276] (SD) [Entered: 03/16/2015 10:34 AM] |
| 03/24/2015 | ☐ 19<br>6 pg, 9.72 KB | Filed (ECF) Appellees Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Entertainment, Inc. and Tristar Pictures, Inc. Motion to transmit exhibit. Date of service: 03/24/2015. [9469534] [14-17175] (Korn, Gregory) [Entered: 03/24/2015 11:57 AM] |
| 04/09/2015 | ☐ 20<br>627 pg, 17.8 MB | Submitted (ECF) Answering Brief and supplemental excerpts of record for review. Submitted by Appellees Neill Blomkamp, Media Rights Capital, QED International, Sony Pictures Entertainment, Inc. and Tristar Pictures, Inc.. Date of service: 04/09/2015. [9489810] [14-17175] --[COURT UPDATE: Attached corrected excerpts of record. 04/14/2015 by TL] (Kump, Michael) [Entered: 04/09/2015 12:49 PM] |
| 04/14/2015 | ☐ 21<br>2 pg, 186.9 KB | Filed clerk order: The answering brief [20] submitted by appellees is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: red. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. The Court has reviewed the supplemental excerpts of record [20] submitted by appellees. Within 7 days of this order, filer is ordered to file 4 copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6. [9494615] (TLH) [Entered: 04/14/2015 10:58 AM] |
| 04/16/2015 | ☐ 22 | Received 7 paper copies of Answering brief [20] filed by appellees. [9498475] (SD) [Entered: 04/16/2015 01:27 PM] |
| 04/16/2015 | ☐ 23 | Filed Appellees' paper copies of supplemental excerpts of record [20] in 3 volumes. [9498772] (TLH) [Entered: 04/16/2015 03:06 PM] |
| 04/16/2015 | ☐ 24<br>1 pg, 38.26 KB | Filed clerk order (Deputy Clerk: JN): Appellees' motion to transmit a copy or replication of a physical exhibit is granted. See 9th Cir. R. 27-14. [9499132] (SAM) [Entered: 04/16/2015 04:45 PM] |
| 04/22/2015 | ☐ 25 | Filed Appellees' 1 copy of DVD of film "Elysium". Sent to Records. [9504709] (TLH) [Entered: 04/22/2015 11:35 AM] |
| 04/23/2015 | ☐ 26<br>21 pg, 658.38 KB | Submitted (ECF) Reply Brief for review. Submitted by Appellant Steve K. Wilson Briggs. Date of service: 04/23/2015. [9506423] [14-17175] --[COURT UPDATE: Updated docket text to reflect content of filing. 04/23/2015 by TL] (Wilson Briggs, Steve) [Entered: 04/23/2015 11:43 AM] |
| 04/23/2015 | ☐ 27<br>2 pg, 186.37 KB | Filed clerk order: The reply brief [26] submitted by Steve K. Wilson Briggs is filed. Within 7 days of the filing of this order, filer is ordered to file 7 copies of the brief in paper format, accompanied by certification, attached to the end of each copy of the brief, that the brief is identical to the version submitted electronically. Cover color: not applicable. The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF. [9507064] (TLH) [Entered: 04/23/2015 03:41 PM] |
| 04/29/2015 | ☐ 28 | Received 7 paper copies of Reply brief [26] filed by Steve K. Wilson Briggs. [9520263] (SD) [Entered: 04/30/2015 10:46 AM] |
| 02/29/2016 | ☐ 29<br>5 pg, 152.24 KB | Filed (ECF) Errata to substitute-corrected Opening brief ([10] Brief Submitted for Review). Filed by Appellant Steve K. Wilson Briggs. Date of service: 02/29/2016. [9883495] [14-17175]--[COURT UPDATE: Edited docket text to reflect correct brief type and link to brief. 03/01/2016 by RY] (Wilson Briggs, Steve) [Entered: 02/29/2016 05:29 PM] |
| 12/15/2017 | ☐ 30<br>1 pg, 193.86 KB | Filed clerk order (Deputy Clerk: GB): On April 16, 2015, the court granted appellees' motion to transmit a copy or replication of a physical exhibit. Within 14 days of the date of this order, appellees shall submit 3 additional copies of the DVD filed at Docket Entry No. [25]. [10692596] (GB) [Entered: 12/15/2017 01:38 PM] |
| 12/26/2017 | ☐ 31 | Filed Appellees' 3 copies of DVDs of the film "Elysium". Sent to Records. [10703508] (KWG) [Entered: 12/26/2017 03:08 PM] |

Clear All

◉ Documents and Docket Summary
○ Documents Only

☑ Include Page Numbers

Selected Pages: 0          Selected Size: 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| U.S. Court of Appeals for the 9th Circuit - 01/16/2018 13:13:14 | | | |
| PACER Login: | kw1122 | Client Code: | 10021-23 |
| Description: | Docket Report (filtered) | Search Criteria: | 14-17175 |
| Billable Pages: | 4 | Cost: | 0.40 |