KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT INC.;
ARIEL EMANUEL; and NEILL BLOMKAMP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>    Plaintiff,<br><br>vs.<br><br>UNIVERSAL CITY STUDIOS LLC, et al.,<br><br>    Defendants. | Case No. CV 17-6552-VC<br><br>[Hon. Vince Chhabria]<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 12(b)(6) AND/OR 12(b)(1)**<br><br>[Motion to Dismiss and Declaration of Gregory Korn Filed Contemporaneously Herewith]<br><br>Date:   February 22, 2018<br>Time:   10:00 a.m.<br>Crtrm.:  4 |

3:17-CV-6552-VC

REQUEST FOR JUDICIAL NOTICE

Defendants hereby request pursuant to Rule 201 of the Federal Rules of Evidence that the Court take judicial notice of the following documents:

1. The First Amended Complaint in the matter entitled *Steve Wilson Briggs v. Neill Blomkamp, et al.,* N.D. Cal. Case No. 13-cv-4679-PJH (the "Prior Action"), a true and correct copy of which is attached to the Declaration of Gregory Korn as Exhibit 1.

2. The opinion of the Court in *Briggs v. Blomkamp*, 70 F. Supp. 3d 1155 (N.D. Cal. 2014), which granted summary judgment of the Prior Action.

3. The docket in the Ninth Circuit appeal in the Prior Action, a true and correct copy of which is attached to the Declaration of Gregory Korn as Exhibit 2.

DATED: January 16, 2018   Respectfully submitted,

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By:   /s/ Michael J. Kump
Michael J. Kump
Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT INC.; ARIEL EMANUEL; and NEILL BLOMKAMP

/542723