UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KENYATTA WILSON BRIGGS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL PICTURES, et al.,<br><br>　　　　　　Defendants. | Case No. 17-cv-06552-VC<br><br>NOTICE RE: NON-COMPLIANCE WITH COURT ORDER |

　　　　The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order.  Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter.  Thereafter, counsel, on behalf of themselves and each party, promptly shall file an ADR Certification and either 1) a Stipulation and [Proposed] Order Selecting ADR Process, or 2) a Notice of Need for ADR Phone Conference (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)).  (These forms are available at cand.uscourts.gov/adr.)

　　　　It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur before the Case Management Conference.

Dated: 1/29/2018

_____
Erin Hamilton
ADR Program Manager
Erin_Hamilton@cand.uscourts.gov
415-522-4205

**PROOF OF SERVICE**

Case Name: Briggs  v. Universal Pictures

Case Number: 17-cv-06552-VC United States District Judge

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.  I am over the age of eighteen (18) years and not a party to the action. My business address is:

ADR Program
United States District Court
Norther District of California
450 Golden Gate Avenue Floor 16
San Francisco, CA 94102

On 1/29/2018, I served a true and correct copy of:

    Notice Re: Noncompliance With Court Order

[x] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:
[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:
[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:

Steve Kenyatta Wilson Briggs
snc.steve@gmail.com

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on 1/29/2018 in San Francisco, California.

SUSAN SOONG
Clerk

by: _____

Erin Hamilton
ADR Program Manager
Erin_Hamilton@cand.uscourts.gov
415-522-4205