1  Steve Wilson Briggs

2  681 Edna Way

3  San  Mateo, CA 94402

4  510 200 3763

5  snc.steve@gmail.com

6  PLAINTIFF In Propria Persona

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| STEVE WILSON BRIGGS | Civ No: CV 17 6552 VC |
| Plaintiff, | **DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** |
| vs | |
| UNIVERSAL PICTURES, et al., | Judge:    The Honorable Vince Chhabria |
| Defendants. | Date:      February 22, 2018<br>Time:      10:00 a.m.<br>Courtroom: 4 |

17

18

19  **DECLARATION OF STEVE WILSON BRIGGS**

20

21      Plaintiff Steve Wilson Briggs submits the attached declaration in support of his

21  Opposition Brief Against The Defendants' Motion To Dismiss And Memorandum Of Points

22  And Authorities (captioned: Plaintiff's Opposition To Defendant NBCUniversal's Motion

23  To Dismiss), submitted on January 29, 2018. The declaration is attached and begins on the

24  following page.

25    Dated: January 30, 2018        Respectfully Submitted,

26                                                          By:  /s/ Steve Wilson Briggs      

27                                                                Steve Wilson Briggs

28                                                                Plaintiff, In Propria Persona

DECLARATION OF STEVE WILSON BRIGGS

## DECLARATION OF STEVE WILSON BRIGGS

I, Steve Wilson Briggs, declare the following:

1. I am the Plaintiff in the matter of Briggs v Universal Pictures, et al, CV176552-VC.

2. On January 2, 2018 I submitted a First Amended Complaint (FAC) against the following defendants: Universal City Studios LLC; Nbcuniversal Media, LLC; Sony Pictures Ent Inc.; Kevin Spacey; Ari (Ariel) Emanuel; Matt Damon; Ben Affleck; Neill Blomkamp; Mordecai (Modi) Wiczyk; Asif Satchu; Bill Block; Dana Brunetti; MRC II Distribution Company Lp (AKA MRC, Media Rights Capital, and all other MRC entities and subsidiaries).

3. That FAC accuses the Defendants of the following violations: Civil Conspiracy; Spoliation Of Evidence; Breach Of Contract; Fraud /Intentional Misrepresentations; Deceit 6. Concealment; Negligence; Gross Negligence; Violation Of California; Labor Code § 1700.39; Violation Of Unfair Business Practices Act; Witness Tampering; Infringing Exportation; Copyright Infringement.

4. I have personal knowledge of the facts and allegations stated in that FAC.

5. If called as a witness, I could and would competently testify to all facts therein within my personal knowledge, except where stated upon information and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 30, 2018, at San Mateo, California.

_____
Steve Wilson Briggs