1 Steve Wilson Briggs
2 681 Edna Way
3 San Mateo, CA 94402
4 510 200 3763
5 snc.steve@gmail.com
6 PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS Plaintiff, vs UNIVERSAL PICTURES, et al., Defendants. | Civ No: CV 17 6552 VC **DECLARATION IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS** Judge: The Honorable Vince Chhabria Date: February 22, 2018 Time: 10:00 a.m. Courtroom: 4 |
|---|---|

**DECLARATION OF STEVE WILSON BRIGGS**

Plaintiff Steve Wilson Briggs submits the attached declaration in support of his Opposition Brief Against The Defendants' Motion To Dismiss And Memorandum Of Points And Authorities (captioned: Plaintiff's Opposition To Defendants' Motion To Dismiss First Amended Complaint Pursuant To Fed. R. Civ. P. 12(B)(6) And/Or 12(B)(1)), submitted on January 29, 2018. The declaration is attached and begins on the following page.

Dated: January 30, 2018     Respectfully Submitted,

By: /s/ Steve Wilson Briggs
Steve Wilson Briggs
Plaintiff, In Propria Persona

## DECLARATION OF STEVE WILSON BRIGGS

I, Steve Wilson Briggs, declare the following:

1. I am the Plaintiff in the matter of Briggs v Universal Pictures, et al, CV176552-VC.
2. On January 2, 2017, I filed a lawsuit against the following defendants: Universal City Studios LLC; Nbcuniversal Media, LLC; Sony Pictures Ent Inc.; Kevin Spacey; Ari (Ariel) Emanuel; Matt Damon; Ben Affleck; Neill Blomkamp; Mordecai (Modi) Wiczyk; Asif Satchu; Bill Block; Dana Brunetti; MRC II Distribution Company Lp (AKA MRC, Media Rights Capital, and all other MRC entities and subsidiaries).
3. That lawsuit accuses the Defendants of the following violations: Civil Conspiracy; Spoliation Of Evidence; Breach Of Contract; Fraud /Intentional Misrepresentations; Deceit 6. Concealment; Negligence; Gross Negligence; Violation Of California; Labor Code § 1700.39; Violation Of Unfair Business Practices Act; Witness Tampering; Infringing Exportation; Copyright Infringement.
4. I have personal knowledge of the facts and allegations stated in that FAC.
5. If called as a witness, I could and would competently testify to all facts therein within my personal knowledge, except where stated upon information and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 30, 2018, at San Mateo, California.

_____
Steve Wilson Briggs

DECLARATION OF STEVE WILSON BRIGGS

2