KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
  rochellewilcox@dwt.com
BRENDAN N. CHARNEY (State Bar No. 293378)
  brendancharney@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, CA 90017
Telephone:     (213) 633-6800
Facsimile:      (213) 633-6899

Attorneys for Defendants
UNIVERSAL CITY STUDIOS LLC and
NBCUNIVERSAL MEDIA, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>UNIVERSAL CITY STUDIOS LLC; NBCUNIVERSAL MEDIA, LLC; SONY PICTURES ENT INC.; KEVIN SPACEY; ARI (ARIEL) EMANUEL; MATT DAMON; BEN AFFLECK; NEILL BLOMKAMP; MORDECAI (MODI) WICZYK; ASIF SATCHU; BILL BLOCK; DANA BRUNETTI; MRC II DISTRIBUTION COMPANY LP (AKA MRC, Media Rights Capital, and all other MRC entities and subsidiaries)<br><br>　　　　Defendants. | Case No. 17-cv-06552-VC<br><br>[Hon. Vince Chhabria]<br><br>**[PROPOSED] ORDER GRANTING UNIVERSAL CITY STUDIOS LLC'S AND NBCUNIVERSAL MEDIA, LLC'S MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND CASE MANAGEMENT SCHEDULE**<br><br>Date:　　　March 15, 2018<br>Time:　　　10:00 a.m.<br>Crtrm:　　　4 |

---

1

[PROPOSED] ORDER GRANTING MOTION TO CONTINUE CMC
Case No. 17-cv-06552-VC
4826-4951-9707v.1 0020040-000144

On March 15, 2018, a hearing was held on Defendants Universal City Studios LLC's And NBCUniversal Media, LLC's Motion To Continue Case Management Conference And Extend Case Management Schedule. Having considered the Motion, responsive briefing, and the arguments of the parties at the hearing on this matter, and for good cause shown, the Court GRANTS the Motion and hereby continues the Case Management Conference to **June 12, 2018**.

IT IS SO ORDERED.

Dated: _____, 2018        By: _____
                                          THE HONORABLE VINCE CHHABRIA
                                          UNITED STATES DISTRICT JUDGE