KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for MRC II DISTRIBUTION COMPANY LP; MORDECAI WICZYK; ASIF SATCHU; SONY PICTURES ENTERTAINMENT INC.; ARIEL EMANUEL; and NEILL BLOMKAMP

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>            Plaintiff,<br><br>    vs.<br><br>UNIVERSAL CITY STUDIOS LLC, et al.,<br><br>            Defendants. | Case No. 3:17-CV-6552-VC<br><br>[Hon. Vince Chhabria]<br><br>**JOINDER IN MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND EXTEND CASE MANAGEMENT SCHEDULE**<br><br>Date:    March 15, 2018<br>Time:   10:00 a.m.<br>Crtrm.: 4 |

**TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendants MRC II Distribution Company LP, Mordecai Wiczyk, Asif Satchu, Sony Pictures Entertainment Inc., Ariel Emanuel, and Neill Blomkamp hereby join in the Motion to Continue Case Management Conference and Extend Case Management Schedule (Doc. No. 37) filed by Defendants NBCUniversal Media, LLC and Universal City Studios LLC.

DATED: January 31, 2018    Respectfully submitted,

KINSELLA WEITZMAN ISER
KUMP & ALDISERT LLP


By:    /s/ Gregory Korn
       Gregory P. Korn
       Attorneys for MRC II DISTRIBUTION
       COMPANY LP; MORDECAI WICZYK; ASIF
       SATCHU; SONY PICTURES
       ENTERTAINMENT INC.; ARIEL EMANUEL;
       and NEILL BLOMKAMP