# Exhibit B

                                                        Steve Wilson Briggs <snc.steve@gmail.com>

## Activity in Case 3:17-cv-06552-VC Briggs v. Universal Pictures et al Motion to Dismiss
2 messages

**ECF-CAND@cand.uscourts.gov** <ECF-CAND@cand.uscourts.gov>                Tue, Jan 16, 2018 at 3:31 PM
To: efiling@cand.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

### Notice of Electronic Filing

The following transaction was entered by Wilcox, Rochelle on 1/16/2018 at 3:31 PM PST and filed on 1/16/2018
**Case Name:**         Briggs v. Universal Pictures et al
**Case Number:**       3:17-cv-06552-VC
**Filer:**             NBCUniversal
                       Universal Pictures
**Document Number:** 26

**Docket Text:**
**MOTION to Dismiss** *Universal City Studios LLC's and NBCUniversal Media, LLC's Notice of Motion and Motion to Dismiss First Amended Complaint; Memorandum of Points and Authorities* **filed by NBCUniversal, Universal Pictures. Motion Hearing set for 2/22/2018 10:00 AM in Courtroom 4, 17th Floor, San Francisco before Judge Vince Chhabria. Responses due by 1/30/2018. Replies due by 2/6/2018. (Attachments: # (1) Proposed Order) (Wilcox, Rochelle) (Filed on 1/16/2018)**

**3:17-cv-06552-VC Notice has been electronically mailed to:**

Gregory Philip Korn &nbsp &nbsp gkorn@kwikalaw.com, bdipalma@kwikalaw.com

Michael Joseph Kump &nbsp &nbsp mkump@kwikalaw.com, msanks@kwikalaw.com

Rochelle L. Wilcox &nbsp &nbsp rochellewilcox@dwt.com, brendancharney@dwt.com, ellenduncan@dwt.com, linapearmain@dwt.com

Steve Kenyatta Wilson Briggs &nbsp &nbsp snc.steve@gmail.com

**3:17-cv-06552-VC Please see** Local Rule 5-5**; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Users\PearL\Desktop\Briggs Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/16/2018] [FileNumber=14429156-0]

[51dd318a851f478539b3e75dec63b5e1a877f8d5edef6ba7c619db94e7757f05dcad
b45e7e2d0273f2baae0258cbc2d5dc6ea21e4eda71dc665689b744b133df]]

**Document description:** Proposed Order
**Original filename:** C:\Users\PearL\Desktop\Proposed Order re Motion to Dismiss.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/16/2018] [FileNumber=14429156-1]
[899e43035c5bc8ae2a7ad128bd0005edfa08a47bd75ccdf717c194bba3afd018c4cd
0fbf56792e5044cc76116c6040adc1e5cda156e6731c8b31036f83306dcf]]

---

**ECF-CAND@cand.uscourts.gov** <ECF-CAND@cand.uscourts.gov>   Tue, Jan 16, 2018 at 4:08 PM
To: efiling@cand.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

## Notice of Electronic Filing

The following transaction was entered by Kump, Michael on 1/16/2018 at 4:08 PM PST and filed on 1/16/2018

**Case Name:**      Briggs v. Universal Pictures et al
**Case Number:**    3:17-cv-06552-VC
**Filer:**          Neill Blomkamp
                    Ariel Emanuel
                    MRC II Distribution Company LP
                    Asif Satchu
                    Sony Pictures
                    Mordecai Wiczyk
**Document Number:** 27

**Docket Text:**
**MOTION to Dismiss *Plaintiff's First Amended Complaint* filed by Neill Blomkamp, Ariel Emanuel, MRC II Distribution Company LP, Asif Satchu, Sony Pictures, Mordecai Wiczyk. Motion Hearing set for 2/22/2018 10:00 AM in Courtroom 4, 17th Floor, San Francisco before Judge Vince Chhabria. Responses due by 1/30/2018. Replies due by 2/6/2018. (Attachments: # (1) Declaration of Gregory Korn In Support of Defendant's Motion to Dismiss First Amended Complaint, # (2) Exhibit 1 to Gregory Korn Declaration In Support of Motion to Dismiss First Amended Complaint, # (3) Exhibit 2 to Gregory Korn Declaration In Support of Motion to Dismiss First Amended Complaint)(Kump, Michael) (Filed on 1/16/2018)**

**3:17-cv-06552-VC Notice has been electronically mailed to:**

Gregory Philip Korn &nbsp &nbsp gkorn@kwikalaw.com, bdipalma@kwikalaw.com

Michael Joseph Kump &nbsp &nbsp mkump@kwikalaw.com, msanks@kwikalaw.com

Rochelle L. Wilcox &nbsp &nbsp rochellewilcox@dwt.com, brendancharney@dwt.com, ellenduncan@dwt.com, linapearmain@dwt.com

Steve Kenyatta Wilson Briggs &nbsp &nbsp snc.steve@gmail.com

**3:17-cv-06552-VC Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\fakepath\2018-01-16 Motion to Dismiss First Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/16/2018] [FileNumber=14429534-0]
[0102a81709c0536b076083a9878ce87f7b5e69fc6e24cf929b60d72919ce19e8cd0d
f6ae02c85dfad955ad2af59cf251f54dd5ac3a371138923e47806539b756]]
**Document description:** Declaration of Gregory Korn In Support of Defendant's Motion to Dismiss First Amended Complaint
**Original filename:** C:\fakepath\2018-01-16 Declaration of Gregory Korn In Support of Defendant's Motion to Dismiss First Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/16/2018] [FileNumber=14429534-1]
[39e17752842d1462c84783298f57acf9cbb14c8c1cc8b66ef0cde7a075fc6f3bac7e
a28eac26ecd2eec279f0ba116f8ae1492c7c693620ffaae223f8f7988959]]
**Document description:** Exhibit 1 to Gregory Korn Declaration In Support of Motion to Dismiss First Amended Complaint
**Original filename:** C:\fakepath\2018-01-16 Exhibit 1 to Gregory Korn Declaration In Support of Motion to Dismiss First Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/16/2018] [FileNumber=14429534-2]
[38c4570c46abcc24405373fe4ad44733864bd75ca5c3cab8fd1f734624367e8e7a11
0af1efbc3eeca364eee064e7e927835a62345d213f1699c4ba1c5210c620]]
**Document description:** Exhibit 2 to Gregory Korn Declaration In Support of Motion to Dismiss First Amended Complaint
**Original filename:** C:\fakepath\2018-01-16 Exhibit 2 to Gregory Korn Declaration In Support of Motion to Dismiss First Amended Complaint.pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=1/16/2018] [FileNumber=14429534-3]
[24f8cbb3bfb6f72b435984e83d5631f71164451c5cf0d4dab49e501bf406041ca610
2e76b8a274b5a14039665d49f261bd344dc16a2c242fbee5849d86eb90c8]]