# Exhibit C

  Steve Wilson Briggs <snc.steve@gmail.com>

## Briggs v. Universal City Studios, et al., N.D. Cal. No. 17-cv-06552-VC
6 messages

**Pearmain, Lina** <LinaPearmain@dwt.com>  Wed, Jan 17, 2018 at 4:57 PM
To: "snc.steve@gmail.com" <snc.steve@gmail.com>
Cc: "Wilcox, Rochelle" <rochellewilcox@dwt.com>, "Charney, Brendan" <BrendanCharney@dwt.com>

Dear Mr. Briggs:

Please see the attached letter on behalf of Rochelle Wilcox.

Lina Pearmain

Assistant to Brendan Charney


**Lina Pearmain** | Davis Wright Tremaine LLP
Legal Secretary
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8640 | Fax: (213) 633-6899
Email: linapearmain@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.



 **2018-01-17 Letter to Briggs re Rule 11 Motion.pdf**
256K

**Steve Wilson Briggs** <snc.steve@gmail.com>  Thu, Jan 18, 2018 at 12:56 PM
To: "Pearmain, Lina" <LinaPearmain@dwt.com>

Ms Pearmain,

Thank you for forwarding the information. I'd appreciate it if you would tell the relevant attorneys that I intend to withdraw the motion for sanctions today or tomorrow.
Thanks so much.

Steve Wilson Briggs

[Quoted text hidden]

---

**Pearmain, Lina** <LinaPearmain@dwt.com>  　　　　　　　　　　　　　　　Thu, Jan 18, 2018 at 12:58 PM
To: Steve Wilson Briggs <snc.steve@gmail.com>

Mr. Briggs:

I will be sure to let the attorneys know of your withdrawal.

Thank you.

Lin

**Lina Pearmain** | Davis Wright Tremaine LLP
Legal Secretary
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8640 | Fax: (213) 633-6899
Email: linapearmain@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.



**From:** Steve Wilson Briggs [mailto:snc.steve@gmail.com]
**Sent:** Thursday, January 18, 2018 12:57 PM
**To:** Pearmain, Lina
**Subject:** Re: Briggs v. Universal City Studios, et al., N.D. Cal. No. 17-cv-06552-VC

[Quoted text hidden]

---

**Steve Wilson Briggs** <snc.steve@gmail.com>　　　　　　　　　　　　　　　Fri, Jan 19, 2018 at 11:09 AM
To: "Pearmain, Lina" <LinaPearmain@dwt.com>

Lin,

If it's not too much trouble, please assure the same attorneys that I'll withdraw the motion for sanctions by tomorrow (Saturday). I originally committed to get it done by today, but my work schedule is looking tighter than I expected. Thanks a ton.

Steve

[Quoted text hidden]

---

**Pearmain, Lina** <LinaPearmain@dwt.com>　　　　　　　　　　　　　　　Fri, Jan 19, 2018 at 11:15 AM
To: Steve Wilson Briggs <snc.steve@gmail.com>

Will do.

**Lina Pearmain** | Davis Wright Tremaine LLP
Legal Secretary
865 S Figueroa Street, Suite 2400 | Los Angeles, CA 90017
Tel: (213) 633-8640 | Fax: (213) 633-6899
Email: linapearmain@dwt.com | Website: www.dwt.com

Anchorage | Bellevue | Los Angeles | New York | Portland | San Francisco | Seattle | Shanghai | Washington, D.C.



**From:** Steve Wilson Briggs [mailto:snc.steve@gmail.com]
**Sent:** Friday, January 19, 2018 11:10 AM

[Quoted text hidden]

[Quoted text hidden]

---

**Steve Wilson Briggs** <snc.steve@gmail.com>     Sun, Jan 21, 2018 at 11:47 AM
To: "Pearmain, Lina" <LinaPearmain@dwt.com>

Lin,

I'm sorry, I was mistaken about circumstances last Thursday and Friday when I emailed you about withdrawing my motion. But, as you may be aware, on Tuesday, Jan 16th, the attorneys you represent, and their partners representing the remaining defendants, filed two separate motions to dismiss my action.
Somehow when I glanced over the documents last Tuesday I thought one of the motions was just a statement in support of the other motion. I didn't realize my mistake until I had time to thoroughly review the documents on Saturday (yesterday). In light of circumstances, as they are, faced with redundant motions to dismiss, I cannot agree to withdraw my motion for sanctions at this time. After I address the motions to dismiss I'll consider what further action to take regarding sanctions.
I'd appreciate it if you would forward this information to the attorneys.

Thank You.


Steve Wilson Briggs
[Quoted text hidden]