## PROOF OF SERVICE

I, Leila Marchbanks, received the Summons, Civil Cover Sheet, Complaint, EFC Registration Information Handout, Order Setting Initial Case Management Conference And ADR Deadlines, Standing Order For All Judges, Standing Order For Judge Laurel Beeler, plaintiff's Consent or Declination To Magistrate Judge Jurisdiction, plaintiff's Motion For Permission For Electronic Case Filing and Proposed Order, and plaintiff's Notice of Address Change, to be served on **Bill Block**, in CV 17 6552 (Briggs vs Universal Pictures, et al), on February 7th, 2018.

I personally served the Summons, Civil Cover Sheet, First Amended Complaint, EFC Registration Information Handout, Order Setting Initial Case Management Conference And ADR Deadlines, Standing Order For All Judges, Standing Order For Judge Laurel Beeler, plaintiff's Consent or Declination To Magistrate Judge Jurisdiction, plaintiff's Motion For Permission For Electronic Case Filing and Proposed Order, and plaintiff's Notice of Address Change for **Bill Block**, to the law firm of **Reed Smith** (Attention: Leif Reinstein), at 1901 Avenue Of The Stars, Suite 700, Los Angeles, CA 90067, on **February 7th, 2017**.

My fee for serving these documents was $55, including my travel costs.

I declare under penalty of perjury that this information is true.

Date: 2/8/18

Signed: _____
Leila Marchbanks

Server's Address: 856 W. Beach Ave, Inglewood, CA 90302