Steve Wilson Briggs

681 Edna Way

San Mateo, CA 94402

510 200 3763

snc.steve@gmail.com

PLAINTIFF In Propria Persona

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>UNIVERSAL PICTURES, et al.,<br><br>Defendants. | Civ No: CV 17 6552 VC<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S FIRST AMENDED COMPLAINT** |
|---|---|

## DECLARATION OF STEVE WILSON BRIGGS

Plaintiff Steve Wilson Briggs submits the attached declaration in support of his First Amended Complaint, submitted on January 02, 2018.

The declaration is attached and begins on the following page.

Dated: February 10, 2018     Respectfully Submitted,

By: /s/ Steve Wilson Briggs

Steve Wilson Briggs

Plaintiff, In Propria Persona

# DECLARATION IN SUPPORT (OF FIRST AMENDED COMPLAINT) OF STEVE WILSON BRIGGS

I, Steve Wilson Briggs, declare the following:

1. I am the Plaintiff in the matter of Briggs v Universal Pictures, et al, CV176552-VC.
2. I have chosen to represent myself in this matter.
3. On January 2, 2018 I submitted to the Court a First Amended Complaint.
4. I have personal knowledge of the facts and allegations stated in the First Amended Complaint, except such allegations based on the factual record, and upon information and belief.
5. If called as a witness, I could and would competently testify to all the facts and allegations therein.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 10, 2018, at San Mateo, California.

*/s/ Steve Wilson Briggs*
Steve Wilson Briggs

DECLARATION OF STEVE WILSON BRIGGS