Steve Wilson Briggs

681 Edna Way

San Mateo, CA 94402

510 200 3763

snc.steve@gmail.com

PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>UNIVERSAL PICTURES, et al.,<br><br>Defendants. | Civ No: CV 17 6552 VC<br><br>**DECLARATION IN SUPPORT OF PLAINTIFF'S (SECOND) MOTION FOR SANCTIONS AGAINST DEFENDANTS' ATTORNEYS ROCHELLE L.WILCOX, AND MICHAEL J. KUMP**<br>Judge:     The Honorable Vince Chhabria<br>Date:      March 15, 2018<br>Time:      10:00 a.m.<br>Courtroom: 4 |
|---|---|

### DECLARATION OF STEVE WILSON BRIGGS

Plaintiff Steve Wilson Briggs submits the attached declaration in support of his second Motion For Sanctions against Defense attorneys Rochelle L.Wilcox, And Michael J. Kump (captioned: **Plaintiff's Notice Of Motion, And Motion For Sanctions Against Defendants' Attorneys Rochelle L.Wilcox, And Michael J. Kump, And Memorandum Of Points And Authority**, submitted on February 08, 2018.

The declaration is attached and begins on the following page.

Dated: February 10, 2018     Respectfully Submitted,

By: /s/ Steve Wilson Briggs

Steve Wilson Briggs

Plaintiff, In Propria Persona

# DECLARATION OF STEVE WILSON BRIGGS

I, Steve Wilson Briggs, declare the following:

1. I am the Plaintiff in the matter of Briggs v Universal Pictures, et al, CV176552-VC.
2. On February 8, 2018 I submitted to the Court a motion captioned "*Plaintiff's Notice Of Motion, And Motion For Sanctions Against Defendants' Attorneys Rochelle L.Wilcox, And Michael J. Kump, And Memorandum Of Points And Authority*" in the matter of Briggs v Universal Pictures, et al.
3. The *Motion For Sanctions Against Defendants' Attorneys Rochelle L.Wilcox, And Michael J. Kump* requests that the Court impose such punitive and remedial sanctions upon the Defense Counsel (particularly Michael J. Kump and Rochelle Wilcox) as the Court deems appropriate.
4. The Motion For Sanctions is the SECOND motion for sanctions in this matter.
5. I have personal knowledge of the facts and allegations stated in that Second Motion For Sanctions, except such allegations reasonably made upon information and belief.
6. To the best of my knowledge of the information in the Second Motion For Sanctions is true and accurate.
7. If called as a witness, I could and would competently testify to all facts and allegations therein, within my personal knowledge, or made upon information and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 10, 2018, at San Mateo, California.

_____
Steve Wilson Briggs

DECLARATION OF STEVE WILSON BRIGGS