1  Steve Wilson Briggs
2  681 Edna Way
3  San Mateo, CA 94402
4  510 200 3763
5  snc.steve@gmail.com
6  PLAINTIFF In Propria Persona

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>UNIVERSAL PICTURES, et al.,<br><br>Defendants. | Civ No: CV 17 6552 VC<br><br>**NOTICE OF ERRATA TO PLAINTIFF'S <u>MOTION FOR SANCTIONS</u> AGAINST DEFENDANTS' ATTORNEYS ROCHELLE L.WILCOX, AND MICHAEL J. KUMP, AND MEMORANDUM OF POINTS AND AUTHORITY** |
|---|---|

NOTICE OF ERRATA

1

**NOTICE OF ERRATA TO PLAINTIFF'S <u>MOTION FOR SANCTIONS</u> AGAINST DEFENDANTS' ATTORNEYS ROCHELLE L.WILCOX, AND MICHAEL J. KUMP, AND MEMORANDUM OF POINTS AND AUTHORITY**

Please take notice that on February 19, 2018, Plaintiff Steve Wilson Briggs hereby filed an errata to the **Memorandum Of Points And Authority** to **Plaintiff's <u>Motion For Sanctions</u>** Against Defendants' Attorneys Rochelle L.Wilcox, And Michael J. Kump. This notice of errata corrects <u>two</u> mistakes contained in that motion for sanctions.

FIRST, on page 10, line 24, the motion's date sentence improperly reads: "Dated: January 8, 2018." This date should read: "Dated: February 8, 2018."

SECOND, on page 5, line 8 to 10 of the motion is reads: "The Defense did so without disregard for the Court's time, in a shameless strategic *Hail Mary*, hoping that **two** motions might overwhelm the Plaintiff and cause him miss the Opposition deadline, thus, the Defendants might prevail by default." The word "disregard" in this sentence is mistaken. The correct word, which the Plaintiff intended to use, is "regard". Thus this sentence should read: "The Defense did so without regard for the Court's time, in a shameless strategic *Hail Mary*, hoping that **two** motions might overwhelm the Plaintiff and cause him miss the Opposition deadline, thus, the Defendants might prevail by default."

The Plaintiff apologizes for any inconvenience to the Court or other interested parties.

Dated: February 19, 2018

Respectfully Submitted,

By: <u>/s/ Steve Wilson Briggs    </u>
Steve Wilson Briggs
Plaintiff, In Propria Persona