Reset Form

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS, | Case No. C 17-6552 |
| Plaintiff(s) | |
| v. | NOTICE OF NEED FOR ADR PHONE CONFERENCE |
| UNIVERSAL CITY STUDIOS, LLC, | |
| Defendant(s) | |

Counsel report that they have met and conferred regarding ADR and that they:

☑ have not yet reached an agreement to an ADR process OR

☐ request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference March 13, 2018

The following counsel will participate in the ADR phone conference:

| Attorney Name & Party Representing | Phone & Email Address |
|---|---|
| Rochelle Wilcox: Universal City Studios, LLC and NBCU Universal Media, LLC | (213) 633-6800; RochelleWilcox@dwt.com |
| Steve Wilson Briggs (Plaintiff; Pro Se) | (510) 200-3763; snc.steve@gmail.com |
| Gregory P. Korn: represented parties listed on Attachment A | (310) 566-9807; GKorn@kwikalaw.com |
| | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Date:  2/20/18          Signed:  /s/Steve Wilson Briggs (Plaintiff, Pro Se

                                 Attorney for Plaintiff

Date:  2/20/18          Signed:  /s/Rochelle Wilcox

                                 Attorney for Defendant

*Important! E-file this form in ECF using event name: "Notice of Need for ADR Phone Conference (ADR LR 3-5)."*

Form ADR-TC rev. 6-2016

# **ATTACHMENT A**

<u>Briggs v. Universal City Studios, LLC, et al.</u>
N.D. Cal. Case No. C 17-6552

**ATTACHMENT A to Notice of Need for ADR Phone Conference**

List of parties represented by attorney Gregory P. Korn:

Sony Pictures Ent. Inc., Ari (Ariel) Emanuel, Neill Blomkamp, Mordecai (Modi) Wiczyk, Asif Satchu, MRC II Distribution Company LP (aka MRC)