# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steve Wilson Briggs <br><br> Plaintiff(s) <br><br> v. <br><br> Universal City Studios LLC, et al. <br><br> Defendant(s) | Case No. C 3:17-CV-6552-VC <br><br> ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: February 28, 2018        Signed: /s/ Jonathan Golfman obo MRC
                                                      Party

Date: February 28, 2018        Signed: /s/ Gregory Korn
                                                      Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*