UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Steve Wilson Briggs<br><br>　　　　　Plaintiff(s)<br><br>v.<br><br>Universal City Studios LLC, et al.<br><br>　　　　　Defendant(s) | Case No. C 3:17-CV-6552-VC<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

　　(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" (available at cand.uscourts.gov/adr).

　　(2) Discussed the available dispute resolution options provided by the Court and private entities; and

　　(3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: February 28, 2018    Signed: /s/ Neill Blomkamp
　　　　　　　　　　　　　　　　　　　　　　　　　Party

Date: February 28, 2018    Signed: /s/ Gregory Korn
　　　　　　　　　　　　　　　　　　　　　　　　　Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

*Form ADR-Cert rev. 11-2016*