

ADVERTISEMENT

ENTERTAINMENT

# CAA and publicist Staci Wolfe part ways with Kevin Spacey amid sexual allegations fallout

By JEN YAMATO
NOV 02, 2017 | 8:21 PM

Celebrity

NOV. 2, 2017, 8:21 P.M.

CAA and publicist Staci Wolfe part ways with Kevin Spacey amid sexual allegations fallout

Jen Yamato



(Nicholas Kamm / AFP-Getty Images)

CAA and Polaris PR have parted ways with Kevin Spacey amid the actor's sexual misconduct scandal.

A representative for CAA confirmed that the "House of Cards" star, who signed with the agency in 2009, is no longer a client. Publicist Staci Wolfe also confirmed Thursday evening that she and Polaris PR had split from Spacey.

It has been just four days since Spacey was accused of making an unwanted sexual advance in 1986 by then 14-year-old actor Anthony Rapp. Spacey was 26 at the time of the alleged assault.

Rapp made his claim to Buzzfeed in an article published Sunday evening. Spacey responded with a statement saying he did "not remember the encounter" but added an apology "if I did behave then as [Rapp] describes." Spacey also came out as gay in the statement, which earned widespread criticism.

The fallout has been swift.

On Monday, Netflix announced that the upcoming sixth season of "House of Cards," which Spacey executive produces and stars in, would be its last.

On Tuesday, a second accuser, filmmaker Tony Montana, came forward alleging to Radar Magazine that Spacey drunkenly groped him in a Los Angeles bar in 2003.

Also on Tuesday, "House of Cards" producers Netflix and Media Rights Capital announced they were halting production indefinitely on the show's sixth season to review the unfolding situation and address cast and crew concerns.

As recently as Wednesday, Wolfe, who at the time was still Spacey's publicist, released a statement on the actor's behalf: "Kevin Spacey is taking the time necessary to seek evaluation and treatment. No other information is available at this time."

A "robust" Oscar campaign to garner Spacey a best supporting actor nomination for his turn in Ridley Scott's upcoming "All the Money in the World" was scrapped in light of the scandal, Variety reported Thursday afternoon.

By Thursday evening Spacey was repped no more.