Case 3:17-cv-06552-VC   Document 71-3   Filed 03/20/18   Page 1 of 18

https://pro-labs.imdb.com/name/nm0000228 | Go | OCT **JUN** JUL
7 captures
24 Aug 2014 - 21 Jun 2017
◀ **21** ▶
2015 **2017** 2018
About this capture

# IMDbPro

Already a subscriber? Log In



**Photos (787)**
**Videos (126)**


**STARmeter**
**Top 500 ***

*Full ranking and charts for subscribers only.

**See STARmeter**

**Our Shared Credits**

**For Subscribers Only**
Access to shared credit connections

# Kevin Spacey
Actor | Producer | Soundtrack

| Overview | Personal Details | Media | Connections | Clients |

| | |
|---|---|
| KNOWN FOR | American Beauty (1999) | Se7en (1995) | L.A. Confidential (1997) |
| AWARDS | Won 2 Oscars. Another 61 wins & 73 nominations More » |
| BORN | Jul 26, 1959 (age 57) |
| HEIGHT | 5' 10¼" (1.78m) |

## Featured Images



## Filmography                                                    Filter

| PROJECTS IN DEVELOPMENT (4 TITLES) STATUS | YEAR | BUDGET |
|---|---|---|
| **Elliot** – Producer | | |
| **Stealing the Moon** – Executive Producer | | |
| **The War at the Shore** (TV Mini-series) – Executive Producer | | |
| **Upstarts** (TV Movie) – Executive Producer | | |

| FILMS IN PRODUCTION (3 TITLES) STATUS | YEAR | BUDGET |
|---|---|---|
| **Billionaire Boys Club** – Ron Levin | 2017 Post-Prod | |
| **All the Money in the World** – J. Paul Getty Jr. | Filming | |
| **Change in the Air** – Executive Producer | Post-Prod | |

| TELEVISION IN PRODUCTION (1 TITLES) STATUS | YEAR | EPISODE COUNT |
|---|---|---|
| **Manhunt: Unabomber** (TV Series) – Executive Producer (8 episodes, 2017) | 2017 Pre-Prod | 8 |
| Ted (Sep 19, 2017) – Executive Producer | | |
| Lincoln (Sep 12, 2017) – Executive Producer | | |
| Goldenrod (Sep 5, 2017) – Executive Producer | | |
| Show more | | |

| PAST FILM & VIDEO (98 TITLES) | YEAR | BUDGET U.S. GROSS |
|---|---|---|
| **Baby Driver** – Doc | 2017 | |

### Contacts (5)

**TALENT AGENT**
Representatives:
**Subscribers Only**
Emails, addresses and phone numbers for subscribers only.
**Access Contact Info**

**MANAGER**
**Subscribers Only**

**TALENT AGENT COMMERCIAL**
Representatives:
**Subscribers Only**
Emails, addresses and phone numbers for subscribers only.
**Access Contact Info**

**PUBLICIST**
Representatives:
**Subscribers Only**
Emails, addresses and phone numbers for subscribers only.
**Access Contact Info**

**LEGAL REPRESENTATIVE**
Representatives:
**Subscribers Only**
Emails, addresses and phone numbers for subscribers only.
**Access Contact Info**

### People Also Viewed

**Robin Wright** (V)
**Michael Kelly** (V)
**Neve Campbell**
**Paul Sparks** (II)
**Derek Cecil**

See all »

| | | | |
|---|---|---|---|
| | **Rebel in the Rye** – Whit Burnett | 2017 | |
| | **Nine Lives** – Tom Brand | 2016 | $30MM $20MM |
| | **Home** (Short) – Producer | 2016 | |
| | **Beauty Mark** (Short) – Producer | 2016 | |
| | **Elvis & Nixon** – Nixon | 2016 | $1MM |
| | **Boredom** (Short) – Executive Producer | 2015 | |
| | **The Library Book** (Short) – Producer | 2015 | |
| | **The Mascot** (Short) – Producer | 2015 | |
| | **Horrible Bosses 2** – Dave Harken | 2014 | $42MM $54MM |
| | **Jump!** (Short) – Producer | 2014 | |
| | **The Gift** (Short) – Producer | 2014 | |
| | **NOW: In the Wings on a World Stage** – Richard Duke of Gloucester, Executive Producer | 2014 | $37K |
| | **Victor James** (Short) – Very Special Thanks | 2014 | |
| | **Captain Phillips** – Executive Producer | 2013 | $55MM $107MM |
| | **At the Top** (Video) – Narrator (voice) | 2013 | |
| | **Fallen Angels** – Very Special Thanks | 2013 | £2K |
| | **Love's Routine** (Video) – Producer | 2013 | |
| | **The Smile Man** (Short) – Producer | 2013 | |
| | **Saving Norman** (Video) – Producer | 2013 | |
| | **The Ventriloquist** (Short) – The Ventriloquist, Producer | 2012 | |
| | **Envelope** (Short) – Evgeniy, Producer | 2012 | |
| | **Spirit of a Denture** (Short) – Dr. Robert Middling, Producer | 2012 | |
| | **Safe** – Executive Producer | 2012 | $30MM $17MM |
| | **Old Vic: Tunnels** (Short) – Actor | 2012 | |
| | **The Voorman Problem** (Short) – Special Thanks | 2011 | |
| | **Inseparable** – Chuck, Executive Producer | 2011 | |
| | **Shakespeare High** – Himself, Executive Producer | 2011 | |
| | **Jess//Jim** (Short) – With Thanks To | 2011 | |
| | **Paper Hearts** (Short) – The Producer Wishes To Thank | 2011 | |
| | **Horrible Bosses** – Dave Harken | 2011 | $35MM $118MM |
| | **The Organ Grinder's Monkey** (Short) – Fatty | 2011 | |
| | **Margin Call** – Sam Rogers | 2011 | $3.5MM $5.4MM |
| | **The Circle of Men** (Short) – Special Thanks | 2011 | |
| | **Father of Invention** – Robert Axle, Producer | 2010 | |
| | **Casino Jack** – Jack Abramoff | 2010 | $15MM |

**Clip**

See all videos (126) »

**Personal Details**

BORN IN
South Orange, New Jersey, USA

BIOGRAPHY
Kevin Spacey Fowler better known by his stage name Kevin Spacey, is an American actor of screen and stage, film director, producer, screenwriter and singer. He began his career as a stage actor during the 1980s before obtaining supporting roles in film and television. He gained critical acclaim in ...

**News (7,182)**

Michelle Williams Has Dinner in Rome with Producer Friend
2 hours ago | PEOPLE.com

TV Roundup: Kevin Spacey to Be Honored With International Emmy Founders Award
3 hours ago | Variety - TV News

Kevin Spacey To Receive Int'l Emmy Founders Award; Lionsgate Pacts With HBO Europe; Nzfc CEO Steps Down – Global Briefs
12 hours ago | Deadline TV

Kevin Spacey To Receive Int'l Emmy Founders Award; Lionsgate Pacts With HBO Europe; Nzfc CEO Steps Down – Global Briefs
12 hours ago | Deadline

See all news (7,182) »

| | | | |
|---|---|---|---|
| | | | $1MM |
| 📷 | **The Social Network** – Executive Producer | 2010 | $40MM |
| | | | $97MM |
| 📷 | **Joe Papp in Five Acts** – Special Thanks | 2010 | |
| 📷 | **Double Agency** (Short) – Special Thanks | 2010 | £107 |
| 📷 | **The Men Who Stare at Goats** – Larry Hooper | 2009 | $25MM |
| | | | $32MM |
| 📷 | **Moon** – GERTY (voice) | 2009 | $5MM |
| | | | $5MM |
| 📷 | **Fanboys** – Producer | 2009 | $3.9MM |
| | | | $685K |
| 📷 | **Shrink** – Henry, Producer | 2009 | $5.1MM |
| | | | $189K |
| 📷 | **Hackers Wanted** – Himself - Narrator (voice), Producer | 2009 | $25K |
| 📷 | **Telstar: The Joe Meek Story** – Major Wilfred Banks | 2008 | £1.2MM |
| 📷 | **Columbus Day** – Producer | 2008 | $7MM |
| 📷 | **Artists of the Roundtable** (Video) – Special Thanks | 2008 | $100K |
| 📷 | **The Applicant** (Short) – Human Resources (uncredited) | 2008 | £1K |
| 📷 | **21** – Micky Rosa, Producer | 2008 | $35MM |
| | | | $81MM |
| 📷 | **The Doorman** – Thanks | 2007 | |
| 📷 | **Machine Child** (Short) – Actor (voice) | 2007 | |
| 📷 | **Fred Claus** – Clyde | 2007 | $100MM |
| | | | $72MM |
| 📷 | **Bernard and Doris** – Executive Producer | 2006 | |
| 📷 | **Superman Returns** – Lex Luthor | 2006 | $209MM |
| | | | $200MM |
| 📷 | **Mini's First Time** – Producer | 2006 | $6MM |
| | | | $49K |
| 📷 | **The Interrogation of Leo and Lisa** (Short) – Interrogator | 2006 | $100K |
| 📷 | **The Good Student** – Executive Producer | 2006 | |
| 📷 | **The Sasquatch Gang** – Producer | 2006 | $9K |
| 📷 | **Edison** – Wallace | 2005 | $25MM |
| 📷 | **Cry_Wolf** – The Filmmakers Wish To Express Their Profound Gratitude To | 2005 | $1MM |
| | | | $10MM |
| 📷 | **Beyond the Sea** – Bobby Darin, Director, Music Performer, Producer, Performer ("Mack the Knife" (1954), "Lazy River" (1931), "Jump Down, Spin Around" (1958), "Rock Island Line" (1954), "Splish Splash" (1958), "Artificial Flowers" (1960), "Beyond the Sea" (La Mer), "18 Yellow Roses", "Dream Lover" (1959), "Once Upon a Time" (1962), "Hello, Young Lovers" (1951), "That's All" (1952), "Fabulous Places" (1967), "Charade" (1963), "Change" (1968), "Simple Song of Freedom" (1969), "Ain't Got No Mama (Ain't Got No Papa)" (2004), "The Curtain Falls" (1963), "As Long as I'm Singing" (1962), "Some of | 2004 | $23MM $6.1MM |

| Title | Year | Budget | Box Office |
|---|---|---|---|
| These Days" (1910)), Writer ("Ain't Got No Mama (Ain't Got No Papa)" (2004)), Writer | | | |
| **Triggerstreet.com** (Short) – Producer | 2004 | | |
| **The Life of David Gale** – David Gale | 2003 | $50MM | $20MM |
| **The United States of Leland** – Albert T. Fitzgerald, Producer | 2003 | | $344K |
| **Austin Powers in Goldmember** – Kevin Spacey / Famous Dr. Evil ('Austinpussy') | 2002 | $63MM | $213MM |
| **Uncle Frank** – Executive Producer | 2002 | | |
| **The Tower of Babble** (Short) – Narrator (voice) (uncredited), Very Special Thanks | 2002 | | |
| **The Shipping News** – Quoyle | 2001 | $35MM | $11MM |
| **K-PAX** – Prot | 2001 | $68MM | $50MM |
| **Shackleton's Antarctic Adventure** (Short) – Narrator (voice) | 2001 | | |
| **Ordinary Decent Criminal** – Michael Lynch | 2000 | | |
| **Pay It Forward** – Eugene Simonet | 2000 | $40MM | $34MM |
| **Interstate 84** – Executive Producer | 2000 | | |
| **The Big Kahuna** – Larry Mann, Producer | 1999 | | $3.2MM |
| **American Beauty** – Lester Burnham | 1999 | $15MM | $130MM |
| **Hurlyburly** – Mickey | 1998 | | $1.8MM |
| **A Bug's Life** – Hopper (voice) | 1998 | $120MM | $163MM |
| **The Negotiator** – Chris Sabian | 1998 | $50MM | $44MM |
| **L.A. Confidential: Off the Record...** (Video) – Himself / Jack Vincennes, Special Thanks | 1998 | | |
| **Midnight in the Garden of Good and Evil** – Jim Williams, Performer ("That Old Black Magic") | 1997 | $35MM | $25MM |
| **L.A. Confidential** – Jack Vincennes | 1997 | $35MM | $65MM |
| **Albino Alligator** – Director | 1996 | $5MM | $326K |
| **A Time to Kill** – D.A. Rufus Buckley | 1996 | $40MM | $109MM |
| **Se7en** – John Doe | 1995 | $33MM | $100MM |
| **The Usual Suspects** – Verbal | 1995 | $6MM | $23MM |
| **Outbreak** – Casey Schuler | 1995 | $50MM | $68MM |
| **Swimming with Sharks** – Buddy Ackerman, Co-Producer | 1994 | $700K | $377K |

| | | | |
|---|---|---|---|
| | **The Ref** – Lloyd | 1994 | $11MM $11MM |
| | **Iron Will** – Harry Kingsley | 1994 | $21MM |
| | **Consenting Adults** – Eddy Otis, Performer ("Cheek To Cheek") | 1992 | $18MM $22MM |
| | **Glengarry Glen Ross** – John Williamson | 1992 | $12MM $11MM |
| | **Henry & June** – Osborn | 1990 | $12MM |
| | **A Show of Force** – Frank Curtin | 1990 | $153K |
| | **Dad** – Mario | 1989 | $19MM $20MM |
| | **See No Evil, Hear No Evil** – Kirgo | 1989 | $18MM $47MM |
| | **Working Girl** – Bob Speck | 1988 | $28MM $64MM |
| | **Rocket Gibraltar** – Dwayne Hanson | 1988 | $187K |
| | **Heartburn** – Subway Thief | 1986 | $20MM $25MM |

| PAST TELEVISION (24 TITLES) | YEAR | EPISODE COUNT |
|---|---|---|
| **The 71st Annual Tony Awards** (TV Movie) – Himself - Host / Johnny Carson / Bill Clinton / President Francis J. Underwood, Writer (special material by) | 2017 | |
| **House of Cards** (TV Series) – Francis Underwood (65 episodes, 2013–2017), Executive Producer (65 episodes, 2013–2017), Performer ("The Birth of the Blues") (1 episode, 2015) | 2013–2017 | 65 |
| Chapter 65 (May 30, 2017) – Francis Underwood, Executive Producer | | |
| Chapter 64 (May 30, 2017) – Francis Underwood, Executive Producer | | |
| Chapter 63 (May 30, 2017) – Francis Underwood, Executive Producer | | |
| Show more | | |
| **The Tonight Show Starring Jimmy Fallon** (TV Series) – Himself / First Tennis Player / Himself - Guest / The Ragtime Gals (3 episodes, 2014–2017), Performer ("Piano Man") (1 episode, 2015), Performer ("New York State of Mind", "We Are the Champions" (uncredited)) (1 episode, 2017), Performer ("Talk Dirty") (1 episode, 2014) | 2014–2017 | 3 |
| Kevin Spacey/Senator Elizabeth Warren/Alt-J (Apr 18, 2017) – Himself / First Tennis Player, Performer ("New York State of Mind", "We Are the Champions" (uncredited)) | | |
| Kevin Spacey/Keegan-Michael Key/Monroe Martin (Aug 14, 2015) – Himself - Guest, Performer ("Piano Man") | | |
| Kevin Spacey/Lewis Black (May 2, 2014) – Himself - Guest / The Ragtime Gals, Performer ("Talk Dirty") (uncredited) | | |
| **Race for the White House** (TV Mini-series) – Executive Producer (for Trigger Street) (6 episodes, 2016), Himself - Narrator (6 episodes, 2016) | 2016 | 6 |
| Clinton vs Bush (Apr 10, 2016) – Himself - Narrator (voice), Executive Producer (for Trigger Street) | | |
| Jackson vs Adams (Apr 3, 2016) – Himself - Narrator (voice), Executive Producer (for Trigger Street) | | |
| Truman vs. Dewey (Mar 27, 2016) – Himself - Narrator (voice), Executive Producer (for Trigger Street) | | |
| Show more | | |

| | | | |
|---|---|---|---|
| | **Nature Is Speaking** (TV Series) – The Rainforest (1 episode, 2014) | 2014 | 1 |
| | The Rainforest (Oct 5, 2014) – The Rainforest (voice) (version: English) | | |
| | **The Colbert Report** (TV Series) – Frank Underwood (1 episode, 2014) | 2014 | 1 |
| | Episode dated 3 September 2014 (Sep 3, 2014) – Frank Underwood | | |
| | **So You Think You Can Dance** (TV Series) – Performer ("That's All") (1 episode, 2013), Performer ("Mack the Knife") (1 episode, 2011) | 2011–2013 | 2 |
| | The Top 20 Finalists Perform (Jun 25, 2013) – Performer ("That's All") | | |
| | Two of 8 Voted Off (Jul 28, 2011) – Performer ("Mack the Knife") | | |
| | **American Masters** (TV Series) – Narrator (1 episode, 2012) | 2012 | 1 |
| | Johnny Carson: King of Late Night (May 14, 2012) – Narrator (voice) | | |
| | **Gorilla School** (TV Series) – Narrator | 2010–2011 | |
| | **Recount** (TV Movie) – Ron Klain | 2008 | |
| | **Freedom: A History of Us** (TV Series) – Herbert Hoover / Ira Stewart / Sidney Andrews / Herman Melville / The Rev. Cotton Mather / Gouvenor Morris (6 episodes, 2003) | 2003 | 6 |
| | Depression and War (2003) – Herbert Hoover | | |
| | Working for Freedom (2003) – Ira Stewart | | |
| | What Is Freedom? (2003) – Sidney Andrews | | |
| | Show more | | |
| | **Warner Bros. 75th Anniversary: No Guts, No Glory** (TV Movie) – Himself (archive footage), Special Thanks | 1998 | |
| | **Doomsday Gun** (TV Movie) – Jim Price | 1994 | |
| | **Tribeca** (TV Series) – Chris Boden (1 episode, 1993) | 1993 | 1 |
| | Heros Exoletus (Apr 13, 1993) – Chris Boden | | |
| | **L.A. Law** (TV Series) – Giles Keenan (1 episode, 1992) | 1992 | 1 |
| | Guess Who's Coming to Murder (Jan 9, 1992) – Giles Keenan | | |
| | **Darrow** (TV Movie) – Clarence Darrow | 1991 | |
| | **When You Remember Me** (TV Movie) – Wade | 1990 | |
| | **Fall from Grace** (TV Movie) – Jim Bakker | 1990 | |
| | **Unsub** (TV Series) – Benton (1 episode, 1989) | 1989 | 1 |
| | Clean Slate (Feb 17, 1989) – Benton | | |
| | **Wiseguy** (TV Series) – Mel Profitt (7 episodes, 1988) | 1988 | 7 |
| | Blood Dance (Feb 22, 1988) – Mel Profitt | | |
| | Squeeze (Feb 15, 1988) – Mel Profitt | | |
| | Not for Nothing (Feb 8, 1988) – Mel Profitt | | |
| | Show more | | |
| | **The Murder of Mary Phagan** (TV Mini-series) – Wes Brent (2 episodes, 1988) | 1988 | 2 |
| | Episode #1.2 (1988) – Wes Brent | | |
| | Episode #1.1 (1988) – Wes Brent | | |
| | **Crime Story** (TV Series) – Senator Rourke (1 episode, 1987) | 1987 | 1 |

The Senator, the Movie Star, and the Mob (Sep 22, 1987) – Senator Rourke

| | | | |
|---|---|---|---|
| 📷 | **Long Day's Journey Into Night** (TV Movie) – James 'Jamie' Tyrone Jr. | 1987 | |
| 📷 | **The Equalizer** (TV Series) – Detective Sgt. Cole (1 episode, 1987) | 1987 | 1 |
| | Solo (Feb 18, 1987) – Detective Sgt. Cole | | |

| SELF (198 TITLES) | YEAR | BUDGET | U.S. GROSS |
|---|---|---|---|
| 📷 **Extra** (TV Series) – Himself (6 episodes, 2014–2017) | 2014–2017 | | |
| Episode #23.244 (Jun 15, 2017) – Himself | | | |
| Episode #23.212 (May 9, 2017) – Himself | | | |
| Episode #22.11 (Sep 21, 2015) – Himself | | | |
| Show more | | | |
| 📷 **CBS This Morning** (TV Series) – Himself (1 episode, 2017) | 2017 | | |
| Episode dated 7 June 2017 (Jun 7, 2017) – Himself | | | |
| 📷 **Late Night with Seth Meyers** (TV Series) – Himself (1 episode, 2017) | 2017 | | |
| Kevin Spacey/Ellie Kemper/Tom Perez/Matt Frazier (May 24, 2017) – Himself | | | |
| 📷 **Today** (TV Series) – Himself / Himself - Guest (4 episodes, 2008–2017) | 2008–2017 | | |
| Episode dated 24 May 2017 (May 24, 2017) – Himself | | | |
| Episode dated 10 March 2015 (Mar 10, 2015) – Himself - Guest | | | |
| Episode dated 21 April 2009 (Apr 21, 2009) – Himself - Guest | | | |
| Show more | | | |
| 📷 **The Late Show with Stephen Colbert** (TV Series) – Himself / Himself - Guest (3 episodes, 2015–2017) | 2015–2017 | | |
| Kevin Spacey/Terry Crews/Rob Huebel (May 23, 2017) – Himself | | | |
| Kevin Spacey/Thomas Middleditch/The Flaming Lips (Apr 19, 2016) – Himself - Guest | | | |
| Kevin Spacey/Carol Burnett/Abbi Jacobson & Ilana Glazer/Willie Nelson & John Mellencamp (Sep 16, 2015) – Himself - Guest | | | |
| 📷 **The Tonight Show Starring Jimmy Fallon** (TV Series) – Himself / First Tennis Player / Himself - Guest / The Ragtime Gals (5 episodes, 2014–2017) | 2014–2017 | | |
| Kevin Spacey/Senator Elizabeth Warren/Alt-J (Apr 18, 2017) – Himself / First Tennis Player | | | |
| Kevin Spacey/Bill & Melinda Gates/Kygo (Feb 23, 2016) – Himself - Guest | | | |
| Kevin Spacey/Keegan-Michael Key/Monroe Martin (Aug 14, 2015) – Himself - Guest | | | |
| Show more | | | |
| 📷 **23rd Annual Screen Actors Guild Awards** (TV Special) – Himself | 2017 | | |
| 📷 **Tony Bennett Celebrates 90: The Best Is Yet to Come** (TV Special) – Himself | 2016 | | |
| 📷 **39th Annual Kennedy Center Honors** (TV Movie) – Himself | 2016 | | |
| 📷 **American Valor: A Salute to Our Heroes** (TV Movie) – Himself | 2016 | | |
| 📷 **The 68th Primetime Emmy Awards** (TV Special) – Himself | 2016 | | |
| 📷 **Elvis & Nixon: Crazy But True** (Video) – Himself | 2016 | | |

| | | |
|---|---|---|
| | **Made in Hollywood** (TV Series) – Himself (2 episodes, 2010–2016) | 2010–2016 |
| | Elvis & Nixon/The Meddler/Compadres (Apr 23, 2016) – Himself | |
| | Episode #6.10 (Dec 18, 2010) – Himself | |
| | **C à vous** (TV Series) – Himself (1 episode, 2016) | 2016 |
| | Episode dated 11 April 2016 (Apr 11, 2016) – Himself | |
| | **Race for the White House** (TV Mini-series) – Himself - Narrator (6 episodes, 2016) | 2016 |
| | Clinton vs Bush (Apr 10, 2016) – Himself - Narrator (voice) | |
| | Jackson vs Adams (Apr 3, 2016) – Himself - Narrator (voice) | |
| | Truman vs. Dewey (Mar 27, 2016) – Himself - Narrator (voice) | |
| | Show more | |
| | **Meet the Press** (TV Series) – Himself (1 episode, 2016) | 2016 |
| | Episode dated 6 March 2016 (Mar 6, 2016) – Himself | |
| | **22nd Annual Screen Actors Guild Awards** (TV Special) – Himself - Winner: Outstanding Performance by a Male Actor in a Drama Series | 2016 |
| | **Entertainment Tonight** (TV Series) – Himself (4 episodes, 2007–2015) | 2007–2015 |
| | Episode dated 21 September 2015 (Sep 21, 2015) – Himself | |
| | Episode dated 12 January 2015 (Jan 12, 2015) – Himself | |
| | Episode dated 20 March 2008 (Mar 20, 2008) – Himself | |
| | Show more | |
| | **The 67th Primetime Emmy Awards** (TV Special) – Himself - Nominated: Outstanding Lead Actor in a Drama Series and Co-Nominated: Outstanding Drama Series | 2015 |
| | **E! Live from the Red Carpet** (TV Series) – Himself (5 episodes, 2014–2015) | 2014–2015 |
| | The 2015 Primetime Emmy Awards (Sep 20, 2015) – Himself | |
| | The 2015 Golden Globe Awards (Jan 11, 2015) – Himself | |
| | The 2014 Academy Awards (Mar 2, 2014) – Himself | |
| | Show more | |
| | **Unity** – Narrator (voice) | 2015 |
| | **House of Cards: Backstage Politics on the Set of House of Cards** (TV Short) – Himself | 2015 |
| | **Ellen: The Ellen DeGeneres Show** (TV Series) – Himself - Guest (2 episodes, 2014–2015) | 2014–2015 |
| | Kevin Spacey/Tim McGraw (Apr 28, 2015) – Himself - Guest | |
| | Kevin Spacey/Alison Sweeny (May 6, 2014) – Himself - Guest | |
| | **Jimmy Kimmel Live!** (TV Series) – Himself - Guest (4 episodes, 2010–2015) | 2010–2015 |
| | Kevin Spacey/Ioan Gruffudd/Stromae (Apr 27, 2015) – Himself - Guest | |
| | After the Oscars 2014 (Mar 2, 2014) – Himself - Guest | |
| | Joel McHale/Ansel Elgort/Benmont Tech (Feb 25, 2014) – Himself - Guest | |
| | Show more | |
| | **Charlie Rose** (TV Series) – Himself - Guest (18 episodes, 1996–2015) | 1996–2015 |
| | Episode dated 10 March 2015 (Mar 10, 2015) – Himself - Guest | |

Episode dated 30 April 2014 (Apr 30, 2014) – Himself - Guest

Episode dated 20 August 2013 (Aug 20, 2013) – Himself - Guest

Show more

| | | |
|---|---|---|
| | **Late Show with David Letterman** (TV Series) – Himself - Guest / Himself (23 episodes, 1994–2015) | 1994–2015 |
| | Kevin Spacey/Lily James/Alabama Shakes (Mar 9, 2015) – Himself - Guest | |
| | Kevin Spacey/Amber Heard/Gary Clark Jr. (Feb 17, 2014) – Himself - Guest | |
| | Episode #20.79 (Feb 1, 2013) – Himself - Guest | |
| | Show more | |
| | **The 21st Annual Screen Actors Guild Awards** (TV Special) – Himself - Winner | 2015 |
| | **72nd Golden Globe Awards** (TV Special) – Himself - Winner | 2015 |
| | **The Library of Congress: Gershwin Prize for Popular Song - Billy Joel** (TV Movie) – Himself | 2015 |
| | **Bystander Revolution** (TV Series) – Himself (7 episodes, 2014) | 2014 |
| | Kevin Spacey - Empathy (Oct 1, 2014) – Himself | |
| | Kevin Spacey - New Kids (Oct 1, 2014) – Himself | |
| | Kevin Spacey - It Only Takes One (Oct 1, 2014) – Himself | |
| | Show more | |
| | **The 66th Primetime Emmy Awards** (TV Special) – Himself - Nominee | 2014 |
| | **House of Cards: Line of Succession** (Video) – Himself | 2014 |
| | **House of Cards: Politics for the Sake of Politics** (Video) – Himself | 2014 |
| | **House of Cards: The Direct Address** (Video) – Himself | 2014 |
| | **House of Cards: Two Houses** (Video) – Himself | 2014 |
| | **CBS News Sunday Morning** (TV Series) – Himself - Guest (1 episode, 2014) | 2014 |
| | Episode dated 4 May 2014 (May 4, 2014) – Himself - Guest | |
| | **East 'N' Style** (TV Series) – Himself - Guest (1 episode, 2014) | 2014 |
| | IIFA AWARDS RED CARPET (May 2, 2014) – Himself - Guest | |
| | **Fox Report w/ Shepard Smith** (TV Series) – Himself (1 episode, 2014) | 2014 |
| | Episode dated 2 March 2014 (Mar 2, 2014) – Himself | |
| | **The 86th Annual Academy Awards** (TV Special) – Himself - Presenter: Governors Awards | 2014 |
| | **The Daily Show** (TV Series) – Himself / Himself - Guest (4 episodes, 2001–2014) | 2001–2014 |
| | Kevin Spacey (Feb 18, 2014) – Himself | |
| | Kevin Spacey (Jun 29, 2006) – Himself - Guest | |
| | Kevin Spacey (Dec 13, 2004) – Himself - Guest | |
| | Show more | |
| | **20th Annual Screen Actors Guild Awards** (TV Special) – Himself - Presenter & Nominee | 2014 |

| | | |
|---|---|---|
| | **2014 Golden Globe Arrivals Special** (TV Special) – Himself (uncredited) | 2014 |
| | **71st Golden Globe Awards** (TV Special) – Himself - Nominee (uncredited) | 2014 |
| | **30-Second Bunny Theatre** (TV Series) – Himself - Narrator (1 episode, 2014) | 2014 |
| | Kevin Spacey's Life in 30-Seconds (2014) – Himself - Narrator | |
| | **The Colbert Report** (TV Series) – Himself - Guest (2 episodes, 2011–2013) | 2011–2013 |
| | Kevin Spacey (Aug 14, 2013) – Himself - Guest | |
| | Kevin Spacey (Jan 13, 2011) – Himself - Guest | |
| | **Breakthrough Prize 2013** (TV Special) – Himself - Host | 2013 |
| | **The Day Kennedy Died** (TV Movie) – Narrator | 2013 |
| | **The 65th Primetime Emmy Awards** (TV Special) – Himself - Nominee & Performer | 2013 |
| | **The EE British Academy Film Awards** (TV Special) – Himself - Presenter | 2013 |
| | **Arena** (TV Series) – Himself (1 episode, 2012) | 2012 |
| | Jonathan Miller (Mar 31, 2012) – Himself | |
| | **The Diamond Queen** (TV Series) – Himself - Actor (1 episode, 2012) | 2012 |
| | Episode #1.2 (Feb 13, 2012) – Himself - Actor | |
| | **Theater Talk** (TV Series) – Himself - Guest (2 episodes, 2012) | 2012 |
| | Episode dated 4 February 2012 (Feb 4, 2012) – Himself - Guest | |
| | Episode dated 3 February 2012 (Feb 3, 2012) – Himself - Guest | |
| | **MSN Exclusives** (TV Series) – Himself (2014) | 2012– |
| | **Chelsea Lately** (TV Series) – Himself - Guest (1 episode, 2011) | 2011 |
| | Episode #5.3 (Jan 5, 2011) – Himself - Guest | |
| | **Live with Regis and Kathie Lee** (TV Series) – Himself - Guest (5 episodes, 2004–2011) | 2004–2011 |
| | Episode dated 18 October 2011 (Oct 18, 2011) – Himself - Guest | |
| | Episode dated 5 January 2011 (Jan 5, 2011) – Himself - Guest | |
| | Episode dated 21 May 2008 (May 21, 2008) – Himself - Guest | |
| | Show more | |
| | **A Decade of Difference: A Concert Celebrating 10 Years of the William J. Clinton Foundation** – Himself | 2011 |
| | **Clinton Foundation: Celebrity Division** (Short) – Himself | 2011     $40K |
| | **Close Up** (TV Series) – Himself - Interviewee / Actor (1 episode, 2011) | 2011 |
| | Kevin Spacey (Jul 1, 2011) – Himself - Interviewee / Actor | |
| | **The 83rd Annual Academy Awards** (TV Special) – Himself - Presenter: Song 'We Belong Together' and 'I See the Light' | 2011 |
| | **Cinema 3** (TV Series) – Himself - Interviewee (1 episode, 2011) | 2011 |
| | Episode dated 19 February 2011 (Feb 19, 2011) – Himself - Interviewee | |
| | **Metropolis** (TV Series) – Himself (1 episode, 2011) | 2011 |
| | Berlinale 2011: Part II (Feb 19, 2011) – Himself | |

| | | |
|---|---|---|
| | **Días de cine** (TV Series) – Himself - Interviewee (2 episodes, 2009–2011) | 2009–2011 |
| | Episode dated 17 February 2011 (Feb 17, 2011) – Himself - Interviewee | |
| | Episode dated 19 November 2009 (Nov 19, 2009) – Himself - Interviewee | |
| 📷 | **Conan** (TV Series) – Himself - Guest (2 episodes, 2010–2011) | 2010–2011 |
| | A Renaissance Most Foul (Jan 27, 2011) – Himself - Guest | |
| | A Quantum of Kwanzaa (Dec 21, 2010) – Himself - Guest | |
| 📷 | **The 68th Annual Golden Globe Awards** (TV Special) – Himself - Nominee & Presenter | 2011 |
| 📷 | **16th Annual Critics' Choice Movie Awards** (TV Special) – Himself - Presenter | 2011 |
| 📷 | **How Did They Ever Make a Movie of Facebook?** (Video) – Himself | 2011 |
| 📷 | **Late Night with Jimmy Fallon** (TV Series) – Himself - Guest (1 episode, 2011) | 2011 |
| | Episode #3.2 (Jan 4, 2011) – Himself - Guest | |
| 📷 | **Up Close with Carrie Keagan** (TV Series) – Himself - Guest (1 episode, 2010) | 2010 |
| | Episode dated 28 December 2010 (Dec 28, 2010) – Himself - Guest | |
| 📷 | **Tavis Smiley** (TV Series) – Himself - Guest (1 episode, 2010) | 2010 |
| | Episode dated 15 December 2010 (Dec 15, 2010) – Himself - Guest | |
| 📷 | **The Role That Changed My Life** (TV Series) – Himself (1 episode, 2010) | 2010 |
| | I Had a Midlife Crisis (Nov 10, 2010) – Himself | |
| 📷 | **IMDb's 20th Anniversary Star of the Day** (TV Series) – Himself (1 episode, 2010) | 2010 |
| | Kevin Spacey & Dana Brunetti (Sep 28, 2010) – Himself | |
| 📷 | **AMC News Special: Toronto Film Festival 2010** (TV Movie) – Himself | 2010 |
| 📷 | **In the House with Peter Bart & Peter Guber** (TV Series) – Himself (1 episode, 2010) | 2010 |
| | Kevin Spacey/Dana Brunetti/Davis Guggenheim (Sep 23, 2010) – Himself | |
| 📷 | **Breakfast** (TV Series) – Himself - Guest (2 episodes, 2008–2010) | 2008–2010 |
| | Episode dated 1 September 2010 (Sep 1, 2010) – Himself - Guest | |
| | Episode dated 2 October 2008 (Oct 2, 2008) – Himself - Guest | |
| 📷 | **AFI Life Achievement Award: A Tribute to Mike Nichols** (TV Movie) – Himself | 2010 | $1.8MM |
| 📷 | **2010 Britannia Awards** (TV Special) – Himself | 2010 |
| 📷 | **The Variety Club Showbiz Awards 2009** (TV Special) – Himself - Stage Actor of the Year Awardee | 2009 |
| 📷 | **My Big Break** – Himself | 2009 |
| 📷 | **Söndagsparty med Filip och Fredrik** (TV Series) – Himself - Guest (1 episode, 2009) | 2009 |
| | Hellström, Åkerman, Spacey och Herngren (Jun 7, 2009) – Himself - Guest | |
| 📷 | **The Tonight Show with Jay Leno** (TV Series) – Himself - Guest (17 episodes, 1992–2009) | 1992–2009 |
| | Episode #17.79 (May 13, 2009) – Himself - Guest | |
| | Episode #16.129 (Jul 25, 2008) – Himself - Guest | |
| | Episode #14.121 (Jun 22, 2006) – Himself - Guest | |
| | Show more | |

| | | |
|---|---|---|
| | **A True Ensemble: The Cast of L.A. Confidential** (Video) – Himself | 2008 |
| | **Sunlight and Shadow: The Visual Style of 'L.A. Confidential'** (Video) – Himself | 2008 |
| | **Whatever You Desire: Making 'L.A. Confidential'** (Video) – Himself | 2008 |
| | **TV Guide Live at the Emmy Awards** (TV Special) – Himself | 2008 |
| | **The 60th Primetime Emmy Awards** (TV Special) – Himself - Nominee | 2008 |
| | **Europas Erbe - Die großen Dramatiker** (TV Series) – Himself (1 episode, 2008) | 2008 |
| | Shakespeare (Sep 9, 2008) – Himself | |
| | **L.A. Confidential: From Book to Screen** (Video) – Himself | 2008 |
| | **Recount: The True Inside Story of the 2000 Presidential Election** (Video) – Himself | 2008 |
| | **Sunday Morning Shootout** (TV Series) – Himself (2 episodes, 2004–2008) | 2004–2008 |
| | Comic-Con 2008: Part II (Aug 10, 2008) – Himself | |
| | Episode #1.34 (Jul 11, 2004) – Himself | |
| | **Late Night with Conan O'Brien** (TV Series) – Himself - Guest (5 episodes, 1999–2008) | 1999–2008 |
| | Episode #15.76 (May 22, 2008) – Himself - Guest | |
| | Episode #13.162 (Jun 28, 2006) – Himself - Guest | |
| | Episode #12.54 (Dec 14, 2004) – Himself - Guest | |
| | Show more | |
| | **Fama Show** (TV Series) – Himself (1 episode, 2008) | 2008 |
| | Episode dated 13 April 2008 (Apr 13, 2008) – Himself | |
| | **This Morning** (TV Series) – Himself - Guest (3 episodes, 2004–2008) | 2004–2008 |
| | Episode dated 31 March 2008 (Mar 31, 2008) – Himself - Guest | |
| | Episode dated 25 November 2004 (Nov 25, 2004) – Himself - Guest | |
| | Episode dated 19 October 2004 (Oct 19, 2004) – Himself - Guest | |
| | **The Orange British Academy Film Awards** (TV Movie) – Himself - Presenter | 2008 |
| | **Richard & Judy** (TV Series) – Himself - Guest (1 episode, 2008) | 2008 |
| | Episode dated 8 February 2008 (Feb 8, 2008) – Himself - Guest | |
| | **The South Bank Show** (TV Series) – Himself (1 episode, 2008) | 2008 |
| | Kevin Spacey at the Old Vic (Jan 6, 2008) – Himself | |
| | **Newsnight** (TV Series) – Himself (1 episode, 2007) | 2007 |
| | Episode dated 3 September 2007 (Sep 3, 2007) – Himself | |
| | **AFI's 100 Years... 100 Movies: 10th Anniversary Edition** (TV Movie) – Himself | 2007 |
| | **AFI Life Achievement Award: A Tribute to Al Pacino** (TV Movie) – Himself | 2007 | $1MM |
| | **07 Spaceys** (TV Movie) – Himself | 2007 |
| | **The 61st Annual Tony Awards** (TV Special) – Himself - Presenter | 2007 |
| | **The 52nd Annual Drama Desk Awards** (TV Special) – Himself | 2007 | $500K |

| | | |
|---|---|---|
| | **Working in the Theatre** (TV Series) – Himself - Actor (1 episode, 2007) | 2007 |
| | Leading Men (Apr 2007) – Himself - Actor | |
| | **Requiem for Krypton: Making 'Superman Returns'** (Video) – Himself | 2006 |
| | **Movie Rush** (TV Series) – Himself | 2006– |
| | **Corazón de...** (TV Series) – Himself (2 episodes, 2006) | 2006 |
| | Episode dated 12 July 2006 (Jul 12, 2006) – Himself | |
| | Episode dated 11 July 2006 (Jul 11, 2006) – Himself | |
| | **Enough Rope with Andrew Denton** (TV Series) – Himself - Guest (1 episode, 2006) | 2006 |
| | Episode #4.16 (Jul 10, 2006) – Himself - Guest | |
| | **HypaSpace** (TV Series) – Himself (1 episode, 2006) | 2006 |
| | Episode #5.128 (Jun 28, 2006) – Himself | |
| | **Superman Returns: Inside the Journey** (TV Movie) – Himself | 2006 |
| | **Back in Blue: The 'Superman Returns' Movie Special** (TV Movie) – Himself | 2006 |
| | **HBO First Look** (TV Series) – Himself (3 episodes, 1995–2006) | 1995–2006 |
| | Superman Returns: The Journey Continues (Jun 19, 2006) – Himself | |
| | The Making of 'Pay It Forward' (Oct 2000) – Himself | |
| | Outbreak (Mar 1995) – Himself | |
| | **Look, Up in the Sky! The Amazing Story of Superman** (TV Movie) – Narrator (voice) | 2006 |
| | **2006 MTV Movie Awards** (TV Special) – Himself | 2006 |
| | **Saturday Night Live** (TV Series) – Himself - Host / Neil Young / Phillip Sarc / The Falconer (2 episodes, 1997–2006) | 1997–2006 |
| | Kevin Spacey/Nelly Furtado (May 20, 2006) – Himself - Host / Neil Young / Phillip Sarc / The Falconer | |
| | Kevin Spacey/Beck (Jan 11, 1997) – Himself - Host | |
| | **The Hollywood Greats** (TV Series) – Himself (1 episode, 2006) | 2006 |
| | Jack Lemmon (Apr 11, 2006) – Himself | |
| | **Uganda Rising** – Narrator (voice) | 2006 | $800K |
| | **Parkinson** (TV Series) – Himself - Guest (3 episodes, 2002–2006) | 2002–2006 |
| | Episode dated 4 March 2006 (Mar 4, 2006) – Himself - Guest | |
| | Episode dated 6 November 2004 (Nov 6, 2004) – Himself - Guest | |
| | Episode dated 9 March 2002 (Mar 9, 2002) – Himself - Guest | |
| | **Bryan's Journals** (Video) – Himself | 2006 |
| | **The Kennedy Center Honors: A Celebration of the Performing Arts** (TV Special) – Himself | 2005 |
| | **Going Hollywood** (TV Series) – Himself | 2005– |
| | **Sunday AM** (TV Series) – Himself (1 episode, 2005) | 2005 |
| | Episode #1.1 (Sep 11, 2005) – Himself | |
| | **Bobby's World: The Making of 'Beyond the Sea'** (Video) – Himself | 2005 |
| | **Breakfast with Frost** (TV Series) – Himself - Guest (1 episode, 2005) | 2005 |
| | Episode dated 8 May 2005 (May 8, 2005) – Himself - Guest | |

| | | |
|---|---|---|
| | **2nd Annual Directors Guild of Great Britain DGGB Awards** (Video) – Himself - Presenter | 2005 |
| | **Caiga quien caiga** (TV Series) – Himself (1 episode, 2005) | 2005 |
| | Episode dated 18 February 2005 (Feb 18, 2005) – Himself | |
| | **The 62nd Annual Golden Globe Awards** (TV Special) – Himself - Nominee: Best Actor in a Motion Picture [Musical or Comedy] | 2005 |
| | **Tsunami Aid: A Concert of Hope** (TV Special) – Himself | 2005 |
| | **The Tony Danza Show** (TV Series) – Himself - Guest (1 episode, 2005) | 2005 |
| | Episode #1.72 (Jan 3, 2005) – Himself - Guest | |
| | **The View** (TV Series) – Himself - Guest (1 episode, 2004) | 2004 |
| | Episode dated 17 December 2004 (Dec 17, 2004) – Himself - Guest | |
| | **GMTV** (TV Series) – Himself (1 episode, 2004) | 2004 |
| | Episode dated 25 November 2004 (Nov 25, 2004) – Himself | |
| | **Biography** (TV Series) – Himself (1 episode, 2004) | 2004 |
| | Val Kilmer (Nov 17, 2004) – Himself | |
| | **Freedom2speak v2.0** – Himself - Actor, USA | 2004 |
| | **The 75th Annual Academy Awards** (TV Special) – Himself - recalling his awards (pre-recorded) (uncredited) | 2003 |
| | **The Score** (TV Movie) – Himself | 2003 |
| | **Once Upon a Time in Utah, Sundance** (TV Movie) – Himself | 2003   £45K |
| | **Declaration of Independence** (Video) – Himself | 2003 |
| | **Listen Up! Charles Barkley with Ernie Johnson** (TV Series) – Himself (1 episode, 2002) | 2002 |
| | Episode #1.1 (Oct 31, 2002) – Himself | |
| | **America Rebuilds: A Year at Ground Zero** (TV Movie) – Narrator (voice) | 2002 |
| | **Young Hollywood Awards** (TV Special) – Himself | 2002 |
| | **Heisting Cannes with 'The Usual Suspects'** (Video) – Himself | 2002 |
| | **Keyser Söze: Lie or Legend?** (Video) – Himself | 2002 |
| | **Round Up: Deposing 'The Usual Suspects'** (Video) – Himself | 2002 |
| | **Spotlight on Location: The Making of 'K-PAX'** (Video) – Himself | 2002 |
| | **The 74th Annual Academy Awards** (TV Special) – Himself - Presenter: In Memoriam | 2002 |
| | **Playboy: Inside the Playboy Mansion** (TV Movie) – Himself | 2002 |
| | **The 59th Annual Golden Globe Awards** (TV Special) – Himself - Nominee: Best Actor in a Motion Picture Drama | 2002 |
| | **Judi Dench: A BAFTA Tribute** (TV Movie) – Himself | 2002 |
| | **American Experience** (TV Series) – Himself - Reader (1 episode, 2001) | 2001 |
| | War Letters (Nov 11, 2001) – Himself - Reader (voice) | |

| | | |
|---|---|---|
| | **Come Together: A Night for John Lennon's Words and Music** (TV Special) – Himself - Host | 2001 |
| | **Larry King Live** (TV Series) – Himself - Guest (1 episode, 2001) | 2001 |
| | Episode dated 28 June 2001 (Jun 28, 2001) – Himself - Guest | |
| | **The 73rd Annual Academy Awards** (TV Special) – Himself - Presenter: Best Actress in a Leading Role | 2001 |
| | **The 58th Annual Golden Globe Awards** (TV Special) – Himself - Presenter: Cecil B. DeMille Award | 2001 |
| | **Dive Beneath the Surface of the Shipping News** (Video) – Himself | 2001 |
| | **Independence Day 2001** (TV Movie) – Himself | 2001 |
| | **Playboy Exposed: Playboy Mansion Parties Uncensored** (Video) – Himself | 2001 |
| | **The 5th Annual GQ Men of the Year Awards** (TV Special) – Himself - Presenter | 2000 |
| | **David Blaine: Frozen in Time** (TV Special) – Himself - Guest Appearance | 2000 |
| | **American Beauty: Look Closer...** (Video) – Himself | 2000 |
| | **60 Minutes** (TV Series) – Himself - Actor (segment "Kevin Spacey") (1 episode, 2000) | 2000 |
| | Hit List?/Kevin Spacey/Whose Country Is It? (Feb 20, 2000) – Himself - Actor (segment "Kevin Spacey") | |
| | **Inside the Actors Studio** (TV Series) – Himself - Guest (1 episode, 2000) | 2000 |
| | Episode #6.10 (Jul 2, 2000) – Himself - Guest | |
| | **Rotten TV** (TV Series) – Himself (1 episode, 2000) | 2000 |
| | Episode #1.2 (Jul 2000) – Himself | |
| | **AFI's 100 Years... 100 Laughs: America's Funniest Movies** (TV Special) – Himself | 2000 |
| | **2000 Blockbuster Entertainment Awards** (TV Special) – Himself - Presenter (uncredited) | 2000 |
| | **The 72nd Annual Academy Awards** (TV Special) – Himself - Winner: Best Actor in a Leadign Role & Presenter: Best Adapted Screenplay | 2000 |
| | **6th Annual Screen Actors Guild Awards** (TV Special) – Himself | 2000 |
| | **Gomorron** (TV Series) – Himself (1 episode, 2000) | 2000 |
| | Om filmen 'American Beauty' (Feb 24, 2000) – Himself | |
| | **The 57th Annual Golden Globe Awards** (TV Special) – Himself - Nominee: Best Actor in a Motion Picture Drama | 2000 |
| | **Film-Fest DVD: Issue 3 - Toronto** (Video) – Himself | 2000 |
| | **The Final Days** (Short) – Himself | 2000 |
| | **The Kennedy Center Honors: A Celebration of the Performing Arts** (TV Special) – Himself | 1999 |
| | **The Laurence Olivier Awards 1999** (TV Movie) – Himself - Winner: Best Actor | 1999 |
| | **Hitchcock: Shadow of a Genius** (TV Movie) – Narrator (voice) | 1999 |
| | **Saturday Night Live 25** (TV Special) – Himself | 1999 |
| | **AFI's 100 Years... 100 Stars: America's Greatest Screen Legends** (TV Special) – Himself | 1999 |

| Title | Year | Budget | U.S. Gross |
|---|---|---|---|
| **The 53rd Annual Tony Awards** (TV Special) – Himself - Nominee, Presenter & Performer | 1999 | | |
| **The Howard Stern Radio Show** (TV Series) – Himself - Guest (1 episode, 1999) | 1999 | | |
| Episode dated 20 March 1999 (Mar 20, 1999) – Himself - Guest | | | |
| **Forever Hollywood** (TV Movie) – Himself | 1999 | | |
| **The 50th British Academy Film Awards** (TV Special) – Himself - Presenter: Best Supporting Actress in Motion Picture | 1998 | | |
| **Steve McQueen: The King of Cool** (TV Movie) – Himself - Narrator (voice) | 1998 | | |
| **The 55th Annual Golden Globe Awards** (TV Special) – Himself - Presenter | 1998 | | |
| **Dennis Pennis R.I.P.** (Video) – Himself (uncredited) | 1997 | | |
| **AFI Life Achievement Award: A Tribute to Martin Scorsese** (TV Special) – Himself (uncredited) | 1997 | | |
| **The Maury Povich Show** (TV Series) – Himself (1 episode, 1997) | 1997 | | |
| Episode dated 10 April 1997 (Apr 10, 1997) – Himself | | | |
| **The 69th Annual Academy Awards** (TV Special) – Himself - Presenter: Best Actress in a Supporting Role | 1997 | | |
| **The 39th Annual Grammy Awards** (TV Special) – Himself | 1997 | | |
| **Jack Lemmon: America's Everyman** (TV Movie) – Self | 1996 | $500K | |
| **Looking for Richard** – Himself / Earl of Buckingham | 1996 | | $1.4MM |
| **AFI Life Achievement Award: A Tribute to Clint Eastwood** (TV Special) – Himself | 1996 | | |
| **The 68th Annual Academy Awards** (TV Special) – Himself - Winner: Best Actor in a Supporting Role | 1996 | | |
| **2nd Annual Screen Actors Guild Awards** (TV Special) – Himself - Nominee | 1996 | | |
| **The Annual Artists Rights Foundation Honors Martin Scorsese** (TV Movie) – Himself | 1996 | | |
| **The 53rd Annual Golden Globe Awards** (TV Special) – Himself - Nominee | 1996 | | |
| **1996 MTV Movie Awards** (TV Special) – Himself | 1996 | | |
| **Introducing 'The Usual Suspects'** (Video) – Himself | 1995 | | |
| **Late Night with David Letterman** (TV Series) – Himself - Guest (1 episode, 1991) | 1991 | | |
| Episode dated 4 June 1991 (Jun 4, 1991) – Himself - Guest | | | |
| **The 45th Annual Tony Awards** (TV Special) – Himself - Winner: Best Featured Actor in a Play | 1991 | | |
| **The Tonight Show Starring Johnny Carson** (TV Series) – Himself (1 episode, 1990) | 1990 | | |
| Mary Peyton Meyer, Robert Klein, Kevin Spacey (Apr 27, 1990) – Himself | | | |
| **AFI Life Achievement Award: A Tribute to Jack Lemmon** (TV Special) – Himself | 1988 | | |
| **Moving Image Salutes James Stewart** (TV Movie) – Himself | 1988 | | |
| **ARCHIVE FOOTAGE (31 TITLES)** | **YEAR** | **BUDGET** | **U.S. GROSS** |

| | | |
|---|---|---|
| | **Extra** (TV Series) – Himself (7 episodes, 2015–2017) | 2015–2017 |
| | Episode #23.241 (Jun 12, 2017) – Himself (archive footage) | |
| | Episode #23.232 (Jun 1, 2017) – Himself (archive footage) | |
| | Episode #23.231 (May 31, 2017) – Himself (archive footage) | |
| | Show more | |
| | **All Governments Lie: Truth, Deception, and the Spirit of I.F. Stone** – Verbal (archive footage) | 2016 |
| | **Entertainment Tonight** (TV Series) – Himself (3 episodes, 2000–2016) | 2000–2016 |
| | Episode #35.220 (Jul 15, 2016) – Himself (archive footage) | |
| | Episode dated 27 February 2015 (Feb 27, 2015) – Himself (archive footage) | |
| | Episode dated 27 March 2000 (Mar 27, 2000) – Himself (archive footage) | |
| | **Mad As Hell** – Himself (archive footage) | 2014 |
| | **Lennon or McCartney** (Short) – Himself (archive footage) | 2014 |
| | **SNL Shorts** (TV Movie) – Christopher Walken / Walter Matthau (archive footage) (uncredited) | 2014 |
| | **Chelsea Lately** (TV Series) – Francis Underwood (1 episode, 2013) | 2013 |
| | Episode #7.32 (Feb 28, 2013) – Francis Underwood (archive footage) | |
| | **The O'Reilly Factor** (TV Series) – Himself (1 episode, 2012) | 2012 |
| | The Factor Goes Hollywood (Nov 21, 2012) – Himself (archive footage) | |
| | **Welcome to the Basement** (TV Series) – John Williamson (1 episode, 2012) | 2012 |
| | Song of the South (Nov 16, 2012) – John Williamson (archive footage) | |
| | **Being Mean Is So Much Fun** (Short) – Harken (archive footage) | 2011 |
| | **Horrible Bosses: My Least Favorite Career** (Video) – Dave Harken / Himself - Dave Harken (archive footage) (uncredited) | 2011 |
| | **Edición Especial Coleccionista** (TV Series) – Himself / Verbal (1 episode, 2011) | 2011 |
| | Sospechosos habituales (Aug 23, 2011) – Himself / Verbal (archive footage) | |
| | **Quelli che... il calcio** (TV Series) – Himself (1 episode, 2009) | 2009 |
| | Episode #17.7 (Oct 25, 2009) – Himself (archive footage) | |
| | **Saturday Night Live: Just Shorts** (TV Special) – Christopher Walken / Walter Matthau (archive footage) (uncredited) | 2009 |
| | **Recount: A Conversation Between Bob Balaban and the Real Ben Ginsberg** (Video) – Himself / Ron Klain (archive footage) | 2008 |
| | **Recount: A Conversation Between Kevin Spacey and the Real Ron Klain** (Video) – Himself / Ron Klain (archive footage) | 2008 |
| | **Oscar, que empiece el espectáculo** (TV Movie) – Himself (archive footage) (uncredited) | 2008 |
| | **20 to 1** (TV Series) – Lester Burnham (1 episode, 2007) | 2007 |
| | Sexiest Movie Moments (Nov 6, 2007) – Lester Burnham (archive footage) (uncredited) | |
| | **The Spirit of Money** – Himself (archive footage) (uncredited) | 2007 |
| | **The Curse of Superman** (TV Movie) – Lex Luthor (archive footage) (uncredited) | 2006 |

| | | |
|---|---|---|
| | **Girls and Boys: Sex and British Pop** (TV Mini-series) – Himself (1 episode, 2005) | 2005 |
| | Wannabe: The 1990s (Nov 13, 2005) – Himself (archive footage) | |
| | **Cinema mil** (TV Series) – Himself (1 episode, 2005) | 2005 |
| | Episode #1.3 (Jul 30, 2005) – Himself (archive footage) | |
| | **Martial Law 9/11: Rise of the Police State** – Narrator (archive footage) | 2005 |
| | **Saturday Night Live: The Best of Chris Kattan** (TV Special) – Doctor Dowden (archive footage) (uncredited) | 2003 |
| | **Sendung ohne Namen** (TV Series) – David Gale (2 episodes, 2002–2003) | 2002–2003 |
| | Listen, Wetten und das Frühjahr (Mar 20, 2003) – David Gale (archive footage) | |
| | Sie wollen jetzt sicher wissen, was es da zu sehen gibt (Oct 17, 2002) – Self (archive footage) | |
| | **Comedy Central Roast of Denis Leary** (TV Movie) – Lloyd Chasseur (archive footage) | 2003 |
| | **60 Minutes** (TV Series) – Himself - Actor (segment "Kevin Spacey") (1 episode, 2000) | 2000 |
| | Hitler's Pope?/Kevin Spacey/Voice of the Farmer (Jul 16, 2000) – Himself - Actor (segment "Kevin Spacey") (archive footage) | |
| | **The 1999 European Film Awards** (TV Special) – Lester Burnham (archive footage) | 1999 |
| | **SNL: 25 Years of Music** (TV Movie) – Dr. Eckhard (archive footage) (uncredited) | 1999 |
| | **Norman Ormal: A Very Political Turtle** (TV Movie) – Himself (archive footage) (uncredited) | 1998 |
| | **The 52nd Annual Tony Awards** (TV Special) – Himself (archive footage) | 1998 |

| **OTHER (2 TITLES)** | **YEAR** | **BUDGET** | **U.S. GROSS** |
|---|---|---|---|
| **Call of Duty: Advanced Warfare** (Video Game) – Jonathan Irons (voice) | 2014 | | |
| **Superman Returns** (Video Game) – Lex Luthor (voice) | 2006 | | |