**RICHARD JOHNSON**

# Former MTV VJ accuses Kevin Spacey of assault

By Richard Johnson                                                                December 5, 2017 | 9:46am



Kevin Spacey
Getty Images for Thelonious Monk

Dominick DeLuca, a former heavy-metal MTV VJ and co-owner of Brooklyn Projects skateboard shop in LA, will never forget the day Kevin Spacey allegedly assaulted him in 1997.

In an open letter on his private Instagram account addressing Spacey, DeLuca said he was bent over some boxes in the storeroom of his LA shop looking for a hoodie for Spacey.

"You came behind me and pulled my long hair and slammed your pelv[is]

"You grabbed my ass, to which I said to you, 'I ain't down with that gay

Get the new **Page Six** app
Now it's even easier to keep up with the latest celebrity news and juicy gossip.

 

A friend of DeLuca's arrived at the store "and basically saved the day," he wrote. "I was f–ked up by what you did for years but kept it inside … to the point I needed therapy and eventually antidepressants."

DeLuca, a friend of Justin Bieber and Vin Diesel, told me he was reluctant to tell his story because, "I don't want to look like I'm a fame whore."

But he wants people to know that anyone can be a victim. "This doesn't just happen to young kids or females. It can happen to the straightest of the straight, like myself," DeLuca wrote.

To Spacey, he said, "I hope you can somehow try and understand all the pain you've given people and hope you can come to realize that you're a predator, plain and simple."

Spacey's lawyer Todd Rubenstein referred me to an e-mail address for Spacey's spokeswoman, who did not respond to questions.

FILED UNDER   **KEVIN SPACEY**, **SEXUAL MISCONDUCT**

Recommended by



**Get the new Page Six app**

Now it's even easier to keep up with the latest celebrity news and juicy gossip.


