# Certificate of Service

I hereby certify that on March 20, 2018, I electronically filed the document entitled "**Plaintiff's Response To Order To Show Cause**" by using the CM\ECF system.

I certify that all participants in the case are registered CM/ECF users, and service was, or will be completed, according to requirements, by the CM/ECF system.

Dated: March 20, 2018

                                                /s/ Steve Wilson Briggs
                                                  Steve Wilson Briggs