KELLI L. SAGER (State Bar No. 120162)
  kellisager@dwt.com
ROCHELLE L. WILCOX (State Bar No. 197790)
  rochellewilcox@dwt.com
BRENDAN N. CHARNEY (State Bar No. 293378)
  brendancharney@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, Suite 2400
Los Angeles, California 90017
Telephone:   (213) 633-6800
Facsimile:   (213) 633-6899

Attorneys for Defendants
UNIVERSAL CITY STUDIOS LLC and
NBCUNIVERSAL MEDIA, LLC

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS, | Case No. 17-cv-06552-VC |
| Plaintiff, | [Hon. Vince Chhabria] |
| v. | **DEFENDANTS UNIVERSAL CITY STUDIOS LLC'S AND NBCUNIVERSAL MEDIA, LLC'S RESPONSE TO ORDER TO SHOW CAUSE** |
| UNIVERSAL CITY STUDIOS LLC; NBCUNIVERSAL MEDIA, LLC; SONY PICTURES ENT INC.; KEVIN SPACEY; ARI (ARIEL) EMANUEL; MATT DAMON; BEN AFFLECK; NEILL BLOMKAMP; MORDECAI (MODI) WICZYK; ASIF SATCHU; BILL BLOCK; DANA BRUNETTI; MRC II DISTRIBUTION COMPANY LP (AKA MRC, Media Rights Capital, and all other MRC entities and subsidiaries) | |
| Defendants. | |

Defendants Universal City Studios LLC and NBCUniversal Media, LLC (collectively, "NBCU") respectfully submit this Response to the Court's Order to Show Cause (ECF No. 71). NBCU respectfully requests that the Court address NBCU's fully briefed Motion to Dismiss (ECF No. 26), and dismiss the meritless claims against NBCU <u>with</u> prejudice, before turning to whether Defendants Kevin Spacey or Dana Brunetti were properly served, and if not, whether the case should be dismissed without prejudice for lack of subject-matter jurisdiction.

Regardless of whether the claims against Defendants Spacey or Brunetti are ultimately dismissed,[1] federal claims are currently pending and the Court therefore has jurisdiction to rule on NBCU's Motion to Dismiss.  See <u>United Mine Workers of Am. v. Gibbs</u>, 383 U.S. 715, 725 (1966) (supplemental jurisdiction "exists <u>whenever</u> there is a claim 'arising under" federal law (emphasis added)); <u>Dunton v. Suffolk Cty.</u>, 580 F. Supp. 974, 977 (E.D.N.Y. 1983) (holding exercise of supplemental jurisdiction proper because "[f]ederal claims against [a co party] were not dismissed until well into the trial stage of this action").

The parties have expended substantial effort on the fully-briefed Motion to Dismiss.  If the claims are dismissed without prejudice because other defendants were not properly served, Plaintiff may simply re-file the case in another forum, forcing NBCU to expend more time and money defending against Plaintiff's frivolous claims.  Because the Court already is familiar with the issues and claims asserted, NBCU respectfully requests that the Court rule on its Motion to Dismiss before resolving the service and jurisdictional issues in the Order to Show Cause.

Respectfully submitted this 28th day of March, 2018.

DAVIS WRIGHT TREMAINE LLP
KELLI L. SAGER
ROCHELLE L. WILCOX
BRENDAN N. CHARNEY

By: */s/Rochelle L. Wilcox*
   Rochelle L. Wilcox

Attorneys for Defendants
   UNIVERSAL CITY STUDIOS LLC and
   NBCUNIVERSAL MEDIA, LLC

---

[1] NBCU is not in a position to assess whether agents or attorneys for these independent parties are authorized to accept service.