KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP
MICHAEL J. KUMP (SBN 100983)
  mkump@kwikalaw.com
GREGORY P. KORN (SBN 205306)
  gkorn@kwikalaw.com
808 Wilshire Boulevard, 3rd Floor
Santa Monica, California 90401
Telephone: 310.566.9800
Facsimile: 310.566.9850

Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT INC.;
ARIEL EMANUEL; and NEILL BLOMKAMP

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>UNIVERSAL CITY STUDIOS LLC, et al.,<br><br>　　　　Defendants. | Case No. CV 17-6552-VC<br><br>[Hon. Vince Chhabria]<br><br>**RESPONSE TO ORDER TO SHOW CAUSE OF DEFENDANTS MRC II DISTRIBUTION COMPANY LP; MORDECAI WICZYK; ASIF SATCHU; SONY PICTURES ENTERTAINMENT INC.; ARIEL EMANUEL; AND NEILL BLOMKAMP** |

Defendants MRC II Distribution Company LP; Mordecai Wiczyk; Asif Satchu; Sony Pictures Entertainment Inc.; Ariel Emanuel; and Neill Blomkamp ("Defendants") submit the following response to the Court's March 14, 2018 Order to Show Cause (Dkt. No. 69):

The responding Defendants have no knowledge as to whether the law firm of Morris Yorn *et al.* and the talent agency Creative Artists Agency ("CAA") were authorized to accept service of the Complaint in this case on behalf of Kevin Spacey and Dana Brunetti, respectively. That said, and to avoid any misconception, Defendants deny Plaintiff's assertion in his response to the OSC that all "[m]ajor talent agencies like WME and … CAA … are authorized to accept service of process for their clients," and that this is evidenced by the fact that Defendant Neill Blomkamp did not object to service being effected upon his talent agency, WME. (Dkt. No. 71, p. 7.) Talent agencies are generally *not* authorized to accept service of complaints on behalf of their clients. This was true for Mr. Blomkamp, the writer/director of *Elysium*—the feature film at issue in this case—but the decision was made not to contest the improper service and to simply respond on behalf of Mr. Blomkamp at the same time a response was filed on behalf of MRC, the producer of the film.

Whether or not Messrs. Spacey and Brunetti were served properly, Defendants respectfully submit that Plaintiff's pleading of copyright claims against those defendants confers subject matter jurisdiction upon this Court at this time, including as to the state law claims pled against Defendants, and that the Court would be well within its right to rule upon the motions to dismiss filed as to those claims.

DATED: March 28, 2018     Respectfully submitted,

KINSELLA WEITZMAN ISER KUMP & ALDISERT LLP

By:     /s/ Gregory Korn
Gregory Korn
Attorneys for Defendants
MRC II DISTRIBUTION COMPANY LP;
MORDECAI WICZYK; ASIF SATCHU;
SONY PICTURES ENTERTAINMENT INC.; ARIEL EMANUEL; and NEILL BLOMKAMP