UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE KENYATTA WILSON BRIGGS,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSAL PICTURES, et al.,<br><br>Defendant. | 17-cv-06552-VC<br><br>**JUDGMENT** |

The Court, having dismissed this case without prejudice, *see* Dkt. No. 76, now enters judgment in favor of the defendants and against the plaintiff. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: April 25, 2018

_____
VINCE CHHABRIA
United States District Judge