UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| STEVE WILSON BRIGGS,<br><br>   Plaintiff,<br><br>   vs.<br><br>KEVIN SPACY, et al.,<br><br>   Defendants. | Case No:  C  18-4952 SBA<br><br>**ORDER OF REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

   Pursuant to Civil Local Rule 3-12(c), this case is hereby referred to the Honorable Vince Chhabria to consider whether it is related to <u>Briggs v. Universal Pictures, et al.</u>, C 17-6552 VC.

   IT IS SO ORDERED.

Dated:  8/16/18

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
Senior United States District Judge