Steve Wilson Briggs
4322 Chico Ave.,
Santa Rosa, CA 95407
510 200 3763
snc.steve@gmail.com
PLAINTIFF In Propria Persona

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
|---|---|
| Plaintiff, | |
| vs | **REQUEST FOR ENTRY OF DEFAULT** [CORRECTED/AMENDED] |
| KEVIN SPACEY,  et al | |

## REQUEST FOR ENTRY OF DEFAULT

**TO: the CLERK** of the U. S. District Court Northern District Of California.

Pursuant to FRCP 55(a), Plaintiff Steve Wilson Briggs, hereby requests that the Clerk of the United States District Court Northern District Of California enter default in this matter against Defendants **Kevin Spacey**, **Dana Brunetti**, and **Trigger Street Productions, Inc.,** on the grounds that these Defendants did not respond to the Complaint within the time limits prescribed by the Federal Rules of Civil Procedure, Rule 55(a).

- The summons in this matter was issued on August 15, 2018.
- In the summons the Court gave the defendants a fixed 21 days to answer.
- The summons and **complaint** were served on these Defendants on September 17, 2018.
- The Defendants have not answered with motion or any other responsive pleading within the time limit fixed by the court. The Defendants are not known to be in the

1
REQUEST FOR ENTRY OF DEFAULT

1      military service, as required by 50 U.S.C. app. Section 520.

2

3     Dated:_____10/25/2018_____     Signed:_____/s/ Steve Wilson Briggs_____

4                                       Plaintiff, In Propria Persona

REQUEST FOR ENTRY OF DEFAULT