1  Steve Wilson Briggs
2  4322 Chico Ave.,
   Santa Rosa, CA 95407
3  510 200 3763
4  snc.steve@gmail.com
   PLAINTIFF In Propria Persona

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| STEVE WILSON BRIGGS<br><br>Plaintiff,<br><br>vs<br><br>KEVIN SPACEY;  et al | Civ No: 18-cv-04952-VC<br><br>**DECLARATION OF PLAINTIFF STEVE WILSON BRIGGS, IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT** |
|---|---|

**DECLARATION OF PLAINTIFF STEVE WILSON BRIGGS,**

**IN SUPPORT OF REQUEST FOR ENTRY OF DEFAULT**

My name is Steve Wilson Briggs, and I declare the following:

1. Service of the the summons and Complaint in this matter was made upon the defendants via certified USPS mail, with return receipt requested, by Dr Morgan Marchbanks, on October 25, 2018.

2. The Defendants have not responded to the summons and complaint with a motion, answer or in any other manner.

3. The Defendants are not juveniles, incompetent, or in the military.

Dated: October 25, 2018      Signed:  /s/ Steve Wilson Briggs

Plaintiff, In Propria Persona