```
1   Steve Wilson Briggs
    4322 Chico Ave.,
2   Santa Rosa, CA 95407
3   510 200 3763
    snc.steve@gmail.com
4   PLAINTIFF In Propria Persona
5
6
7
```

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE WILSON BRIGGS | Civ No: 18-cv-04952-VC |
| Plaintiff, | [PROPOSED] ENTRY OF DEFAULT |
| vs | |
| KEVIN SPACEY, et al | |

### [PROPOSED] ENTRY OF DEFAULT

   Plaintiff, Steve Wilson Briggs, requests that the clerk of court enter default against defendants Kevin Spacey, Dana Brunetti, and Trigger Street Productions, Inc., pursuant to Federal Rule of Civil Procedure 55(a).  As it appears from the record that said defendants have failed to appear, plead or otherwise defend, the default of defendants Spacey, Btunetti and Trigger Street Productions, Inc  is hereby entered, pursuant to Federal Rule of Civil Procedure 55(a).

   Dated this _____ day of _____, 2018.


                              _____
                              Susan Y. Soong, Clerk of Court