UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                               General Court Number
Clerk of Court                                                                                       415-522-2000

October 26, 2018

RE:  Briggs v. Universal Pictures
     17-cv-06552-VC

Default is declined as to Kevin Spacey, Trigger Street Productions and Dana Brunetti on October 26, 2018.

Susan Y. Soong, Clerk

*Felicia Brown*
_____
by:  Felicia Brown
Case Systems Administrator
415-522-2000